# Exhibit G

Case 1:18-cv-0063-RP    Document 18    Filed 07/29/18    Page 2 of 2

 MIKE FEUER
Los Angeles City Attorney

  UPDATES FROM MIKE

MEET MIKE        GUN VIOLENCE    SCHOOL SAFETY PANEL    DEPTS ▾ ▾    VICTIM ASSISTANCE    CLAIMS

**HOME    OFFICE    GET HELP    CONSUMER PROTECTION    NEIGHBORHOOD PROSECUTORS    COMMUNITY JUST**

## PAGV Co-Chairs to State Department: Block Release of Downloadable Blueprints for Do-It-Yourself, 3D Printed Guns

July 25, 2018



New York, NY and Los Angeles, CA: Manhattan District Attorney Cyrus Vance, Jr., and Los Angeles City Attorney Mike Feuer, co-chairs of Prosecutors Against Gun Violence, today released the following joint statement urging the U.S. State Department to block the online release of blueprints for do-it-yourself, 3D-printed guns:

"In a matter of days, the State Department is preparing to allow unlimited online access to schematic designs that enable 3D printing of untraceable guns. In a complete reversal of longstanding regulatory oversight, the State Department has decided to provide a special exemption to a private company, Defense Distributed, to post its gun blueprints online."

"No one is safer if criminals can print untraceable guns on demand. Allowing this exemption from federal rules would be an unconscionable mistake, making it all-too-easy for anyone with a dangerous history – including terrorists and domestic abusers who cannot pass a background check – to download files and print a functional gun with 3D printers available to any consumer. This decision undermines the critical public safety laws that prosecutors enforce day in and day out."

"Invisible to metal detectors, these plastic guns could easily be smuggled onto airplanes, and into concerts, festivals, and government buildings. Untraceable, they would undermine the work of law enforcement by crippling criminal investigations before they even began. The State Department must not allow this company to have a special exemption to these rules. These blueprints should not be published under any circumstances."

Tags:    Prosecutors Against Gun Violence    PAGV    Cy Vance    Los Angeles City Attorney Mike Feuer    guns



Mike Feuer
Los Angeles City Attorney
James K. Hahn City Hall East, Suite 800
Los Angeles, CA 90012
213-978-8100 mike.n.feuer@lacity.org
213-978-8340 frank.mateljan@lacity.org Media

UPDATES   



Recent
PAGV Co
Departme
Downloa
Do-It-You
July 25, 201

L.A. City
Seeks Pr
Against l
Condition
Safety Gi
July 19, 201

City Atto
Launches
Enforcen
Grieving
July 17, 201

LA City A
Statemen
July 5, 2018

Los Ange
York and
Amicus E
Sessions
Children
July 3, 2018

LA City A
and Distr
Lacey Se
Silver La
Over Alle
July 2, 2018

LA City A
Secures
from Nur
Allegatio
Patient D
June 28, 20

# Exhibit H

LAW OFFICES

# HARTMAN & WINNICKI, P.C.

Dariusz M. Winnicki *◊
Brian T. Keane ◊°
Richard L. Ravin *°□
Daniel L. Schmutter*
Andrew T. Wolfe ◊
Samantha N. Polizzi◊
Steven B. Gladis◊×

_____

\* New York and New Jersey Bars
\* Florida Bar
□ Washington, D.C. Bar
◊ New Jersey Bar
× Pennsylvania Bar

74 PASSAIC STREET
RIDGEWOOD, NEW JERSEY 07450

\* \* \*

WEBSITE
www.hartmanwinnicki.com

Phone: (201) 967-8040
Fax:   (201) 967-0590

_____

Porter E. Hartman (1920-2009)
Charles R. Buhrman (1938-1994)
William T. Marsden (1943-1993)
Cyrus D. Samuelson (1911-1998)

July 27, 2018

**Via FAX 609-292-3508**
Gurbir S. Grewal
Attorney General of New Jersey
Office of the Attorney General
P.O. Box 080
Trenton, NJ 08625

Re:    **Defense Distributed**

Dear Attorney General Grewal:

We represent Defense Distributed in connection with your letter dated July 26, 2018, in which you make various demands regarding making certain computer files available to the public on the internet (the "Letter").

First, please be advised that Defense Distributed rejects your contention that any action contemplated by Defense Distributed violates or will violate New Jersey law.  The Letter takes only vague and general positions regarding nuisance and negligence law.  Nothing in the Letter supports your position.

Second, please be advised that all actions contemplated by Defense Distributed are fully protected by the First Amendment, and your attempts to prevent such action constitute an unconstitutional prior restraint and otherwise violate the United States Constitution and New Jersey Constitution.

Third, the Letter constitutes an unlawful threat, in violation of Defense Distributed's Constitutional rights, and Defense Distributed reserves its rights under 18 U.S.C. §1983, 18 U.S.C. §242, and N.J.S. 10:6-2, and demands that you withdraw the Letter.

Notwithstanding the foregoing, at this time Defense Distributed will attempt to restrict files made available on the internet to prevent download within New Jersey.  This should not be construed as an acknowledgment of the validity of your position, and Defense Distributed reserves all of its rights in this regard.

Very truly yours,

DANIEL L. SCHMUTTER

DLS/srs
cc:    Evan Nappen, Esq, (via email)
       Defense Distributed (via email)

# Exhibit I



# EXHIBIT "F"

# EXHIBIT "F"

1

2

3

4

5

6

7                    **UNITED STATES DISTRICT COURT**
                    **WESTERN DISTRICT OF WASHINGTON**
8                              **AT SEATTLE**

9    STATE OF WASHINGTON; STATE OF              NO.
     CONNECTICUT; STATE OF MARYLAND;
10   STATE OF NEW JERSEY; STATE OF NEW          COMPLAINT FOR DECLARATORY
     YORK; STATE OF OREGON;                     AND INJUNCTIVE RELIEF
11   COMMONWEALTH OF
     MASSACHUSETTS; COMMONWEALTH
12   OF PENNSYLVANIA; and the DISTRICT
     OF COLUMBIA,
13
                     Plaintiffs,
14
            v.
15
     UNITED STATES DEPARTMENT OF
16   STATE; MICHAEL R. POMPEO, in his
     official capacity as Secretary of State;
17   DIRECTORATE OF DEFENSE TRADE
     CONTROLS; MIKE MILLER, in his official
18   capacity as Acting Deputy Assistant Secretary
     of Defense Trade Controls; SARAH
19   HEIDEMA, in her official capacity as Director
     of Policy, Office of Defense Trade Controls
20   Policy; DEFENSE DISTRIBUTED; SECOND
     AMENDMENT FOUNDATION, INC.; AND
21   CONN WILLIAMSON,

22                   Defendants.

23

24

COMPLAINT FOR DECLARATORY              1              ATTORNEY GENERAL OF WASHINGTON
AND INJUNCTIVE RELIEF                                         800 Fifth Avenue, Suite 2000
                                                              Seattle, WA 98104-3188
                                                                  (206) 464-7744

1        Plaintiffs the State of Washington, State of Connecticut, State of Oregon, State of

2 Maryland, State of New Jersey, State of New York, Commonwealth of Massachusetts,

3 Commonwealth of Pennsylvania and the District of Columbia (the "States") bring this lawsuit

4 against Defendants United States Department of State, Michael R. Pompeo, Directorate of

5 Defense Controls, Mike Miller, and Sarah Heidema (the "Government Defendants"); as well as

6 Defense Distributed, Second Amendment Foundation, Inc.; and Conn Williamson.

7 <div align="center">**I.   INTRODUCTION**</div>

8       1.     This case addresses the threat that downloadable guns, in the form of Computer

9 Aided Design (CAD) files for the automated production of firearms using a 3-D printer[1], will

10 imminently be released on the internet, making these weapons available to virtually anyone. 3-D

11 printed guns are functional weapons that are often unrecognizable by standard metal detectors

12 because they are made out of materials other than metal (e.g., plastic) and untraceable because

13 they contain no serial numbers. Anyone with access to the CAD files and a commercially

14 available 3-D printer could readily manufacture, possess, or sell such a weapon—even those

15 persons statutorily ineligible to possess firearms, including violent felons, the mentally ill and

16 persons subject to protection and no-contact orders. This serious threat to the national security

17 and to public safety in the State of Washington was caused by the Federal Government's covert

18 and *ultra vires* regulatory about-face, in violation of the Administrative Procedure Act (APA)

19 and the Tenth Amendment to the U.S. Constitution.Until recently, the Federal Government

20 prohibited the distribution of CAD files for the automated production of 3-D printed weapons

21 by including such files on the United States Munitions List (USML) and making them subject to

22 the International Traffic in Arms Regulations (ITAR), which are administered by the Directorate

23 of Defense Trade Controls (DDTC) within the Department of State. As recently as April of this

24 year, the Government's position was that if such CAD files were distributed via the internet, they

---

[1] 3-D printing refers to technology that allows a person to make a three dimensional product using a digital file or software in conjunction with a printer that is directed by the software. *See, e.g.*, https://3dprinting.com/what-is-3d-printing/ (last visited July 30, 2018).

COMPLAINT FOR DECLARATORY
AND INJUNCTIVE RELIEF

2

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

1   could be "easily used overseas to make firearms that are subject to U.S. export controls", where,

2   "beyond the reach of U.S. law, they could be used to threaten U.S. national security, U.S. foreign

3   policy interests, or international peace and stability."

4         2.    In June 2018, however, the Government completely reversed its position on the

5   dissemination of the CAD files—not publicly or in accordance with a valid administrative

6   process, but by entering an under-the-radar settlement with a private company known as Defense

Distributed (DD).  *Defense Distributed v. U.S. Dept. of State*, 15-CV-372 RP (W.D. Texas).

7   Defense Distributed's stated objective is to ensure global, unrestricted access to firearms by

8   posting its CAD files online so that virtually everyone will have access to a "downloadable gun."

9   As part of the Settlement Agreement, the Government promised to: (i) draft and fully pursue a

10   notice of rulemaking and a final rule to remove the CAD files at issue from ITAR jurisdiction;

11   (ii) temporarily modify Category I of the USML to exclude the files at issue from ITAR; (iii)

12   issue a letter to Defense Distributed advising that its files are exempt from ITAR and "approved

13   for public release (i.e., unlimited distribution)"; and (iv) permit "any United States person" to

"use, reproduce or otherwise benefit from" the files at issue.

14         3.    On July 27, 2018, in accordance with the Settlement Agreement, DDTC

15   published a "Temporary Modification of Category I of the United States Munitions List" that

16   permits the dissemination of certain CAD files in Defense Distributed's possession, including

17   files used to create undetectable and untraceable weapons, as well as a tabletop gun-milling

18   machine called the "Ghost Gunner."   This deregulation also applies to other files for the

19   automated production of 3-D printed weapons that may be developed or acquired by Defense

20   Distributed in the future.

21

22

23

24

COMPLAINT FOR DECLARATORY         3         ATTORNEY GENERAL OF WASHINGTON
AND INJUNCTIVE RELIEF                            800 Fifth Avenue, Suite 2000
                                         Seattle, WA  98104-3188
                                          (206) 464-7744

4.     Although the Government's deregulation of the CAD files in question is nominally "temporary," it permits Defense Distributed's founder, self-described "crypto-anarchist" Cody Wilson—and anyone else—to immediately disseminate the files by making them available for download via the internet.  Wilson and Defense Distributed have announced that they intend to release the files on August 1, 2018.  As of that point, the files will be, practically speaking, irretrievable, because they will have been posted on the internet—a bell that cannot be un-rung:



Source: https://defcad.com (accessed July 28, 2018).

5.     The files that Defense Distributed intends to make available for download as of August 1, 2018 include CAD files that can be used to manufacture a variety of weapons, including AR-15 frames[2] and a 3-D printed pistol known as the "Liberator", as well as a "computer-controlled milling machine" called the "Ghost Gunner," which is designed to allow its owner to carve gun parts out of aluminum:

---

[2] An AR-15 is a semi-automatic rifle that is the civilian equivalent of the M-16 and the weapon of choice for many mass shooters.

COMPLAINT FOR DECLARATORY                4              ATTORNEY GENERAL OF WASHINGTON
AND INJUNCTIVE RELIEF                                              800 Fifth Avenue, Suite 2000
                                                                              Seattle, WA  98104-3188
                                                                                  (206) 464-7744

1
2
3
4
5
6
7
8
9
10
11
12



13  Source: https://defcad.com (accessed July 28, 2018).

14      6.      According to news reports,[3] the Defense Distributed website's repository of

15  downloadable-gun files will also include "more exotic DIY semi-automatic weapons." "The

16  relaunched site will be open to user contribution, too; Wilson hopes it will soon serve as a

17  searchable, user-generated database of practically any firearm imaginable." According to

18  Wilson: "What's about to happen is a Cambrian explosion of the digital content related to

19  firearms." Wilson says: "All this Parkland stuff, the students, all these dreams of 'common sense

20  gun reforms'? No. The internet will serve guns, the gun is downloadable . . . No amount of

21  petitions or die-ins or anything else can change that."

22

23  ─────────────

24      [3] Andy Greenberg, *A Landmark :egal Shift Opens Pandora's Box for DIY Guns*, (July 18, 2018) Wired,
    *available at*   https://www.wired.com/story/a-landmark-legal-shift-opens-pandoras-box-for-diy-guns/,   attached
    hereto as Ex. 1.

COMPLAINT FOR DECLARATORY                    5         ATTORNEY GENERAL OF WASHINGTON
AND INJUNCTIVE RELIEF                                        800 Fifth Avenue, Suite 2000
                                                            Seattle, WA  98104-3188
                                                                (206) 464-7744

1      7.     The Government entered into the Settlement Agreement in contravention of the

2  statutes and regulations which govern the export designation process.  Among other things, upon

3  information and belief, the State Department: (i) has not provided the relevant Congressional

4  committees with the required 30 days' notice to "temporarily" modify the USML or to achieve

5  the same thing via approval for public release of the information pursuant to 22 C.R.F.

6  §125.4(b)(13); (ii) has not received the concurrence of the Secretary of Defense to "temporarily"

7  change the designation of the files at issue; and (iii) has not followed established commodity

8  jurisdiction procedures before agreeing to "temporarily" exempt the CAD files at issue from

9  ITAR.

10      8.     The "temporary modification" of USML Category I and approval for public release

11  of the information pursuant 22 C.F.R. §125.4(b)(13) are especially troubling because it involves

12  making CAD files available on the internet, which largely overrides the later need to formally

13  modify the relevant rules.  Moreover, the "temporary modification" on its face applies to recently

14  developed files that the Government has presumably not even seen or evaluated, as well as files

15  that may be developed in the future.

16      9.     In addition, the Government has acted in an arbitrary and capricious manner, and

17  has abused its discretion, by (i) failing to consider evidence relevant to ITAR jurisdiction over

18  the CAD files; (ii) drastically changing long-established practice and policy without any

19  explanation or sufficient notice; and (iii) failing to study the national- and state-security

20  implications of exempting the CAD files from ITAR.  Upon information and belief, the

21  Government has made no determination regarding the national security implications of the

22  agreement, or its effects on sovereign U.S. states' ability to protect the safety of those within

23  their borders.

24

COMPLAINT FOR DECLARATORY       6      ATTORNEY GENERAL OF WASHINGTON
AND INJUNCTIVE RELIEF                     800 Fifth Avenue, Suite 2000
                                        Seattle, WA  98104-3188
                                         (206) 464-7744

10.     Tellingly, even the notices of proposed rules to amend the ITAR, which the Departments of State and Commerce published on May 24, 2018, make no mention of the dangers posed by the files falling into the hands of terrorist organizations, insurgent groups, transnational organized criminal organizations, or countries subject to the U.S. or U.N. arms embargoes.

11.     The Government Defendants' unlawful actions—if allowed to stand—will lead to the proliferation of untraceable printed guns overseas and within the United States. Domestically, the proliferation of these guns also threatens to cripple the various States' extensive and comprehensive systems of firearms regulations designed to keep guns out of the wrong hands.

12.     For all these reasons, and others detailed below, the Government Defendants have violated the Administrative Procedure Act (APA) and the Tenth Amendment of the U.S. Constitution, which reserves police power to the states. The Plaintiff States seek a declaration that the "temporary modification" of the USML Category I (which constitutes a final agency action) is invalid, and an injunction requiring the Government Defendants to rescind the temporary modification and refrain from acting in a manner inconsistent with such rescission.

## II.     JURISDICTION AND VENUE

13.     This Court has jurisdiction over this matter and the parties hereto pursuant to 28 U.S.C. §§ 1331, 2201, and 2202.

14.     Venue in this Court is proper pursuant to 28 U.S.C. § 1391(e) because the Plaintiff is located here and a substantial part of the events or omissions giving rise to the claim occurred or will imminently occur here. In particular, the dissemination of the CAD files in question will have an adverse impact on the public safety in the City of Seattle and King County, Washington, which are located in this district. *See* Declarations of King County Sheriff Mitzi Johanknecht

COMPLAINT FOR DECLARATORY
AND INJUNCTIVE RELIEF

7

1    (attached hereto as Exhibit 2) and Seattle Police Chief Carmen Best (attached hereto as Exhibit

2    3). Also, Defendant Second Amendment Foundation, Inc. is located in Bellevue, Washington.

3                               **III.   PARTIES**

4        15.    The States of Washington, Connecticut, Maryland, New Jersey, New York,

5    Oregon, the Commonwealths of Massachusetts and Pennsylvania (Plaintiff States) and the

6    District of Columbia, represented by and through their respective Attorneys General, are

7    sovereign states of the United States of America. The security of the Plaintiff States is threatened

8    by the Government's deregulation of CAD files for the automated production of 3-D printed

9    weapons via the "temporary modification" of the USML Category I.   The "temporary

10   modification" is also a direct attack on the State's sovereign power to protect the safety of those

11   within its borders, including the power to enact and enforce laws related to the ownership and

12   use of firearms.

13       16.    Defendant the United States Department of State (State Department) is the

14   executive agency of the United States government responsible for administering and enforcing

15   the ITAR under the authority of the Arms Export Control Act (AECA). The State Department is

16   a party to the Settlement Agreement with Defense Distributed.

17       17.    Defendant Michael R. Pompeo is sued in his official capacity as the Secretary of

18   State. In this capacity, he is responsible for the operation and management of the State

19   Department, including the operation and management of the Directorate of Defense Trade

20   Controls (DDTC) and administration and enforcement of the ITAR. The Secretary of State is a

21   party to the Settlement Agreement with Defense Distributed.

22       18.    Defendant DDTC is a subordinate unit within the Department of State Bureau of

23   Political and Military Affairs responsible for administering and enforcing the ITAR. The DDTC

24

1    enacted the "temporary modification" of the USML Category I, and is a party to the Settlement

2    Agreement with Defense Distributed.

3        19.    Defendant Mike Miller is sued in his official capacity as the Acting Deputy

4    Assistant Secretary of Defense Trade Controls.  The Acting Deputy Assistant Secretary is a party

5    to the Settlement Agreement with Defense Distributed.

6        20.    Defendant Sarah Heidema is sued in her official capacity as the Director, Office

7    of Defense Trade Controls Policy.  The Director, Office of Defense Trade Controls Policy is a

8    party to the Settlement Agreement with Defense Distributed.

9        21.    Defendant Defense Distributed is a Texas corporation whose headquarters and

10   principal place of business are located in Austin, Texas. Upon information and belief, Defense

11   Distributed advertises and sells items over the internet throughout the nation, including in

12   Washington.  Defense Distributed also intends to make available for download from the internet

13   as of August 1, 2018 the CAD files at issue in this Complaint, and these downloads would be

14   available in Washington.  Defense Distributed is a necessary party as the Settlement Agreement

15   that it entered into with the other Defendants may be affected by the requested relief, and this

16   may impede Defense Distributed's interests under that Settlement Agreement.

17       22.    Defendant Second Amendment Foundation, Inc. is a non-profit organization

18   incorporated under the laws of Washington with its principal place of business in Bellevue,

19   Washington.  The Second Amendment Foundation is a necessary party as the Settlement

20   Agreement that it entered into with the other Defendants may be affected by the requested relief,

21   and this may impede the Second Amendment Foundation's interests under that Settlement

22   Agreement.

23       23.    Conn Williamson is a citizen of the State of Washington. Mr. Williamson is a

24   necessary party as the Settlement Agreement that he entered into with the other Defendants may

1    be affected by the requested relief, and this may impede Mr. Williamson's interests under that

2    Settlement Agreement.

3                  **IV.     ALLEGATIONS**

4    **A.     The Statutory and Regulatory Framework**

5         24.      The Arms Export Control Act (AECA), 22 U.S.C. § 2751 *et seq.*, authorizes the

6    President, "[i]n furtherance of world peace and the security and foreign policy of the United

7    States . . . to control the import and the export of defense articles and defense services."

8    22 U.S.C. § 2778(a)(1). The purpose of the AECA is to reduce the international trade in arms

9    and avoid destabilizing effects abroad through arms exports. 22 U.S.C. § 2751.

10        25.      Under the AECA, "[t]he President is authorized to designate those items which

11    shall be considered as defense articles and defense services for the purposes of this section and

12    to promulgate regulations for the import and export of such articles and services." 22 U.S.C. §

13    2778(a)(1). Items designated as defense articles or services constitute the United States

14    Munitions List (USML). *Id.* at § 2778(a)(1). Category I of the USML lists articles, services,

15    and related technical data for "Firearms, Close Assault Weapons and Combat Shotguns."

16        26.      Among other things, Category I of the USML includes all firearms up to .50

17    caliber, and all technical data directly related to such firearms. *See* 22 C.F.R. § 121.1(I)(a).

18    "Technical data" is information that "is required for the design, development, production,

19    manufacture, assembly, operation, repair, testing, maintenance or modification of defense

20    articles." *Id.* § 120.10(a). Technical data includes "information in the form of blueprints,

21    drawings, photographs, plans, instructions or documentation". § 120.10.

22        27.      As former Director of the Office of Defense Trade Controls Management Lisa V.

23    Aguirre stated in a 2015 declaration filed in federal court, "the 'technical data' provisions serve

24    the purpose of limiting the export of detailed information needed to manufacture, maintain, or

COMPLAINT FOR DECLARATORY
AND INJUNCTIVE RELIEF

10

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

1   operate defense articles controlled on the USML. *Defense Distributed v. U.S. Dept. of State*, 15-

2   CV-372 RP Dkt. 32-1 ¶ 14(d). Such export limitations advance the purposes of the AECA by

3   limiting the ability of foreign powers to design, develop, and produce defense articles in lieu of

4   being able to obtain those articles directly. Absent the inclusion of technical data in the ITAR,

5   the ITAR's limits on arms transfers would be of negligible practical effect because the ITAR

6   would leave unregulated the exportation of the fundamental technology, know-how, blueprints,

7   and other design information sufficient for foreign powers to construct, produce, manufacture,

8   maintain, and operate the very same equipment regulated in its physical form by the ITAR." *Id.*

9       28.     Pursuant to Executive Order 13637, the President has delegated his AECA

10   authority to the State Department.  In turn, the State Department has promulgated the ITAR,

11   which is administered by the DDTC. *See* 22 C.F.R. §§ 120-130.  Among other things, the DDTC

12   is tasked with maintaining, reviewing and clarifying the USML.

13      29.     Pursuant to Executive Order 13637, section 1(n), "[d]esignations including

14   changes in designations, by the Secretary of items or categories that shall be considered as

15   defense articles and defense services subject to export control under section 38 (22 U.S.C. 2778)

16   shall have the concurrence of the Secretary of Defense."

17      30.     In addition, the Executive Branch must give notice to the International Relations

18   Committee of the House of Representatives and to the Committee on Foreign Relations of the

19   Senate at least 30 days in advance of removing an item from the USML.  22 U.S.C. § 2778(f)(1).

20   Such notification must be made in accordance with the procedures applicable to reprogramming

21   notifications under section 634A(a) of the Foreign Assistance Act of 1961, 22 U.S.C. § 2394-1.

22   *Id.*

23      31.     Subject to the procedural requirements above and other provisions of AECA,

24   ITAR allows the Deputy Assistant Secretary for Defense Trade Controls to order the temporary

1    modification of any ITAR regulation.  However, it may do so only "in the interest of the security

2    and foreign policy of the United States"—not merely as an interim measure before a final rule

3    can be passed.  22 C.F.R. § 126.2.

4        32.    For situations where there is doubt that a particular item to be exported falls on

5    the USML, ITAR contains a commodity jurisdiction (CJ) procedure.  22 C.F.R. § 120.4.  Upon

6    written request, the DDTC will provide a determination as to whether a certain item, service, or

7    data is within the jurisdiction of ITAR.  *Id.*

8        33.    As the Director Aguirre explained in her 2015 declaration, the CJ determination

9    "entails consultation among the Department of State, Defense, Commerce and other U.S.

10   Government agencies and industry in appropriate cases." Ex. 4 ¶ 19. Assessments are made on

11   a case-by-case basis, evaluating whether the article is covered by the USML, is functionally

12   equivalent to an article on the USML, or has substantial military or intelligence application.  A

13   determination made pursuant to the commodity jurisdiction process takes into account "(i) The

14   form and fit of the article; and (ii) The function and performance capability of the article." Ex. 4

15   ¶ 20.

16       34.    22 C.F.R. § 120.4(f) requires that "State, Defense and Commerce will resolve

17   commodity jurisdiction disputes in accordance with established procedures.  State shall notify

18   Defense and Commerce of the initiation and conclusion of each case."

19   **B.**    **The Defense Distributed CAD Files**

20       35.    Defense Distributed is a Texas corporation founded by Cody Wilson, a self-

21   described "crypto-anarchist" who believes that "governments should live in fear of their

22   citizenry." His company's objective is for everyone in the world to have access to guns, and to

23   make meaningful gun regulation impossible.

24

COMPLAINT FOR DECLARATORY          12
AND INJUNCTIVE RELIEF

1    36.    In or around early May 2013, Defense Distributed posted CAD files on

2  DEFCAD.org, a website it created to serve as an open-source repository for weapons designs,

3  including software code used to automatically manufacture the "Liberator" pistol. The Liberator

4  is a plastic firearm which contains 6-oz piece of steel, which can be easily removed, enabling it

5  to avoid detection in walk-through metal detectors.

6    37.    Defense Distributed described these CAD files as "essentially blueprints that can

7  be read by CAD software."  As the Federal Government stated in a court filing in April 2018,

8  these files are "indispensable to a three-dimensional ('3-D') printing process used to create

9  firearms and their components."  All a user would need to do is connect to a 3-D printer,

10  download the CAD files, and enter a print command, in order to create a real, functional weapon

11  within hours or minutes.

12    38.    On May 8, 2013, the Office of Defense Trade Controls Compliance, which is

13  responsible for compliance with and civil enforcement of the AECA and ITAR, sent Defense

14  Distributed a letter noting that "it is unlawful to export any defense article or technical data for

15  which a license or written approval is required without first obtaining the required authorization

16  from the DDTC."That letter is attached hereto as Exhibit 5.  The letter explained that "disclosing

17  (including oral or visual disclosure) or transferring foreign data to a foreign person, whether in

18  the United States or abroad, is considered an export under § 120.17 of the ITAR."  It requested

19  that Defense Distributed remove ten specific CAD files from public access "immediately" and

20  advised that Defense Distributed could submit a request for CJ determination for the files.

21  Defense Distributed submitted a CJ determination request on June 21, 2015.

22    39.    Separately, Defense Distributed submitted a CJ determination request for the

23  "Ghost Gunner," an automated firearms metal milling machine. In April 2015, the DDTC

24  determined that the Ghost Gunner machine itself was not subject to the jurisdiction of the State

1  Department, but that the "project files and data files for producing a defense article on a 3D

2  printer or similar device constituted technical data on that defense article that would be subject

3  to ITAR regulation."

4       40.      The DDTC completed its review of Defense Distributed's original requests on

5  June 4, 2015 and determined that six of those files were subject to ITAR control: (i) the

6  Liberator pistol; (ii) the .22 caliber electric pistol; (iii) the 5.56/.223 muzzle brake; (iv) the

7  Springfield XD- 40 tactical slide assemble; (v) the sub-caliber insert; and (vi) the VZ-58 front

8  sight.

9       41.      In making its CJ determination, the DDTC noted that the CAD files could be used

10  to "automatically find, align, and mill" a defense article such as a firearm on a 3-D printer or

11  other manufacturing device, and that manufacture of a defense article in this way requires

12  considerably less know-how than manufacture in reliance on conventional technical data, which

13  merely *guides* the manufacture of a defense article and requires additional craftsmanship, know-

14  how, tools, and materials.

15  **C.     Defense Distributed's Lawsuit against the Federal Government**

16       42.      In May 2015, Defense Distributed sued the Federal Government in a Texas

17  federal district court, seeking an injunction to prevent the Government from regulating Defense

18  Distributed's dissemination of the CAD files. *Def. Distributed v. U.S. Dept. of State*,

19  15-CV-372 RP (W.D. Texas).

20       43.      In defending against that lawsuit, the Government stated it was "particularly

21  concerned that [the] proposed export of undetectable firearms technology could be used in an

22  assassination, for the manufacture of spare parts by embargoed nations, terrorist groups, or to

23  compromise aviation security overseas in a manner specifically directed at U.S. persons." As

24  the Government explained, the CAD files "are 'technical data' that are regulated by the ITAR

1   because, absent such regulation, providing the CAD designs to a foreign person or foreign

2   government would be equivalent to providing the defense article itself, enabling the complete

3   circumvention of ITAR's export regulations."

4        44.    Along with its opposition to Plaintiffs' preliminary injunction motion, the

5   Government submitted an affidavit from Lisa V. Aguirre, who was then the Director of the

6   Office of Defense Trade Controls Management. *See* Ex. 4, Dkt. 32-1. Among other things,

7   Director Aguirre stated  that: (i) "[t]he 'Liberator' firearm included in DD's CAD designs

8   presents a specific and unique risk  to the national security and foreign policy interests of the

9   United States"; (ii) making the CAD files available online would provide terrorist organizations

10  with firearms, which could be used against the United States or its allies; and (iii) "[a]cess to

11  weapons technology coupled with the uncontrolled ubiquitous means of productions . . . could

12  contribute to armed conflict, terrorist or criminal acts, and seriously undermine global export

13  control and non-proliferation regimes designed to prevent the dangerous and destabilizing spread

14  and accumulation of weapons and related technologies." Ex. 4 at ¶ 35(c).

15       45.    The federal district court accepted the Government's arguments and declined to

16  preliminarily enjoin the Government's regulation of the CAD files.  In doing so, the court found

17  that "[f]acilitating global access to firearms undoubtedly increases the possibility of outbreak or

18  escalation of conflict." *Def. Distributed v. U.S. Dep't of State*, 121  F. Supp. 3d 680, 691

19  (W.D. Tex. 2015).

20       46.    On appeal, the Fifth Circuit affirmed the district court's refusal to enjoin the

21  Government's enforcement efforts, focusing on both the national security implications of the

22  CAD files and the permanent nature of the internet:

23            Even if Plaintiffs–Appellants eventually fail to obtain a permanent injunction, the
             files posted in the interim [if a preliminary injunction issued] would remain online
24            essentially forever, hosted by foreign websites such as the Pirate Bay and freely

available worldwide . . . *Because those files would never go away*, a preliminary injunction would function, in effect, as a permanent injunction as to all files released in the interim. *Thus, the national defense and national security interest would be harmed forever.*

*Def. Distributed v. United States Dep't of State*, 838 F.3d 451, 461 (5th Cir. 2016) (emphasis added).

47.     On January 8, 2018, the Supreme Court denied Defense Distributed's petition for a writ of certiorari. *Def. Distributed v. Dep't of State*, 138 S. Ct. 638 (2018).

48.     After the district court lifted the stay of proceedings that had been imposed pending the above-referenced appeals, the Government in April 2018 moved to dismiss Defense Distributed's complaint, arguing that the CAD files at issue "can unquestionably facilitate the creation of defense articles abroad" and that "the Department of State has consistently and reasonably concluded that it is not possible to meaningfully curtail the overseas dissemination of arms if unfettered access to technical data essential to the production of those arms is permitted." If the Government were not permitted to regulate the dissemination of the CAD files, it argued, "they could be used to threaten U.S. national security, U.S. foreign policy interests, or international peace and stability."

49.     Mere weeks after the Government moved to dismiss, Wilson and Defense Distributed abruptly announced that their case had settled. According to news reports, "the government surprised the plaintiffs by suddenly offering them a settlement with essentially everything they wanted."[4] On July 27, 2018, the parties filed a stipulation of dismissal with prejudice.

**D.      The Government's Settlement Agreement with Defense Distributed**

50.     The Settlement Agreement was apparently finalized in April 2018, but was not executed by the parties until June 29, 2018, and was not made public until July 10, 2018. A true

---

[4] Exhibit 1

COMPLAINT FOR DECLARATORY                          16                   ATTORNEY GENERAL OF WASHINGTON
AND INJUNCTIVE RELIEF                                                           800 Fifth Avenue, Suite 2000
                                                                                    Seattle, WA  98104-3188
                                                                                         (206) 464-7744

1    and correct copy of the Settlement Agreement, which is published on DDTC's website

2    (https://www.pmddtc.state.gov),  attached hereto as Exhibit 6.

3        51.    Pursuant to Paragraph 1 of the Settlement Agreement, the Government

4    Defendants have committed to:

5        a.    "draft and . . . fully pursue, to the extent authorized by law (including the

6    Administrative Procedure Act), the publication in the Federal Register of a notice of

7    proposed rulemaking and final rule, revising USML Category I to exclude the technical

8    data that is the subject of the [Defense Distributed] Action";

9        b.    "announce[ ], while the above-referenced rule is in development, . . . a

10    temporary modification, consistent with [ITAR], of USML Category I to exclude the

11    technical data that is the subject of the Action . . . on or before July 27, 2018";

12        c.    "issu[e] . . . a letter to Plaintiffs on or before July 27, 2018, signed by the

13    Deputy Assistant Secretary for Defense Trade Controls, advising that the Published Files,

14    Ghost Gunner Files, and CAD Files[5] are approved for public release (i.e., unlimited

15    distribution) in any form and are exempt from the export licensing requirements of the

16    ITAR"; and

17        d.    "acknowledge[ ] and agree[ ] that the temporary modification of USML

18    Category I permits any United States person . . . to access, discuss, use, reproduce, or

19    otherwise benefit from the technical data that is the subject of the Action, and that the

20

21

---

22    [5] These terms are defined as follows, by reference to Defense Distributed's complaint:
- "Published Files": "technical information regarding a number of gun-related items, including a trigger guard, grips, two receivers, a magazine for AR-15 rifles, and a handgun".

23    - "Ghost Gunner Files": "files containing technical information on a machine, named the "Ghost Gunner," that can be used to manufacture a variety of items, including gun parts".

24    - "CAD Files": files which Defense Distributed has made requests to the Department of Defense Office of Prepublication Review and Security for prepublication review since September 2, 2014.

COMPLAINT FOR DECLARATORY       17       ATTORNEY GENERAL OF WASHINGTON
AND INJUNCTIVE RELIEF                      800 Fifth Avenue, Suite 2000
                                          Seattle, WA  98104-3188
                                            (206) 464-7744

letter to Plaintiffs permits any such person to access, discuss, use, reproduce or otherwise benefit from the Published Files, Ghost Gunner Files, and CAD Files."

52.     Importantly, Paragraphs 1(a), (b), and (d) of the Settlement Agreement apply to "the technical data that is the subject of the Action," which is defined to include "Other Files," i.e., those that "Defense Distributed has and will continue to create and possess . . . that contain technical information, to include design drawings, rendered images, written manufacturing instructions." In other words, they include existing files that the Government presumably has not seen or evaluated, as well as files that may be created or acquired by Defense Distributed in the future.

53.     There is no indication in the Settlement Agreement (or elsewhere) that any analysis, study or determination was made by the Government Defendants, in consultation with other agencies, before the Government agreed to remove the CAD Files from the USML Category I. In fact, the Settlement Agreement states that it "does not reflect any agreed-upon purpose other than the desire of the Parties to reach a full and final conclusion of the Action, and to resolve the Action without the time and expense of further litigation." Ex. 6 ¶ 5.

54.     Upon information and belief, neither the House Committee on Foreign Relations nor the Senate Committee on Foreign Relations received the required 30 days' advance notice of the "temporary modification" referenced in Paragraphs 1(b) or (d) of the Settlement Agreement. The temporary modification went into effect on July 27, 2018, without providing any such notice to Congress.

55.     In addition, there is no indication in the Settlement Agreement (or elsewhere) that the Secretary of Defense has concurred in the changes to designation to which the Government Defendants committed, as required by Executive Order 13637. There is also no indication that

COMPLAINT FOR DECLARATORY
AND INJUNCTIVE RELIEF

18

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

1   the Government Defendants have followed the established procedures for making a CJ

2   determination before allowing Defense Distributed to disseminate its CAD files.

3        56.     Since the Settlement Agreement became public, Cody Wilson and Defense

4   Distributed have repeatedly and adamantly claimed that the "temporary modification" pursuant

5   to the Settlement Agreement will effectively negate all gun violence prevention efforts. Among

6   other things, Wilson tweeted a photo of a tombstone announcing the death of "gun control," and

7   stated: "All this Parkland stuff, the students, all these dreams of 'common sense gun reforms'?

8   No.   The internet will serve guns . . . No amount of petitions or die-ins or anything else can

9   change that." *See* Ex. 1.

10  **E.     The Government's Actions in Accordance with the Settlement Agreement**

11       57.     On May 24, 2018, as promised, the Government published notices of proposed

12  rulemaking by the State and Commerce Departments, which would remove Plaintiffs' CAD files

13  from the USML Category I. *See* International Traffic in Arms Regulations: U.S. Munitions List

14  Categories I, II, and II, 83 Fed. Reg. 24,198 (May 24, 2018); Control of Firearms, Guns,

15  Ammunition and Related Articles the President Determines No Longer Warrant Control Under

16  the United States Munitions List (USML), 83 Fed. Reg. 24,166 (May 24, 2018).

17       58.     According to the Department of State's Notice of Proposed Rule, it "is engaged

18  in an effort to revise the U.S. Munitions List so that its scope is limited to those defense articles

19  that provide the United States with a critical military or intelligence advantage or, in the case of

20  weapons, are inherently for military end use."   According to the State Department, the articles

21  that would be removed from the list "do not meet this standard."   For this reason, the notice

22  proposes to remove all non-automatic firearms up to .50 caliber (and any related technical data)

23  from the USML under the jurisdiction of the State Department, and move jurisdiction over these

24

1  products over to the Commerce Department, which, due to its looser export controls,[6] do not

2  typically take action to prohibit the publication of the data.

3      59.     The Department of Commerce's Proposed Rule, filed the same day, describes

4  how its Export Administration Regulations (EAR) will apply to items no longer controlled under

5  the USML.  Although the Department of Commerce would not comprehensively restrict the

6  export of technology related to firearms, it would have authority to impose a restriction on a

7  case-by-case basis if it determines the export would be contrary to the national security or foreign

8  policy interests of the United States, the promotion of human rights, or regional stability.

9  *See* 15 C.F.R. § 742.6. But the Department of Commerce cannot restrict the export of technology

10  already in the public domain, including through posting on publicly available sites on the

11  internet. *See* 15 C.F.R. §§ 734.3(b)(3), 734.7(a)(4). If the Government Defendants' improper

12  deregulation of the CAD files at issue is not enjoined, and Defense Distributed makes its

13  repository of files available online, the Department of Commerce will be unable to make an

14  independent determination about whether national security or other concerns warrant restricting

15  the unlimited dissemination of those files in accordance with the EAR.

16      60.     The public comment period for both notices concluded on July 9, 2018, the day

17  before the Settlement Agreement became public.

18      61.     On July 27, 2018, as promised, DDTC published a notice on its website entitled

19  "Temporary Modification of Category I of the United States Munitions List." attached hereto as

20  Ex. 7. This notice states that "the Acting Deputy Assistant Secretary for Defense Trade Controls

21  has determined that it is in the interest of the security and foreign policy of the United States to

22

23

---

24      [6] ITAR requires any exporter of items on the USML to register with the State Department, *see* 22 C.F.R. 122.1(a), but Commerce Department regulations include no similar registration requirement.

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

1    temporarily modify United States Munitions List (USML) Category I to exclude" the technical

2    data described in the Settlement Agreement.

3        62.    Upon information and belief, the Government did not actually "determine" that

4    "it is in the interest of the security and foreign policy of the United States" to permit the global

5    dissemination of CAD files that can be used to automatically manufacture undetectable and

6    untraceable weapons.   The notion that *removal* of an item from the USML is in the national

7    security interest defies common sense.   This statement also contradicts the Settlement

8    Agreement, which provides that the parties' agreement thereto does not "reflect any agreed-upon

9    purpose other than the desire of the Parties to reach a full and final conclusion of the Action, and

10   to resolve the Action without the time and expense of further litigation."

11       63.    In sum, the Government's covert agreement to deregulate the CAD files by way

12   of the Settlement Agreement—which culminated in the enactment of the "temporary

13   modification" on July 27, 2018—are final agency decisions that not only failed to comply with

14   procedural requirements, but that have far-reaching implications for national security and the

15   safety and security of the State and people of Washington.

16   **F.    Adverse Effects on the States' Public Safety Laws**

17       64.    Each of the States in this matter have extensive and comprehensive statutory and

18   regulatory schemes regarding firearms. The aim of the States' laws is the same: To protect the

19   public by keeping guns out of the hands of those who should not possess them – minors,

20   convicted felons, the mentally ill, and those subject to protective and no-contact orders. The

21   States' ability to protect the public will be seriously undermined if the Government's action is

22   allowed to stand because the Government's action will allow anyone – including those ineligible

23   to possess firearms – to easily obtain untraceable guns by simply printing them.

24

COMPLAINT FOR DECLARATORY                    21                ATTORNEY GENERAL OF WASHINGTON
AND INJUNCTIVE RELIEF                                                    800 Fifth Avenue, Suite 2000
                                                                         Seattle, WA  98104-3188
                                                                             (206) 464-7744

1.  **Washington's Firearms Laws**

65.  The State of Washington has a comprehensive statutory scheme regulating the possession, licensing, registration, and use of firearms and dangerous weapons.

66.  These laws promote public safety by keeping guns out of the hands of those who, for various reasons, should not have access to them, including minors, persons convicted of violent felonies, the mentally ill, and persons subject to various protection and no-contact orders.

67.  As noted, Cody Wilson's express intent is to eviscerate *any* regulation of firearms by providing to anyone—including the categories of persons just mentioned—the ability to easily manufacture firearms that can evade metal detectors, are untraceable because they carry no markings, and shoot bullets that cannot be forensically linked to the gun.  The Government Defendants' unlawful action in removing from the USML CAD files like those Mr. Wilson intends to disseminate will allow Mr. Wilson and others like him to achieve their dream.

68.  Indeed, the Government Defendants' unlawful action will effectively cripple Washington's ability to enforce its firearm and dangerous weapons regulations—to the great detriment of the public and public safety.

69.  Washington law prohibits certain persons from obtaining or possessing firearms. For example, persons cannot possess firearms if they have been convicted or found not guilty by reason of insanity of crimes including serious felony offenses and certain crimes committed by one family member against another (e.g., stalking, reckless endangerment, coercion). Wash Rev. Code §§ 9.41.040(1), (2)(a)(i)-(ii). Persons subject to a variety of protection and no contact orders are also prohibited from possessing firearms.[7] Wash Rev. Code § 9.41.040(2)(a)(iii). Persons who have been involuntarily committed for mental health treatment may not possess

---

[7] These include sexual assault protection orders (Wash Rev. Code 7.90), stalking protection orders (Wash. Rev. Code 7.92), anti-harassment protection orders (Wash Rev. Code 10.14), and domestic violence protection orders (RCW 26.50).

COMPLAINT FOR DECLARATORY
AND INJUNCTIVE RELIEF

22

1    firearms. Wash Rev. Code § 9.41.040(2)(a)(iv). Finally, persons under the supervision of the

2    Washington Department of Corrections cannot possess firearms or ammunition.  Wash Rev.

3    Code § 9.41.045.

4         70.    Washington law also has set up an extensive system of rules to ensure these

5    persons cannot buy firearms. For example, a person who applies to buy a pistol from a dealer

6    must provide a laundry list of information, including his or her name, residential address, date

7    and place of birth, driver's license number or state identification card number, and statement that

8    the buyer is eligible under Washington law to possess the gun, as well as a description of the

9    gun, including the make, model, caliber and manufacturer's number. Wash Rev. Code §

10   9.41.090(5). The dealer cannot deliver the pistol to the buyer, even if he or she is eligible to

11   possess the gun, unless the manufacturer's number for the gun is recorded on the application and

12   transmitted to the local police chief or sheriff where the buyer lives. *Id.* The dealer must keep a

13   record in a book of each pistol sold, including information about the person buying the weapon

14   (e.g., name, address, etc.) and the weapon (e.g., caliber, make, model and manufacturer's

15   number), and the book must be signed by both the buyer and the dealer in one another's presence.

16   Wash Rev. Code § 9.41.110(9)(a). The dealer is also obligated to give to the buyer a copy of a

17   pamphlet advising the buyer of legal restrictions on the use of firearms and firearms safety. Wash

18   Rev. Code § 9.41.090(5) (year).

19        71.    One of the cornerstones of Washington's firearms regulatory structure is the use

20   of background checks. Essentially all sales or transfers of firearms in Washington are subject to

21   background checks.[8] Wash. Rev. Code § 9.41.113(1). This includes not just sales by dealers, but

22   also sales or transfers at gun shows and online. *Id.* Even sales or transfers between unlicensed

23

24   _____
          [8] The exceptions to this rule are extremely limited (e.g., transfers between immediate family members,
     antique firearms, to prevent imminent death or great bodily harm, etc.). RCW 9.41.113(4).

COMPLAINT FOR DECLARATORY                           23              ATTORNEY GENERAL OF WASHINGTON
AND INJUNCTIVE RELIEF                                                      800 Fifth Avenue, Suite 2000
                                                                            Seattle, WA  98104-3188
                                                                               (206) 464-7744

1   parties must be run through a licensed dealer in order to ensure that a background check is

2   completed. Wash Rev. Code § 9.41.113(3). The purpose of the background check is simple and

3   obvious: to ensure that persons prohibited by law from possessing firearms are unable to do so.

4        72.    The Government's "temporary modification" of the USML Category I to permit

5   "any United States person" to "access, discuss, use, reproduce, or otherwise benefit from" CAD

6   files for the automated production of 3-D printed weapons quite literally nullifies the State of

7   Washington's laws prohibiting certain categories of persons from possessing firearms.

8        73.    If the "temporary modification" is left in place, the State of Washington stands to

9   suffer extreme and irreparable harm.  Persons ineligible to possess firearms under Washington

10   law will easily be able to obtain downloadable guns that they can produce at home using a 3-D

11   printer.  Washington law enforcement will have no means of detecting such weapons using

12   standard equipment such as metal detectors, and no means of tracing such weapons because they

13   have no serial numbers.

14        74.    3-D printers are widely available to the general public in Washington. For

15   example, Amazon has hundreds of 3-D printers on its website for sale to the public. In addition,

16   such printers are widely accessible at Washington colleges and universities, including the

17   University of Washington in Seattle. *See, e.g.*, https://itconnect.uw.edu/learn/workshops/3d-

18   printing-consultation/ (University of Washington); https://vcea.wsu.edu/fiz/3d-printing/

19   (Washington State University); https://www.cwu.edu/multimodal-education/3d-printing

20   (Central Washington University).

21        75.    The dangers posed by the Government's actions that will allow the imminent

22   dissemination of the technology needed to print guns is recognized by two of Washington's

23   preeminent law enforcement officers, Seattle Police Chief Carmen Best and King County Sheriff

24   Mitzi Johanknecht. As Sheriff Johanknecht attests, "Ghost guns are an extreme risk to public

COMPLAINT FOR DECLARATORY
AND INJUNCTIVE RELIEF

24

1   safety that would disrupt the ability of law enforcement to conduct, solve and prevent violent

2   crimes." Ex. 2 ¶ 8.

3       76.     In sum, the Government's actions are an extreme infringement on the State of

4   Washington's sovereign right to enact and enforce its public safety laws.

5       **2.     Connecticut's Firearms Laws**

6       77.     Connecticut comprehensively regulates the possession, sale and transfer of all firearms

7   within and into the state and bans the most dangerous military-style firearms completely.  It also regulates

8   the classes of people who may lawfully possess otherwise lawful firearms and prohibits individual from

9   possessing firearms who pose the most serious threat to public safety, and in some instances, themselves.

10          **a.     Connecticut's regulation of all lawful firearm owners**

11      78.     In Connecticut, people who wish to possess handguns—pistols or revolvers—are

12  required to have a valid pistol permit; an eligibility certificate to purchase pistols or revolvers; an

    eligibility certificate to purchase long guns, or a be a police officer or one of the exemption listed in

13  law. Not everyone who wishes to have a pistol permit in Connecticut is granted one; he or she must be a

14  person is a suitable person to receive such permit. Conn. Gen. Stat. Ann. § 29-28. Individuals who wish

15  to possess a pistol or revolver must satisfy basic safety training requirements. Conn. Gen. Stat. Ann. §

16  29-36f(b); Conn. Gen. Stat. § 29-28 (b).

17          **b.     Connecticut's regulation of sale, purchase and transfer of possession
                 of all firearms, even between lawful firearm owners**
18

19      80.     Connecticut closely regulates the sale and transfer of all firearms, even between

20  lawful firearm owners. In Connecticut, no person, firm or corporation shall sell, deliver or

    otherwise transfer any pistol or revolver to any person who is prohibited from possessing a pistol

21  or revolver. Conn. Gen. Stat. § 29-33(a). The purchaser of a pistol or revolver must have a valid

22  permit to carry a pistol or revolver. Conn. Gen. Stat. § 29-33(b). Compliance with these

23  requirements is ensured by requiring all sales or transfers of pistols or revolvers in Connecticut

24

COMPLAINT FOR DECLARATORY              25              ATTORNEY GENERAL OF WASHINGTON
AND INJUNCTIVE RELIEF                                         800 Fifth Avenue. Suite 2000
                                                               Seattle, WA  98104-3188
                                                                   (206) 464-7744

1    be made through a process established by the Connecticut Department Emergency Services and

2    Public Protection. Conn. Gen. Stat. § 29-33(c).

3         81.    Similarly, Connecticut regulates the sale and transfer of long guns such as rifles

4    and shotguns. All parties to such transfers must ensure, through a process established by the

5    Connecticut Department Emergency Services and Public Protection, that the purchaser of the

6    long gun has a valid long gun eligibility certificate that has not been revoked or suspended. Conn.

7    Gen. Stat. § 29-36l(f).

8         82.    Connecticut regulation also restricts how many firearms a person can sell as year

9    without becoming a federally licensed firearm dealer or obtaining a permit. Conn. Gen. Stat.

10   § 29-28.

11        83.    Unlike many states, Connecticut's firearm regulations extend to the sales,

12   transfers or exchanges taking place at "gun shows." Connecticut requires that gun show sellers

13   obtain an authorization number from the Connecticut Special Licensing and Firearms Unit.

14   Conn. Gen. Stat. § 29-37g(c).

15              c.    **Connecticut's prohibition on possession of a firearm by certain
                     persons**

16

17        84.    Connecticut prohibits certain persons from obtaining or possessing firearms. For

18   example, persons cannot possess firearms if they have been convicted or found not guilty by

19   reason of insanity of crimes including serious felony offenses and certain crimes committed by

20   one family member against another Conn. Gen. Stat. § 53a-217. No person convicted for a

21   Felony or a Misdemeanor crime of domestic violence involving the use or threatened use of

22   physical force or a deadly weapon may possess any firearms in Connecticut. Conn. Gen. Stat.

23   § 29-36f(b); Conn. Gen. Stat. § 29-28 (b).

24        85.    The types of crimes that render someone ineligible to possess a firearm in

COMPLAINT FOR DECLARATORY                    26              ATTORNEY GENERAL OF WASHINGTON
AND INJUNCTIVE RELIEF                                              800 Fifth Avenue, Suite 2000
                                                                   Seattle, WA  98104-3188
                                                                      (206) 464-7744

1  Connecticut are wide ranging and include: 1) illegal possession of narcotics or other controlled

2  substances; 2) criminally negligent homicide; 3) assault in the third degree ; 4) Assault of a

3  victim 60 or older in the third degree; 5) threatening; 6) reckless endangerment in the first degree;

4  7) unlawful restraint in the second degree; 8) riot in the first degree; 9) riot in the second degree;

5  10) Inciting to riot; 11) stalking in the second degree; or 12) anyone who has been convicted as

6  delinquent for the commission of a serious juvenile offense, or 13) anyone who has been

7  discharged from custody within the preceding twenty years after having been found not guilty

8  of a crime by reason of mental disease or defect; 14) anyone who has been confined in a hospital

9  for persons with psychiatric disabilities within the preceding sixty months by order of a probate

10  court; 15) anyone who has been voluntarily admitted to a hospital for persons with psychiatric

11  disabilities within the preceding six months for care and treatment of a psychiatric disability and

12  not solely for alcohol or drug dependency; or 15) anyone who is subject to a firearms seizure

13  order issued pursuant to Connecticut General Statute Section 29-38c after notice and an

14  opportunity to be heard has been provided to such person; 16) anyone who is an alien illegally

15  or unlawfully in the United States; 17) anyone who satisfies any of the federal disqualifiers listed

16  in Title 18 U.S.C Chapter 44. *See* Conn. Gen. Stat. § 29-28(b);  Conn. Gen. Stat. § 29-36f(b).

17      86.    Connecticut also prohibits a person under the age of 21 years of age from

18  obtaining a pistol or revolver. Conn. Gen. Stat. § 29-36f(a).

19          **d.    Connecticut's regulation of assault weapons and machine guns**

20      87.    Connecticut prohibits the possession of an assault weapon or any "part or

21  combination of parts" that can be readily assembled into an assault weapon, Conn. Gen. Stat.

22  § 53-202c unless the owner obtained a Certificate of Possession prior to January 1, 2014.

23  Conn. Gen. Stat. § 53-202d.

24      88.    Any Connecticut resident who owns a fully automatic weapon or machine gun is

COMPLAINT FOR DECLARATORY
AND INJUNCTIVE RELIEF

27

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

1   required to complete a state form registering that firearm with Connecticut immediately upon

2   receiving it, and upon an annual basis. Conn. Gen. Stat. § 53-202(g).

3        89.    The Government's "temporary modification" of the USML Category I to permit

4   "any United States person" to "access, discuss, use, reproduce, or otherwise benefit from" CAD

5   files for the automated production of 3-D printed weapons quite literally nullifies the State of

6   Connecticut's laws prohibiting certain categories of persons from possessing firearms.

7        90.    If the "temporary modification" is left in place, the State of Connecticut stands to

8   suffer extreme and irreparable harm. Persons ineligible to possess firearms under Connecticut

9   law will easily be able to obtain downloadable guns that they can produce at home using a 3-D

10  printer.   Connecticut law enforcement will have no means of detecting such weapons using

11  standard equipment such as metal detectors, and no means of tracing such weapons because they

12  have no serial numbers.

13       91.    In sum, the Government's actions are an extreme infringement on the State of

14  Connecticut's sovereign right to enact and enforce its public safety laws.

15  **3.    Maryland's Firearms Laws**

16       92.    The State of Maryland has one of the most robust firearms regulatory regimes in

17  the country. For instance, Maryland prohibits certain categories of persons from buying or

18  possessing a firearm. This includes minors under the age of 21, and persons previously convicted

19  of certain serious crimes, including crimes of violence. Md. Code Ann., Pub. Safety § 5-133.

20  Persons who have been involuntarily committed to a mental health facility, or are under the

21  protection of a court-appointed guardian, or have been found incompetent to stand trial, or are

22  addicted to a controlled dangerous substance, or are subject to a protective order are all

23  prohibited from possessing a firearm as well. *Id.*

24       93.    Sales and other transfers of firearms in Maryland are extensively regulated to

COMPLAINT FOR DECLARATORY
AND INJUNCTIVE RELIEF

28

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

1   ensure that prohibited persons are unable to obtain a weapon. A person seeking to purchase, rent,

2   or receive a handgun must first obtain a handgun qualification license. Md. Code Ann., Pub.

3   Safety § 5-117.1. To obtain such a license, applicants must, among other things, make a sworn

4   statement that they are not prohibited under federal or State law from possessing a handgun, pass

5   a fingerprint-based background check, and complete an approved firearms safety training course.

6   *Id.* Further, a person must submit a firearm application before the person purchases, rents, or

7   transfers a handgun in Maryland. Md. Code Ann., Pub. Safety §§ 5-117, 5-118. That transaction

8   must be executed within 90 days of the application's approval and must be reported to the State

9   Police, including a description of the firearm and its serial number. Md. Code Ann., Pub. Safety

10  § 5-123. Firearm dealers are required to maintain records of every transaction, including the

11  name and address of the purchaser, a precise description, including make, model, caliber, and

12  serial number of each firearm acquired or sold, and the date of sale. Md. Code Ann., Pub. Safety

13  § 5-145. Further, persons moving to Maryland from out-of-state must register their firearms with

14  the State Police, which requires the applicant to submit information such as their name, address,

15  and Social Security number, as well as the make, model, and manufacturer's serial number of

16  the firearm. Md. Code Ann., Pub. Safety § 5-143.

17       94.    Maryland also prohibits the possession of certain types of firearms. Assault

18  weapons, including assault pistols, may not be bought, possessed, sold, or transported into the

19  State. Md. Code Ann., Crim. Law § 4-303. Detachable magazines with a capacity of more than

20  ten rounds of ammunition are also prohibited from being bought, sold, or possessed. Md. Code

21  Ann., Crim. Law § 4-305.

22       95.    Maryland's carefully constructed regulatory regime will be upended if the

23  Government's action is permitted to stand. Persons currently prohibited from possessing

24  firearms would be able to easily circumvent Maryland law by simply manufacturing a gun on a

3-D printer. The firearms thus produced will be unregistered, unmarked, and virtually untraceable, directly harming Maryland's interest in a well-regulated firearms market and potentially leading to an increase in violent crime.

### 4.   New Jersey's Firearms Laws

96.    New Jersey not only has statutes related to the purchase and possession of guns, but also laws relating to who can manufacture firearms. In New Jersey, under N.J.S.A. 2C:39-9, it is illegal to manufacture a weapon without being registered or licensed to do so. And N.J.S.A. 2C:39-10 makes it a crime to knowingly violate the regulatory provision relating to the manufacturing of firearms in N.J.S.A. 2C:58-1, which provides that every manufacturer of firearms shall register with the proper State authorities. Yet Defense Distributed's codes would enable individuals to manufacture guns, without a license, using a 3D printer at home, no matter what state law says – and indeed, founder Cody Wilson has celebrated this result.

97.    New Jersey also has an extensive system of rules for people purchasing firearms. A person must obtain a firearms purchaser identification card before purchasing, receiving, or otherwise acquiring a firearm. Under N.J.S.A. 2C:58-3(c), the following people are prohibited from obtaining a purchaser identification card, and thus prohibited from purchasing firearms:  those who have been convicted of crimes and disorderly persons offenses involving acts of domestic violence (N.J.S.A. 2C:58-3(c)(1)); those who are drug dependent (N.J.S.A. 2C:58-3(c)(2)); those who are confined for mental disorders to hospitals, mental institutions or sanitariums (N.J.S.A. 2C:58-3(c)(2)); those who suffer from a physical defect or disease that would make it unsafe for him to handle firearms (N.J.S.A. 2C:58-3(c)(3)); those who have been confined for a mental disorder (N.J.S.A. 2C:58-3(c)(3)); those who are alcoholics and are unable to produce proof demonstrating that they no longer suffer from that particular disability in a manner that would interfere with or handicap them in the handling of firearms (N.J.S.A.

COMPLAINT FOR DECLARATORY                    30                    ATTORNEY GENERAL OF WASHINGTON
AND INJUNCTIVE RELIEF                                                    800 Fifth Avenue, Suite 2000
                                                                               Seattle, WA  98104-3188
                                                                                      (206) 464-7744

2C:58-3(c)(3)); juveniles (N.J.S.A. 2C:58-3(c)(4)); those for whom the issuance of a permit to purchase a handgun or firearms purchaser identification card would not be in the interests of the public health, safety, or welfare (N.J.S.A. 2C:58-3(c)(5)); those who are subject to restraining orders issued pursuant to the "Prevention of Domestic Violence Act" prohibiting them from possessing firearms (N.J.S.A. 2C:58-3(c)(6); those who were adjudicated delinquent for offenses which, if committed by an adult, would constitute a crime involving the unlawful use or possession of weapons, explosives, or destructive devices (N.J.S.A. 2C:58-3(c)(7)); those who had a firearm seized pursuant to the Prevention of Domestic Violence Act (N.J.S.A. 2C:58-3(c)(8)); and those who are named on the consolidated Terroristic Watchlist maintained by the Terrorist Screening Center administered by the Federal Bureau of Investigation (N.J.S.A. 2C:58-3(c)(9)). And New Jersey bans all assault weapons. N.J.S.A. 2C:39-5(f).

98.    Finally, New Jersey law prohibits "certain persons" from purchasing, owning, possessing, or controlling any and all firearms under N.J.S.A. 2C:39-7(b), due to their prior convictions for aggravated assault, arson, burglary, escape, extortion, homicide, kidnapping, robbery, aggravated sexual assault, sexual assault, bias intimidation, endangering the welfare of a child, stalking, or a crime involving domestic violence. Those persons face a mandatory term of imprisonment with at least five years of parole ineligibility if they purchase, own, possess, or control a firearm. N.J.S.A. 2C:39-7(b).

### 5.    New York's Firearms Laws

99.    For over a century, in order to promote public safety, New York law has regulated the possession and use of guns and has prohibited certain persons from obtaining or possessing firearms. *See* NY Penal Law §§ 265.00, 265.01, 265.20(a)(3), 400.00; *Kachalsky v. Cty. of Westchester*, 701 F.3d 81, 84 (2012), cert. denied, 133 S. Ct. 1806 (2013). For example, New York licenses the possession of "firearms," which are defined, as a general matter, as any

1   pistol or revolver; a shotgun having one or more barrels less than eighteen inches in length; a

2   rifle having one or more barrels less than sixteen inches in length; and any assault weapon.

3   *See* NY Penal Law §§ 265.01, 265.20(a)(3), 400.00. These measures remain the law today.

4   100.   Licenses are limited "to those over twenty-one years of age, of good moral

5   character, without a history of crime or mental illness, and 'concerning whom no good cause

6   exists for the denial of the license.' " *Kachalsky v. County of Westchester*, 701 F.3d 81, 86

7   (quoting PL § 400.00(1).); NY Penal Law §§ 265.00, 265.01, 265.20(a)(3), 400.00. Persons

8   subject to a variety of protection orders are also prohibited from maintaining licenses. NY Penal

9   Law § 400.00(1); NY Criminal Procedure Law § 530.14; Family Court Act §842-a.

10   101.   Every license application triggers an investigation into the applicant by local law

11   enforcement, including an investigation into the applicant's mental health history.

12   PL § 400.00(4); *Kachalsky*, 701 F.3d at 87. Firearms subject to licensure must be disclosed to

13   and registered with licensing officials. N.Y. Penal Law § 400.00(7) (mandating that each license

14   "specify the weapon covered by calibre, make, model, manufacturer's name and serial number,

15   or if none, by any other distinguishing number or identification mark . . . .").

16   102.   New York has also enacted specific criminal prohibitions on the possession of

17   rifles and shotguns by certain mentally ill individuals.  PL §§ 265.01(6), 265.00(16). Penal Law

18   § 265.01(6), enacted in 1974, provides that "a person who has been certified not suitable to

19   possess a rifle or shotgun . . . and refuses to yield possession of such rifle or shotgun upon the

20   demand of a police officer" is guilty of criminal possession of a weapon in the fourth degree. Id.

21   § 265.01(6). Law enforcement is authorized to take firearms "possessed by such person."

22   103.   New York's Secure Ammunition and Firearms Enforcement Act of 2013 (SAFE

23   Act) generally restricts the transfer and possession of "assault weapons"—defined, as a general

24   matter, as rifles, shotguns, and pistols that are (1) semiautomatic, (2) in the case of a pistol or

1   rifle, able to accept a detachable ammunition magazine, and (3) equipped with at least one feature

2   on an enumerated list of military style features. Penal Law § 265.00(22).[1]  Possession of a

3   prohibited assault weapon constitutes the Class D felony of Criminal Possession of a Weapon in

4   the Third Degree. Id. § 265.02(7)-(8)[9].

5       104.   The Government's "temporary modification" of the USML Category I to permit

6   "any United States person" to "access, discuss, use, reproduce, or otherwise benefit from" CAD

7   files for the automated production of 3-D printed weapons quite literally nullifies the New

8   York's laws prohibiting certain categories of persons from possessing firearms. If the "temporary

9   modification" is left in place, the New York stands to suffer extreme and irreparable

10   harm.  Persons ineligible to possess firearms under New York law will easily be able to obtain

11   downloadable guns that they can produce at home using a 3-D printer.  New York law

12   enforcement will have no means of detecting such weapons using standard equipment such as

13   metal detectors, and no means of tracing such weapons because they have no serial numbers.

14   **6.    Oregon's Firearms Laws**

15       105.   Oregon law also limits the availability and manufacture of firearms to protect the

16   public safety and in the exercise of its police powers. Or. Rev. St. 166.170(1) provides: "[e]xcept

17   as expressly authorized by state statute, the authority to regulate in any matter whatsoever the

18   sale, acquisition, transfer, ownership, possession, storage, transportation or use of firearms or

19   any element relating to firearms and components thereof, including ammunition, is vested solely

20   in the Legislative Assembly." Under this authority, the Oregon Legislature enacted Or. Rev. St.

21   166.410, which states that "[a]ny person who manufactures or causes to be manufactured within

22

23   [9] The Act does not prohibit possession of any firearm that was lawfully possessed before the law's effective date of January 15, 2013. See Penal Law § 265.00(22)(g)(v). Persons who lawfully possessed a banned assault weapon at that time may continue to do so, but must register the weapon with the Superintendent of the State Police. Id. §

24   400.00(16-a).]\

COMPLAINT FOR DECLARATORY       33       ATTORNEY GENERAL OF WASHINGTON
AND INJUNCTIVE RELIEF                         800 Fifth Avenue, Suite 2000
                                        Seattle, WA  98104-3188
                                          (206) 464-7744

1  this state, or who imports into this state, or offers, exposes for sale, or sells or transfers a handgun,

2  short-barreled rifle, short-barreled shotgun, firearms silencer or machine gun, otherwise than in

3  accordance with [the Oregon statutes] is guilty of a Class B felony."

4      106.    Thus, Oregon law prohibits certain persons from obtaining or possessing

5  firearms. For example, Oregon law prohibits certain felons, certain individuals under the

6  jurisdiction of juvenile court, certain individuals with will mental illnesses and certain persons

7  subject to stalking orders from possession firearms. Or. Rev. St. 166.250; Or. Rev. St. 166.255.

8  Under Or. Rev. St. 166.470(1), it is unlawful to knowingly and intentionally sell, deliver or

9  otherwise transfer a firearm to such persons.

10      107.    Oregon law also has set up an extensive system of rules to ensure unauthorized

11  persons cannot buy firearms. For example, with certain exceptions (for example, transfers to

12  family members), only a gun dealer may transfer a firearm. Or. Rev. St. 166.435(2). A person

13  who applies to buy a handgun from a dealer must provide valid government identification

14  bearing a photograph and date of birth, and the dealer must complete a transaction record with

15  the signature of the purchaser. This transaction record much include the federal firearms license

16  number of the dealer, the business name of the dealer, the place of transfer, the name of the

17  person making the transfer, the make, model, caliber and manufacturer's number of the handgun

18  and the type, the social security number of the purchaser, and the issuer and identification

19  number of the identification presented by the purchaser. The dealer must also obtain the

20  thumbprints of the prospective purchaser and contact the Department of State Police

21  ("Department") to conduct a criminal background check. Or. Rev. St. 166.412; Or. Rev. St.

22  166.418.

23      108.    Oregon law also requires a request for a criminal background check to transfer a

24  gun at a gun show. Or. Rev. St. 166.433(2); Or. Rev. St. 166.438.

COMPLAINT FOR DECLARATORY
AND INJUNCTIVE RELIEF

34

1        **7.    Massachusetts' Firearms Laws**

2        109.    Massachusetts carefully regulates the possession, licensing, and use of firearms

3    and other inherently dangerous weapons. Among the goals of these laws is limiting access to

4    deadly weapons by persons who may inflict harm – be it negligently or intentionally – on

5    themselves or others. These laws also recognize that criminal use of firearms is a significant

6    problem, that guns should be registered and traceable in the event of theft or criminal misuse,

7    and that possession of firearms should be limited to responsible persons who meet all

8    requirements for licensure. *See, e.g.*, *Commonwealth v. Reyes*, 464 Mass. 245, 250 (2013); *Jupin*

9    *v. Kask*, 447 Mass. 141, 153-154 (2006)

10       110.    Under Massachusetts law,[10] a person may not possess or carry a firearm without

11   obtaining a license from the appropriate licensing authority. Persons may not obtain a license to

12   carry a firearm if they: (1) have committed certain offenses, including violent crimes and laws

13   regulating the use, possession, or sale of a controlled substance; (2) have been committed to a

14   hospital or institution for mental illness, or alcohol or substance misuse, subject to limited

15   exceptions; (3) were younger than 21 years old at the time of submitting an application; (4) are

16   currently subject to an order for suspension or surrender of firearms in connection with an abuse

17   prevention order; (5) have an outstanding arrest warrant in any state or federal jurisdiction; (7)

18   have been dishonorably discharged from the armed forces of the United States; (8) are a fugitive

19   from justice; or (9) have renounced their United States citizenship. M.G.L. c. 140, § 131(d).

20       111.    A licensing authority also may deny a person a license to carry firearms if the

21   licensing authority determines that the person is unsuitable for a license based on: (i) reliable

---

[10] The Massachusetts-specific allegations contained herein constitute a summary of some of the
most relevant provisions of Massachusetts law. It is not an exhaustive or complete list of all relevant
statutes, regulations, or other provisions.

COMPLAINT FOR DECLARATORY                    35              ATTORNEY GENERAL OF WASHINGTON
AND INJUNCTIVE RELIEF                                                 800 Fifth Avenue. Suite 2000
                                                                       Seattle, WA  98104-3188
                                                                           (206) 464-7744

and credible information that the applicant or licensee has exhibited or engaged in behavior that suggests that, if issued a license, the applicant or licensee may create a risk to public safety; or (ii) existing factors that suggest that, if issued a license, the applicant or licensee may create a risk to public safety. M.G.L. c. 140, § 131(d).

112.   Anyone who wishes to sell, rent, or lease firearms must apply for and obtain a license. Such licenses are valid for three years. No license may issue until an investigation into the applicant's criminal history has been completed. A licensee must record all sales of firearms to include a complete description of the firearm (including the make and type of firearm) and the person purchasing the firearm (including the person's sex, residence, and occupation). The police may inspect the premises of a licensee at all times. M.G.L. c. 140, §§ 122-124. Reports of all transactions must be made by licensees to Massachusetts's Department of Criminal Justice Information Services with information that includes the make, model, serial number, caliber, barrel length, and gun surface finish. 803 C.M.R. 10.00.

113.   It is unlawful to manufacture a firearm in Massachusetts or to deliver a firearm to a dealer in Massachusetts without a serial number permanently inscribed on a visible metal surface of the firearm. M.G.L.  269, § 11E.

114.   Anyone who purchases or obtains a firearm from any source other than a licensed dealer must, within seven days of receiving the firearm, report in writing to the Commissioner of the Massachusetts Department of Criminal Justice Information Services the name and address of the seller or donor and the buyer or donee, together with a complete description of the firearm, including the caliber, make, and serial number. M.G.L. c. 140, § 128B.

115.   Only handguns that meet the safety and performance standards expressed in state law and regulations, including protection against accidental discharge and explosion upon firing, may be sold. M.G.L. c. 140D, § 123, clauses 18 to 20. The Secretary of the Massachusetts

COMPLAINT FOR DECLARATORY
AND INJUNCTIVE RELIEF

36

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

1    Executive Office of Public Safety and Security has compiled an approved firearms roster,

2    pursuant to M.G.L. 140, § 131-3/4 and 501 C.M.R. 7.00.

3        116.    It is unlawful to sell, offer for sale, transfer, or possess any weapon, capable of

4    discharging a bullet or shot, that is not detectable as a weapon or potential weapon by x-ray

5    machines commonly used at airports or walk-through metal detectors. M.G.L. c. 140, § 131N.

6        117.    The sale, transfer, or possession of an "Assault weapon," as defined in M.G.L. c.

7    140, § 121, is prohibited. M.G.L. c. 140, § 131M.

8        118.    All firearms that are used in the commission of a crime must be traced by the

9    licensing authority for the city or town in which the crime took place. M.G.L. c. 140, § 131Q.

10   **8.    Pennsylvania's Firearms Laws**

11       119.    Pennsylvania, like the other states, also has a robust system of state firearms laws

12   designed to keep the public safe and that would be undermined if the Government's action is

13   allowed to stand. Section 6105 of the Pennsylvania's Firearms Act mandates that any person

14   who has been convicted of certain enumerated offenses inside or outside of Pennsylvania

15   "regardless of the length of sentence" or whose conduct meets certain specified criteria "shall

16   not possess, use, control, sell, transfer or manufacture or obtain a license to possess, use, control,

17   sell, transfer or manufacture a firearm in this Commonwealth." 18 Pa. C.S. § 6105(a).  The

18   definition of "firearm" in section 6105 "shall include" any weapons which are "designed to or

19   may readily be converted to" expel any projectile by the action of an explosive or the frame or

20   receiver of any such weapon.  18 Pa. C.S. § 6105(i).  The "downloadable guns" that Defense

21   Distributed promises to make available constitutes a "firearm" under this section of the Firearms

22   Act because it is a weapon that is designed and, by 3D printing, "may readily be converted to"

23   expel bullets by an explosive. *Id.*  Depending on the underlying offense or criteria, violation of

24   section 6105, by individuals who shall not possess, use, control, sell, transfer or manufacture the

COMPLAINT FOR DECLARATORY              37         ATTORNEY GENERAL OF WASHINGTON
AND INJUNCTIVE RELIEF                              800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

1    Defendants' firearm in the Commonwealth is a second degree felony or first or third degree

2    misdemeanor. 18 Pa. C.S. § 6105(a)(1). Each firearm wrongly possessed by a felon constitutes

3    a separate offense.

4          120.    By law, the State Police "shall have the responsibility to administer the provisions

5    of" Pennsylvania's Uniform Firearms Act, and are assigned certain specific duties thereunder.

6    18 Pa. C.S. § 6111.1.(a), (b). Among these duties, the State Police must: (1) review criminal

7    histories, delinquency histories, and mental health histories of potential firearms' purchasers or

8    transferees; make all reasonable efforts to identify the legal owner of any firearm confiscated or

9    recovered by law enforcement; (3) establish a telephone number for inquires by licensed firearms

10    manufacturer, importers, and dealers; and (4) provide information regarding the firearms laws

11    and firearms safety. 18 Pa. C.S. § 6111.1

12          121.    Section 6106 of the Firearms Act mandates, with limited exceptions, that, outside

13    of one's home or "fixed place of business," firearms may not be carried in the Commonwealth

14    "without a valid and lawfully issued license." 18 Pa. C.S. § 6106(a). Violation of this section

15    constitutes a third degree felony unless the unlawful carrier of the firearm is "eligible" to have a

16    valid license, in which case the violation is a first degree misdemeanor. *Id.*

17          122.    Under section 6109 of the Firearms Act, a "license to carry a firearm" is required

18    to carry a concealed firearm "on or about one's person or in a vehicle throughout this

19    Commonwealth." 18 Pa. C.S. § 6109(a). In order to apply for a concealed carry license, you

20    must be "21 years of age or older" and the application itself must be "uniform throughout this

21    Commonwealth" and only "on a form prescribed by the Pennsylvania State Police." 18 Pa. C.S.

22    § 6109(b),(c). In filling out the application, the licensee must identify one of the following

23    reasons for applying for a firearm license: "self-defense, employment, hunting and fishing, target

24    shooting, gun collecting or another proper reason." 18 Pa. C.S. § 6109(c).

COMPLAINT FOR DECLARATORY         38        ATTORNEY GENERAL OF WASHINGTON
AND INJUNCTIVE RELIEF                                800 Fifth Avenue. Suite 2000
                                               Seattle, WA 98104-3188
                                                 (206) 464-7744

123.     Applicants must also sign and date the following statement under penalty of perjury, certifying that they have "never been convicted of a crime that prohibits [them] from possessing or acquiring a firearm under Federal or State law," are "of sound mind," and "have never been committed to a mental institution." *Id.* Applicants must also authorize the relevant law enforcement officials to research all records necessary to verify the certification and promise to "promptly notify" them if they are issued a license but later "knowingly become ineligible to legally possess or acquire firearms." *Id.*

124.     Then, before a license is issued, the sheriff must "conduct [an] investigation" of the applicant including an investigation of the applicant's "record of criminal conviction," whether or not the applicant "is under indictment for or has ever been convicted of a crime punishable by imprisonment exceeding one year," and has a "character and reputation" such that the applicant "will not be likely to act in a manner dangerous to public safety." 18 Pa. C.S. § 6109(d). The sheriff must also "conduct a criminal background, juvenile delinquency and mental health check." *Id*

125.     As can be seen, these various requirements and background checks serve to keep Pennsylvanians safe by keeping guns out of the hands of those who should not have access to them. This system, however, will be effectively nullified if those ineligible to buy or possess firearms can avoid the legal prerequisites for lawful possession by simply printing an untraceable gun at home or elsewhere.

**9.     District of Columbia's Firearms Laws**

126.     The District of Columbia, like the States, has a comprehensive statutory scheme regulating the possession, licensing, and registration of firearms. Certain types of weapons are prohibited entirely.

127.   District of Columbia law prohibits certain persons from registering firearms.[11] For example, persons cannot register firearms if they have been acquitted by reason of insanity within the last five years, or have been voluntarily or involuntarily committed to a mental hospital or institution in that time. D.C. Code § 7-2502.03. Other persons prohibited from registering firearms include persons convicted of a felony, persons with a history of violent behavior, under indictment for a crime of violence or a weapons offense, or convicted within the previous five years of:  (a) use, possession, or sale of any narcotic or dangerous drug; (b) assault or threats; (c) two or more impaired driving offenses; (d) intrafamily offenses punishable as misdemeanors; or (e) stalking. D.C. Code § 7-2502.03(a)(2)–(4).

128.   The District of Columbia also prohibits the registration of certain types of firearms, including "unsafe" pistols, assault weapons, and .50 caliber firearms. D.C. Code §§ 7-2502.02, 7-2501.01(3A)(A) (defining "assault weapon").

129.   One of the cornerstones of the District of Columbia's firearms regulatory structure is the use of background checks. All persons seeking to register a firearm (or obtain a license to carry concealed) are subject to background checks. D.C. Code § 7-2502.04(a); § 22-4506.  The purpose of the background check is simple and obvious: to ensure that persons prohibited by law from possessing firearms are unable to do so.

130.   The Government's "temporary modification" of the USML Category I to permit "any United States person" to "access, discuss, use, reproduce, or otherwise benefit from" CAD files for the automated production of 3-D printed weapons quite literally nullifies the District of Columbia's laws prohibiting certain categories of persons from possessing firearms.

---

[11] Registration is a prerequisite to firearm possession and carrying in the District of Columbia. D.C. Code § 7-2502.01(a). *See also* D.C. Code § 22-4504 (license required to carry firearm within the District "either openly or concealed").

131.   If the "temporary modification" is left in place, the District of Columbia stands to suffer extreme and irreparable harm.  Persons ineligible to possess firearms under District of Columbia law will easily be able to obtain downloadable guns that they can produce at home using a 3-D printer, and even produce guns which are explicitly prohibited in the District because they are assault weapons such as the AR-15. See D.C. Code Sec. 7-2501.01(3A)(A) (defining assault weapons).  District of Columbia law enforcement will have no means of detecting such weapons using standard equipment such as metal detectors, and no means of tracing such weapons because they have no serial numbers. In sum, the Government's actions are an extreme infringement on the District of Columbia's right to enact and enforce its public safety laws.

## V.   CAUSES OF ACTION

### Count I:
### Violation of the Administrative Procedure Act—*Ultra Vires* Conduct

132.   All of the foregoing allegations are repeated and realleged as though fully set forth herein.

133.   Under the Administrative Procedure Act (APA), a court must set "aside agency action that is "in excess of statutory jurisdiction, authority, or limitations, or short of statutory right." 5 U.S.C. § 706(2)(C).

134.   The Government Defendants' enactment of a "temporary modification" of the USML Category I so as to deregulate CAD files used for the production of 3-D printed guns constitutes a final agency action that is *ultra vires* and should be set aside by the Court. Likewise, Defendants approval of the CAD files for public release and effective removal from USML Category I constitutes a final agency action that is *ultra vires* and should be set aside by the Court.

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

135.    The Government Defendants may only exercise the authority conferred to them by statute.  Neither the AECA nor ITAR confer upon the Government Defendants the power to modify the USML Category I, temporarily or otherwise, without 30 days' notice to the relevant Congressional committees and without concurrence of the Defense Department.

136.    Upon information and belief, the Government Defendants did not provide advance notice of the proposed temporary modification to the House Committee on Foreign Affairs and to the Committee on Foreign Relations of the Senate, and did not receive the concurrence of the Secretary of Defense, before enacting the modification on July 27, 2018.

137.    According to Rep. Engel, Ranking Member of the House Committee on Foreign Affairs, notice of the terms of the settlement has not been provided by the President or the State Department.  *See* "Engel Decries State Department Policy to Allow 3-D Gun Printing," Press Release (July 20, 2018), *available at* https://democrats-foreignaffairs.house.gov/news/press-releases/engel-decries-state-department-policy-allow-3-d-gun-printing, attached hereto as Ex. 8.

138.    The Government Defendants also lack statutory authority to determine that the Plaintiffs' CAD files should be removed from the Category I list and approval of the CAD files for public release without following the "established procedures" for commodity jurisdiction.  This is especially relevant here because, in effect, the "temporary modifications" and approval for public release at issue will negate—in large part—the need for final rulemaking with respect to the data at issue, because once the data is on the internet, the damage to the national security and public safety in the State of Washington will be irreparable.

139.    In addition, although ITAR allows the Deputy Assistant Secretary for Defense Trade Controls to order the temporary modification of any ITAR regulation, it may do so only "in the interest of the security and foreign policy of the United States." 22 C.F.R. § 126.2.

1    140.   The temporary modification enacted by DDTC on July 27, 2018 and the approval

2   of the CAD files for public release sent the same day are not in the interest of the security and

3   foreign policy of the United States, and, upon information and belief, Government Defendants

4   have made no determination otherwise.

5    141.   In addition, Government Defendants lack statutory authority to permit "any

6   United States person" to "access, discuss, use, reproduce, or otherwise benefit" from CAD files

7   for the automated production of 3-D printed weapons, as this would allow "any United States

8   person" to manufacture, possess, and sell firearms made from the files.  As such, this provision

9   would violate numerous provisions of Washington's statutory scheme regulating firearms,

10   including laws that promote public safety by keeping guns out of the hands of minors, persons

11   convicted of violent felonies, the mentally ill, and persons subject to various protection and no-

12   contact orders.  For similar reasons, this provision would also violate numerous provisions of

13   the federal Gun Control Act, including 18 U.S.C. § 922(x)(2) (prohibiting handgun possession

14   by minors), § 922(g) (prohibiting firearm possession by felons and domestic abusers), and §

15   922(p) (prohibiting the manufacture of undetectable firearms).  Government Defendants lack

16   any authority to amend, rescind, or waive any portion of these laws.

17    142.   For these reasons, the State of Washington is entitled to a declaration that the

18   "temporary modification" is invalid, and an injunction requiring Government Defendants to

19   rescind the temporary modification and restore the status quo until a proper administrative

20   process is completed.

**Count II:**
**Violation of the Administrative Procedure Act—Action Not in Accordance with Law**

143.   All of the foregoing allegations are repeated and realleged as though fully set

COMPLAINT FOR DECLARATORY       43       ATTORNEY GENERAL OF WASHINGTON
AND INJUNCTIVE RELIEF                                  800 Fifth Avenue. Suite 2000
                                                  Seattle, WA  98104-3188
                                                   (206) 464-7744

forth herein.

144.    Under the APA, a court must set aside agency action that is "not in accordance with law." 5 U.S.C. § 706(2)(A).

145.    As alleged above, upon information and belief, Government Defendants did not give 30 days' notice to the required Congressional Committees or receive concurrence from the Secretary of Defense before enacting the "temporary modification" of USML Category I to remove the CAD files at issue from ITAR regulation on July 27, 2018 as well as the approval of the CAD files for public release on the same day.

146.    Upon information and belief, Government Defendants also did not follow established procedures before granting Defense Distributed an exception to ITAR jurisdiction.

147.    Furthermore, it is unlawful for Government Defendants to permit "any United States person" to "access, discuss, use, reproduce, or otherwise benefit from" CAD files for the automated production of 3-D printed weapons, as this purports to allow prohibited individuals to possess, manufacture, and sell firearms made using such files, in violation of existing state and federal law.

148.    For these reasons, the State of Washington is entitled to a declaration that the "temporary modification" is invalid, and an injunction requiring Government Defendants to rescind the temporary modification and restore the status quo until a proper administrative process is completed.

**Count III:**
**Violation of the Administrative Procedure Act—Arbitrary and Capricious Agency Action**

149.    All of the foregoing allegations are repeated and realleged as though fully set

COMPLAINT FOR DECLARATORY
AND INJUNCTIVE RELIEF

44

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

1    forth herein.

2    150.    Under the APA, a court must set "aside agency action" that is "arbitrary,

3    capricious, an abuse of discretion, or otherwise not in accordance with the law," 5 U.S.C. §

4    706(2)(A).

5    151.    A court may hold that an agency action is arbitrary and capricious when the

6    agency has failed to consider relevant evidence or articulate a satisfactory explanation for its

7    action. An agency's departure from prior practice can serve as an additional basis for finding an

8    agency's action to be arbitrary and capricious.

9    152.    Upon information and belief, Government Defendants have provided no

10    explanation for the Government's complete reversal of its position on the CAD files at issue.

11    The Government has released no reports, studies, or analyses to explain why CAD files for the

12    automated production of 3-D printed weapons should be removed from ITAR regulation or that

13    the files should be publically released. It appears that Government Defendants have also failed

14    to consider or acknowledge the serious national security concerns or the threat to public safety

15    posed to states, including the Plaintiff States, created by the export of the CAD files.

16    153.    Government Defendants' enactment of a "temporary modification" to exclude the

17    CAD files at issue from ITAR jurisdiction, the approval of the CAD files for public release, and

18    the agreement to permit "any United States person" to "access, discuss, use, reproduce, or

19    otherwise benefit from" the CAD files is arbitrary and capricious because the Government has

20    not offered a reasoned explanation for ignoring or countermanding its earlier factual

21    determinations. It is also arbitrary and capricious because it is contrary to the purposes of AECA,

22    which requires the State Department to administer AECA to reduce the international trade in

23    arms and avoid destabilizing effects abroad through arms export. *See* 22 U.S.C. § 2751. It is also

24

1   arbitrary and capricious because it is an extreme infringement of the Plaintiff States' sovereign

2   right to exercise its police power by enacting and enforcing public safety laws that restrict certain

3   persons' possession of firearms and provide for licensing and tracking gun ownership.

4        154.    For these reasons, the Plaintiff States are entitled to a declaration that the

5   "temporary modification" is invalid, and an injunction requiring Government Defendants to

6   rescind the temporary modification and restore the status quo until a proper administrative

7   process is completed.

8

**Count IV:**
**Violation of the Tenth Amendment**

9

10        155.    All of the foregoing allegations are repeated and realleged as though fully set

11   forth herein.

12        156.    The structure and limitations of federalism allow the States great latitude under

13   their police powers to legislate as to the protection of the lives, limbs, health, comfort, and quiet

14   of all persons. The police power is a critical function reserved to the States by the Tenth

15   Amendment.

16        157.    While the regulation of health and safety is primarily and historically a matter of

17   State and local concern, the Federal Government can set uniform national standards in these

18   areas—but only if Congress makes its intent to alter the usual constitutional balance between the

19   States and the Federal Government "unmistakably clear" in the language of the statute.

20

21        158.    Government Defendants' enactment of a "temporary modification" to the USML

22   permitting "any United States person" to "access, discuss, use, reproduce, or otherwise benefit

23   from" CAD files for the automated production of 3-D printed weapons and the approval of the

24   CAD files for public release purports to allow any U.S. citizen to manufacture and use an

COMPLAINT FOR DECLARATORY
AND INJUNCTIVE RELIEF

46

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

1    undetectable and untraceable weapon—regardless of their age, mental health status, or criminal

2    history—in violation of Washington's public safety laws.

3        159.    Government Defendants' action infringes on the Plaintiff States' exercise of its

4    police power and enforcement of its safety laws, including (i) prohibiting certain United States

5    persons from possessing firearms—such as minors, persons convicted of violent felonies, the

6    mentally ill, and persons subject to various protection and no-contact orders; (ii) regulating the

7    acquisition and tracking the ownership of firearms; (iii) using serial numbers to trace weapons;

8    and (iv) keeping government buildings and other public places safe through the use of metal

9    detectors.

10       160.    Government Defendants were not authorized by Congress to infringe upon the

11   Plaintiff States' police power to this extreme degree, which is well outside the scope of any

12   authority delegated by AECA.   Indeed, Government Defendants failed even to follow the

13   required administrative procedures before enacting the temporary modification, including

14   providing Congress with 30 days' notice and obtaining the Secretary of Defense's concurrence.

15   Rather, Government Defendants enacted the temporary modification unilaterally on July 27,

16   2018, completely reversing the Government's previous position as to the CAD files at issue

17   while sidestepping Congressional review and flouting APA requirements.

18       161.    As such, the State of Washington is entitled to a declaration that the "temporary

19   modification" is an unconstitutional violation of the Tenth Amendment, and an injunction

20   requiring Government Defendants to rescind the temporary modification and restore the status

21   quo until a proper administrative process is completed.

22

23

24

COMPLAINT FOR DECLARATORY                    47        ATTORNEY GENERAL OF WASHINGTON
AND INJUNCTIVE RELIEF                                           800 Fifth Avenue. Suite 2000
                                                                  Seattle, WA 98104-3188
                                                                     (206) 464-7744

## VI.  PRAYER FOR RELIEF

WHEREFORE, the State of Washington requests that the Court enter a judgment against Defendants and award the following relief:

    a.    Declare that the "temporary modification" of the USML Category I and the approval of the CAD files for public release are unlawful and *ultra vires* agency action, including to the extent it purports to permit "any United States person" to "use, reproduce or otherwise benefit from" the files at issue in violation of state and federal law;

    b.    Declare that the "temporary modification" of the USML Category I and approval of the CAD files for public release are an unconstitutional violation of the Tenth Amendment;

    c.    Declare that the "temporary modification" of the USML Category I and approval of the CAD files for public release are null and void;

    d.    Issue an injunction requiring Defendants to rescind the "temporary modification" of the USML Category I and to rescind the approval of the CAD files for public release;

    e.    Issue an injunction prohibiting Defendants and anyone acting in concert with them from taking any action inconsistent with the rescission of the "temporary modification" of the USML Category I and the rescission of the approval of the CAD files for public release;

    f.    Award the State its costs and reasonable attorneys' fees; and

    g.    Award such additional relief as the interests of justice may require.

Respectfully submitted this 30th day of July, 2018.

COMPLAINT FOR DECLARATORY
AND INJUNCTIVE RELIEF

48

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

ROBERT W. FERGUSON
Attorney General

*/s/ Jeffrey Rupert*
JEFFREY RUPERT, WSBA #45037
Division Chief
KRISTIN BENESKI, WSBA #45478
Assistant Attorney General
TODD BOWERS, WSBA #25274
Deputy Attorney General
JEFF SPRUNG, WSBA #23607
Assistant Attorney General
JeffreyR2@atg.wa.gov
KristinB1@atg.wa.gov
ToddB@atg.wa.gov
JeffS2@atg.wa.gov
*Attorneys for Plaintiff State of Washington*


GEORGE JEPSEN
Attorney General of Connecticut

*/s/ Kimberly Massicotte*
KIMBERLY MASSICOTTE, CT-04111
Associate Attorney General
JOSEPH RUBIN, CT-00068
Associate Attorney General
MAURA MURPHY OSBORNE, CT-19987
Assistant Attorney General
Connecticut Office of Attorney General
55 Elm St.
P.O. Box 120
Hartford, CT 06141-0120
*Attorneys for Plaintiff State of Connecticut*


BRIAN E. FROSH
Attorney General of Maryland

*/s/ Julia Doyle Bernhardt*
JULIA DOYLE BERNHARDT
JENNIFER KATZ
Assistant Attorneys General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, MA  21202
(410) 576-7291

COMPLAINT FOR DECLARATORY
AND INJUNCTIVE RELIEF

49

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

1

jbernhardt@oag.state.md.us
jkatz@oag.state.md.us
*Attorneys for Plaintiff State of Maryland*

2

3

4

GURBIR GREWAL
Attorney General of New Jersey

5

*/s/ Jeremy M. Feigenbaum*

6

JEREMY M. FEIGENBAUM
Assistant Attorney General
Office of the Attorney General
Richard J. Hughes Justice Complex
25 Market Street, 8th Floor, West Wing
Trenton, NJ  08625-0080
(609) 376-2690
Jeremy.Feigenbaum@njoag.gov
*Attorneys for Plaintiff State of New Jersey*

7

8

9

10

11

BARABARA D. UNDERWOOD
Attorney General of New York

12

*/s/ Barbara D. Underwood*

13

BARBARA D. UNDERWOOD
Attorney General of New York
28 Liberty Street
New York, NY 10005

14

15

16

MAURA HEALEY
Attorney General of Commonwealth of
Massachusetts

17

18

*/s/ Jonathan B. Miller*

19

JONATHAN B. MILLER
Assistant Attorney General
Office of the Massachusetts Attorney General
One Ashburton Place
Boston, MA 02108
617-963-2073
Jonathan.Miller@state.ma.us
*Attorneys for Plaintiff Commonwealth of
Massachusetts*

20

21

22

23

24

COMPLAINT FOR DECLARATORY
AND INJUNCTIVE RELIEF

50

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

JOSH SHAPIRO
Attorney General of Commonwealth of
Pennsylvania

*/s/ Josh Shapiro*
JOSH SHAPIRO
Attorney General
Office of the Attorney General
Strawberry Square, 16th Floor
Harrisburg, PA 17120
(717) 787-3391
*Attorneys for Plaintiff Commonwealth of
Pennsylvania*


KARL A. RACINE
Attorney General for the District of Columbia

*/s/ Robyn Bender*
ROBYN BENDER
Deputy Attorney General
Public Advocacy Division
JIMMY ROCK
Assistant Deputy Attorney General
Public Advocacy Division
*Attorneys for Plaintiff District of Columbia*


***Pro Hac Vice* motions forthcoming for all
counsel of record not barred in the Western
District of Washington**

COMPLAINT FOR DECLARATORY
AND INJUNCTIVE RELIEF

51

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1

## **DECLARATION OF SERVICE**

2    I hereby certify that on July 30, 2018, I electronically filed the foregoing document with

3  the Clerk of the Court using the CM/ECF system, which will serve a copy of this document upon

4  all counsel of record.

5    DATED this 30th day of July, 2018, at Olympia, Washington.

6

7                      */s/ Jeffrey Rupert*
                     Assistant Attorney General

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

COMPLAINT FOR DECLARATORY          52          ATTORNEY GENERAL OF WASHINGTON
AND INJUNCTIVE RELIEF                                      800 Fifth Avenue. Suite 2000
                                                              Seattle, WA  98104-3188
                                                                (206) 464-7744

**HARTMAN & WINNICKI, P.C.**
Daniel L. Schmutter, Esq. 049381991
74 Passaic Street
Ridgewood, New Jersey 07450
Phone: (201) 967-8040
Fax:    (201) 967-0590
Attorneys for Defendants
Defense Distributed and Cody R. Wilson

| | |
|---|---|
| GURBIR S. GREWAL, Attorney General of the State of New Jersey,<br><br>                          Plaintiff,<br><br>v.<br><br>DEFENSE DISTRIBUTED, CODY R. WILSON, et al.<br><br>                          Defendants. | SUPERIOR COURT OF NEW JERSEY CHANCERY DIVISION: ESSEX COUNTY<br><br>DOCKET NO.: ESX-C-131-18<br><br><br>Civil Action<br><br><br>**CERTIFICATION OF SERVICE** |

The undersigned hereby certifies that with respect to the above-captioned matter,

the undersigned caused:

1.    to be sent on the 31st day of July, 2018, via hand delivery for filing, to the Superior Court of New Jersey, Chancery Division, Essex County, 212 Washington Street, Newark, New Jersey 07101, an original and two (2) copies of the following documents:

    A.    Notice of Cross Motion for Stay
    B.    Letter Brief in opposition to Application for Temporary Restraints and in Support of Cross-Motion for Stay;
    C.    Certification of Josh Blackman;
    D.    within Certification of Service.

2.    to be served email on the 31st day of July, 2018, one copy  of the aforementioned documents on the following person:

Lorraine Rak, Esq.
Office of Attorney General
124 Halsey Street
Newark, NJ 07101
Attorneys for Plaintiff

    I hereby certify that the foregoing statements are true.  I understand that if any of

the foregoing statements made by me are willfully false that I am subject to punishment.

July 31, 2018

Stephanie Ralston

**HARTMAN & WINNICKI, P.C.**
Daniel L. Schmutter, Esq. 049381991
74 Passaic Street
Ridgewood, New Jersey 07450
Phone: (201) 967-8040
Fax:    (201) 967-0590
Attorneys for Defendants
Defense Distributed and Cody R. Wilson

| | |
|---|---|
| GURBIR S. GREWAL, Attorney General of the State of New Jersey,<br><br>       Plaintiff,<br><br>v.<br><br>DEFENSE DISTRIBUTED, CODY R. WILSON, et al.<br><br>       Defendants. | SUPERIOR COURT OF NEW JERSEY CHANCERY DIVISION: ESSEX COUNTY<br><br>DOCKET NO.: ESX-C-131-18<br><br>Civil Action<br><br>**ORDER DENYING TEMPORARY RESTRAINTS AND GRANTING STAY** |

   **THIS MATTER** having been opened to the Court by Plaintiff seeking an Order to Show Cause with Temporary Restraints; and Hartman & Winnicki, P.C., counsel for Defendants Defense Distributed and Cody R. Wilson, having cross-moved for a stay; and the Court having considered the submissions and arguments of counsel; and good cause having been shown;

   **IT IS** on this ___ day of July, 2018, **ORDERED** as follows:

  1.  Plaintiff's application for temporary restraints is denied.

  2.  The cross-motion of Defendants Defense Distributed and Cody R. Wilson is granted.

  3.  This matter is stayed pending further order of the Court.

  4.  Defendants' counsel shall serve a copy of this Order upon all counsel of

record within seven (7) days of its receipt of same.

_____
Hon. Walter Koprowski, Jr. P.J. Ch.

This Motion was:

_____ Opposed

_____ Unopposed

GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
Division of Law
124 Halsey Street
P.O. Box 45029
Newark, New Jersey 07101
Attorney for Plaintiff

By:  Lorraine K. Rak (035771985)
     Deputy Attorney General, Section Chief
     Lara J. Fogel (038292006)
     Melissa Medoway (028422011)
     Jesse J. Sierant (049342013)
     Deputy Attorneys General
     Affirmative Civil Enforcement
     (973) 877-1280

SUPERIOR COURT OF NEW JERSEY
CHANCERY DIVISION, ESSEX COUNTY
DOCKET NO. ESX-C-131-18

| | |
|---|---|
| GURBIR S. GREWAL, Attorney General of the State of New Jersey,<br><br>                Plaintiff,<br><br>        v.<br><br>DEFENSE DISTRIBUTED, CODY R. WILSON, and JANE and JOHN DOES 1-20, individually and as owners, officers, directors, shareholders, founders, members, managers, agents, servants, employees, representatives and/or independent contractors of DEFENSE DISTRIBUTED, and XYZ CORPORATIONS 1-20,<br><br>                Defendants. | Civil Action<br><br><br><br>**CERTIFICATION OF INVESTIGATOR AZIZA SALIKHOVA** |

I, Aziza Salikhova, of full age, certify as follows:

1.   I make this Certification based upon my personal knowledge and review of documents in my possession.

2.    I am currently employed as an Investigator with the New Jersey Division of Consumer Affairs ("Division"), Office of Consumer Protection.    I have held this position since approximately March 10, 2001.

3.    In that capacity, I am responsible for investigating possible violations of New Jersey laws and regulations.

4.    On July 31, 2018, I reviewed recent portions of Cody Wilson's Twitter feed. That feed reflects that individuals are already making plans to overcome any restrictions blocking access to the printable-gun code in New Jersey. (Exhibit A, Printout of Cody R. Wilson's (@Rodomysisky) Twitter Feed). For example, @vxbinaca commented "I'm about to twist @NJGov arm behind it's (sic) back until it screams 'uncle' because I'm going to start putting up DEFCAD items as Archive.org items items (sic). Let's see them block IA quietly." (Id. at 9.) @1_1_2029 posted "Who wants to go to Jersey with a few hundred thumb drives?" (Id. at 26.) And @ankushnarula posted "For those of you on iOS devices who don't have a VPN, checkout (sic) the Red Browser tor browser which bypasses NJ's garbage draconian censorship[.]" (Id. at 3.)


I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

2

<u>AZIZA SALIKHOVA</u>

Dated:  July 31, 2018
        Newark, New Jersey

7/30/2018 Cody R. Wilson on Twitter: "Yes, DEFCAD has been blocked in New Jersey."

Case 2:18-cv-13248-SDW-LDW Document 1-3 Filed 08/27/18 Page 67 of 145 PageID: 253

## Cody R. Wilson
@Radomysisky

Follow 

# Yes, DEFCAD has been blocked in New Jersey.

7:44 AM - 29 Jul 2018

**99** Retweets **261** Likes

63          99          261





**Andrew LeCody** @AndrewLeCody  Jul 29
Replying to @Radomysisky
Sounds like NJ is going to be funding DEFDIST once @Radomysisky wins a new lawsuit against them, I hope you get awarded damages in the millions

37

**BryanEarl.com Web Design and SEO Services** @AZWebDesigns  Jul 29
Replying to @Radomysisky
That is so messed up. Orwellian censorship at its finest!

3          20



**Executive Sensei** @executive_snsei  Jul 29
Replying to @Radomysisky
Armpit of America.

1          4



**Bitcoin - "TINA" (There is no Alternative)** @Valustks1  Jul 29
Too high up on the body.

3



**Alan Siefert** @alan8325  Jul 29
Replying to @Radomysisky
I wonder if they are going to seek guidance and technical instruction from China on how to build a more sophisticated firewall.

1          10



**Calin Brabandt** @BooBomBoo  23h





Haha! Yes--a VPN is your friend!

1

---



**thehyphed** @thehyphed  21h
Replying to @Radomysisky

You blocked it?

"Cody Wilson announced via twitter today that his Defcad website is currently not accessible in New Jersey. This is at this point his own choice, given the legal threat he faces, a threat he hopes to eliminate with this lawsuit."

1          2          5



**thehyphed** @thehyphed  21h
If you blocked it, your original tweet is misleading.

1                    3

· 2 more replies

---



**Michael** @Its_Michael9  Jul 29
Replying to @Radomysisky

Doesn't China pull the same nonsense?  A good majority of the their citizens use VPNs because of that.

5

---



**thehyphed** @thehyphed  24h
Replying to @Radomysisky

How?

3

 **Ankush Narula** @ankushnarula · Jul 29
Replying to @Radomysisky
For those of you on iOS devices who don't have a VPN, checkout the Red Browser tor browser which bypasses NJ's garbage draconian censorship: itunes.apple.com/us/app/red-oni...



4

 **E☐on Musk** @m0rb · Jul 29
Replying to @Radomysisky
Have y'all considered operating a tor onion address as well?

1

 **MG** @_MG_ · Jul 29
Flying under the radar and circumvention, as many usually do, isn't usually his thing. Making the state eat itself is the game. Check out the 2hr interview he recently posted for a good explanation of it.

2                    5

 **E☐on Musk** @m0rb · 24h
right on



**Erick Laprise** @elaprise Jul 29
Replying to @Radomysisky



2



**Marcos Aguayo** @aguayomarcos Jul 29
Replying to @Radomysisky

It's blocked from Spain. We'll have to use VPN/TOR

1 2

· 1 more reply

**Texanus Giganticus** @couchsecurity Jul 29
Replying to @Radomysisky

I guess NJ is doing so well economically it can afford to lose the inevitable lawsuit that's going to follow. Further, whoever approved this needs to do time in a no shit prison - much as I miss heads on pikes, the pragmatist in me knows better

1



**Onwe Stephen** @xceladds 11h
Replying to @Radomysisky

Make an Offer for "Fanstweet.com ".
The Domain name is for sale at fanstweet.com/sell



<mark>**Armed ASMR**</mark> @TheSilencerASMR · 13h

Replying to @Radomysisky

<mark>Can people in blocked areas use TOR to access the browser after changing their IP location?</mark>

---



**Agent Orange** @Agent_Orange76 · 21h

Replying to @Radomysisky

There are still those of us who value freedom and the tools to defend it trapped in the People's Socialist Republic of New Jerseystan.

Don't leave us hanging.

---



**Adam Moore** @AdamPaulMoore · Jul 29

Replying to @Radomysisky

Do you need party to a lawsuit? I'm your huckleberry.

---



**Frank Dashwood** @DJ_Erock23 · Jul 29

Replying to @Radomysisky

Yeah, they prefer to acquire their guns from BATFe/DOJ straw-buyers in that part of the country.

---



**Ankush Narula** @ankushnarula · Jul 29

Replying to @Radomysisky

Visiting the folks this weekend... not cool





**Michael** @Its_Michael9 · Jul 29

Replying to @Radomysisky

@MAC_Arms you have to check this out man

---



**Loren** @chYnaRIP · Jul 29

Replying to @Radomysisky

Take on Maura Healey!

---



**Сливки** @P_CREAM_er · Jul 29

Replying to @Radomysisky

tfw you can still watch goatse to your hearts content, but can't look at 3D models of firearms



1     13

- 1 more reply



**Chris** @CryptoChris16 Jul 29
Replying to @Radomysisky

VPN!

Hell I'm in California and the site still accessible.

Go live early! (Unless there is a stipulation in the settlement..)

1     5

- 7 more replies



**AT3D-SQ'D** @3D_SQUARED_LTD Jul 29
Replying to @Radomysisky

Total #irresponsible use of #3Dprinting do you all support #terrorism too 🤔 as those are the types of people that will take advantage of this! Absolutely crazy 😛

2

- 1 more reply



**JM Attas** 🌐 @AdvHntr Jul 29
Replying to @Radomysisky

VPN around that shit.

1    17



**Pacific Autism at Tilt Speed** @lagennagen Jul 29

Replying to @Radomysisky

Huh. I mean, can they just use like a shitty vpn app?



4

---



**Abhi** ⚡ @apobbati Jul 29

Replying to @Radomysisky

Like blocked as in Great Firewall blocked? Wtf is this country coming to?

4

---



**javier** @JavierRojasj 32m

Replying to @Radomysisky

Did you block it or did NJ force ISP's to block access to DEFCAD based on the source IP address of their customers?

---



**/k/alashnikov /k/ommando** @KillKommando 12h

Replying to @Radomysisky

How can they do that?

---



**dosbox** @dosbox 24h

Replying to @Radomysisky

hahahah idiots havent heard of VPN i guess

---



**PrimalFrog** ⚡ **#ScheerBernier2019** @PrimalFrog Jul 29

Replying to @Radomysisky

Do you need to be a fascist to get a blue checkmark on twitter?



**Harry Lime** @HarryLime3 · Jul 29
Replying to @Radomysisky

Live in Canada.



**David Hudman** @davidhudman · Jul 29
Replying to @Radomysisky

Bets on what state comes next?



**David Hudman** @davidhudman · Jul 29
Replying to @Radomysisky

You must be loving this



**Andrew** @AndrewCCottage · Jul 29
Replying to @Radomysisky

Why though?



**vxbinaca** @vxbinaca · Jul 29
Replying to @Radomysisky

If this is confirmed and not a fluke, I'm about to twist @NJGov arm behind it's back until it
screams "uncle" because I'm going to start putting up DEFCAD items as Archive.org items
items. Let's see them block IA quietly.

1          4          26

· 6 more replies



**Andrew** @AndrewCCottage · Jul 29
Replying to @Radomysisky

Can confirm BTW

4    3    10

**Ken MacPherson** @kenmacpherson  Jul 29
Note the code is 451.
In computer networking, HTTP 451 Unavailable For Legal Reasons is an error status code of the HTTP protocol to be displayed when
en.m.wikipedia.org/wiki/HTTP_451

1    4    18

• 1 more reply


**Mostly Kinetic** @mostly_kinetic  Jul 29
Replying to @Radomysisky

HTTP 451 is an allusion to Fahrenheit 451; fitting for this occasion.

1    3    17

• 1 more reply


**New.Age.World.Explorer** @AgeExplorer  21h
Replying to @Radomysisky

Just mirror on another site, they can't block them all

## More replies



**Chimeraelite** @Chimeraelite1  Jul 29
Replying to @Radomysisky

Can confirm, I just checked it. Time to look into VPNs I suppose.

3



**Chris** @CryptoChris16  Jul 29

TOR.

2



**Crosseyed** @BentTailXEyes  Jul 29
Replying to @Radomysisky

Can't have the peasants getting access to information we don't like. Better block those websites and start rounding up books.

11



**wemeetagaintrebek** @jaeger1447  Jul 29
Replying to @Radomysisky

Holy shit, this is PRC-level behavior

9



**Nosnhoj Deraj** @DerajNosnhoj  Jul 29
Replying to @Radomysisky

Land of the Free except new jersey

8



**unBEARable** @chareiditz  Jul 29
Replying to @Radomysisky

Just noticed I had to break out TOR for the first time in a while

3



**Vlad Wraithson** @MrWraith13  Jul 29
Replying to @Radomysisky

As someone who lives in NJ I can say that this is true and irritating. I don't even have a 3d printer, but I wanted the plans for when I do get one. Any suggestions around this would be appreciated. Thank you.

1



**Oracle of Life, Liberty & Persuit of Happiness** @DrinkLibertea  Jul 29



Replying to @Radomysisky

It's a shame we have to use VPN to get around censorship in our own country. This is the kind of shit that happens in dictatorships like China and Russia. Looks like we're getting this printing capability at just the right time! WTF?!

1                 4



**Duffy Elmer** @FunkyDuffy  Jul 29
Replying to @Radomysisky

Do they have the legal right to do that?



**Drew White** @MrDrewHashtag  Jul 29
Replying to @Radomysisky

cc: @Popehat Hi Ken, I know you've on vacation but if you have a minute while recuperating from fowl harassment, I'd be very interested in you weighing in here. Thanks.



**Corinthian** @Corinthian_01  Jul 29
Replying to @Radomysisky

There's always VPN.



**C.T. McMillan** @CharlesMcMill92  Jul 29
Replying to @Radomysisky

How shocking. I'm livid, yo. Man, who could've predicted such a tragedy?



**draconath** @draconath806  Jul 29
Replying to @Radomysisky @FurredIntellect

What is defcad

1

• 2 more replies



**Peter** 🇺🇸 🐸 🇩🇪 @PeZuDemTe  Jul 29
Replying to @Radomysisky

Wouldn´t you be able to go up against such a block on free speech grounds as determined in your settlement?

1

• 3 more replies



✞Emanuel🍁Neves✞ @_EmanuelNeves  Jul 29


Replying to @Radomysisky

Lol how is censorship even real lmao hahahahaha just get a VPN

---


**the geth** @geth_the  Jul 29
Replying to @Radomysisky

Vpn for now. Lawsuit later

---


**Supreme Space Force Commander** @SpaceForceCDR  Jul 29
Replying to @Radomysisky

Fuck Jersey

---


**Moopzoo** 🧑 @ThreatUsername  Jul 29
Replying to @Radomysisky

2020: ITAR suit but for states because of illegal data transfer in and out of NJ; DEFCAD traffickers upload steganographed gcode to pornhub

1

---


**Hokus** @CryptoHokus  Jul 29
Replying to @Radomysisky

Looking forward to mirroring all files via IPFS and DAT.

---


**wyatt** @punishedwyatt  Jul 29
Replying to @Radomysisky

While im not a lawyer im pretty sure this breaks some sort of interstate trade law (the fact there isnt interstate trade restrictions in the US)

1                    3


**Pacific Autism at Tilt Speed** @lagennagen  Jul 29
Isn't it protected as a form of speech though? Is it still considered protected as a good?

1

· 1 more reply

---


**wyatt** @punishedwyatt  Jul 29
Replying to @Radomysisky

This is why you launch early

5



**Cody Blaine** @libertywagon · Jul 29

Replying to @Radomysisky

Ban the internet!

5

Show additional replies, including those that may contain offensive content | **Show**

**Cody R. Wilson**
@Radomysisky

 Follow

# I have filed suit against @NewJerseyOAG and @CityAttorneyLA. We will not be silenced.

1:49 PM - 29 Jul 2018

**245** Retweets **749** Likes

| 42 | 245 | 749 |



 **Alan Siefert** @alan8325 Jul 29
Replying to @Radomysisky @NewJerseyOAG @CityAttorneyLA
This could potentially force New Jersey to get that 1A protection for technical files actually spelled out in a precedent. Well played.

31

 **James Lee** @TheAb0litionist 19h
Replying to @Radomysisky @NewJerseyOAG @CityAttorneyLA
If you keep winning these court battles the crown is going to have to openly denounce the whole Bill of Rights lol. Which we all know they truly don't value but getting them to SAY IT will be gratifying. Get'em Cody 🤜

8

 **PhilMurphysucks** @PMurphysucks 10h
Replying to @Radomysisky @NewJerseyOAG @CityAttorneyLA
Great, NJ needs to be taught a lesson, they can not keep pushing people around. I hope you win!!

5



**Erick Laprise** @elaprise · Jul 29
Replying to @Radomysisky @NewJerseyOAG @CityAttorneyLA



3



**Bitcoinity Fan** @Bitcoinity · Jul 29
Replying to @Radomysisky @NewJerseyOAG @CityAttorneyLA
beautiful

2



**Loren** @chYnaRIP · Jul 29
Replying to @Radomysisky @NewJerseyOAG @CityAttorneyLA
My man

2



⚡**ÐogecoinLeader**⚡ @2BStandingAgain · 3h
Replying to @Radomysisky @NewJerseyOAG @CityAttorneyLA
I though you already won!!

1



Copy... V... and 40 ... Tweet I have live ... al... against... @NewJersey... OAG @CityAttorney... would not de-esc... es... gh...//1.co/9...



**Kyle Turnblazer** @turnblazer · 21h

Replying to @Radomysisky @NewJerseyOAG @CityAttorneyLA

Get 'em!

---



**Maximus Haskimus** @IndividualismIs · 6h

Replying to @Radomysisky @NewJerseyOAG @CityAttorneyLA

#TYFYS

---



**Mark Camarigg** @krucam · Jul 29

Replying to @Radomysisky @NewJerseyOAG @CityAttorneyLA

This like trying to keep the Atlantic Ocean from not touching Canada. The internet is what it is, World Wide...

8

---



**божественный судья** @divinejudge1 · Jul 29

Replying to @Radomysisky @Cernovich and 2 others

Give them hell!

3

---



**Stable Genius** @alankrambeer · 19h

Replying to @Radomysisky @NewJerseyOAG @CityAttorneyLA

I'll buy more @DefDist products and challenge #2A and #1A folks to do the same.

2

---



**CRAIG** @Come_on_MD · 21h

Replying to @Radomysisky @MD_Shall_Issue and 2 others

Good...go on the offensive! Take no prisoner!

2

---



**Bob Poon** @FriedasBoss_SEC · 17h

Replying to @Radomysisky @NewJerseyOAG @CityAttorneyLA

Fuck yeah

---



**Joey Dura** @JoeySkylynx · 19h

Replying to @Radomysisky @NewJerseyOAG @CityAttorneyLA

The dictionary definition of "Hold my beer"

1

---



**Cory** @coryiniowa · 23h



Replying to @Radomysisky @NewJerseyOAG @CityAttorneyLA

Being legally able to do something doesn't mean it's a good thing to be doing.

1



**Reseth** @ResethO Jul 29

Replying to @Radomysisky @NewJerseyOAG @CityAttorneyLA

Ah, they don't like that pesky first amendment do they?

1                    8

• 4 more replies

---



**Hiraghm** @Hiraghm Jul 29

Replying to @Radomysisky @getongab and 2 others

New Jersey and LA want to be careful.

The last thing they want is SCOTUS to affirm the *actual* meaning and purpose of the #2A.

1                    12

• 2 more replies

---



**M JK** ⚛ @bells8911 5h

Replying to @Radomysisky @NewJerseyOAG @CityAttorneyLA

Why do you want criminals to have more access to guns? So weird.

1                    1

• 1 more reply

---



**Kommando Radio** @kommandoradio 20h

Replying to @Radomysisky @NewJerseyOAG @CityAttorneyLA

You plan to sue and win against statists for the rest of your life it seems. Tiring but rewarding.

1                    4

• 5 more replies

---

## More replies



**Zaha** @Zaha1314 23h

Replying to @Radomysisky @NewJerseyOAG @CityAttorneyLA

You are a disease on civilized society.

3                    1



**GunsBeerFreedom** @gunsbeerfreedom 20h

 Yes, New Jersey is indeed a blight upon humanity.

5

 **Chimeraelite** @Chimeraelite1 · 5h
Replying to @Radomysisky @NewJerseyOAG @CityAttorneyLA
Beautiful. Thank you for protecting my rights.

 **Worker.ge** @workerge · 24h
Replying to @Radomysisky @NewJerseyOAG @CityAttorneyLA
who is that man on NJOAG's profie?

 **JJ🍍🧸** @JJMawson · Jul 29
Replying to @Radomysisky @Cernovich and 2 others
Go get em!

 **Marilyn Williams** @JoyMWilliams · 23h
Replying to @Radomysisky
Why is money or power worth more to you than lives? What makes you so heartless?

3

· 1 more reply

 **Worker.ge** @workerge · 5h
Replying to @Radomysisky @NewJerseyOAG @CityAttorneyLA
No more Demons 666>667 <3



1                    1

· 1 more reply



**Joseph Patrick** @josephpatrickla Jul 29

Replying to @Radomysisky @NewJerseyOAG @CityAttorneyLA

Good for you! There aren't enough guns in our country. We need more guns that are easily accessible by all people, even felons.

2                    1

- 3 more replies



**RHH** @RHH01NJ 3h

Replying to @Radomysisky @NewJerseyOAG @CityAttorneyLA

The AG and Governor of New Jersey are raging anti-gun people.  Not only do they not understand anything about guns but they also believe they have the right to drive a national agenda.  They are horribly wrong and misguided and I applaud your suit and hope it succeeds.



**Skogi** @SkogiArtist 6h

Replying to @Radomysisky @NewJerseyOAG @CityAttorneyLA

B L E S S



**Jeb! is a WASTE** @Jebisawastoid 21h

Replying to @Radomysisky @NewJerseyOAG @CityAttorneyLA

You're a hero sir



**Win 2K** @Guatpen 23h

Replying to @Radomysisky @NickRekieta and 2 others

Go git em son



3


❌**Hyperglo (Super Friggin Elite)** @thehyperglo · Jul 29
Replying to @Radomysisky @NewJerseyOAG @CityAttorneyLA
Thank you brother! You're a badass!!


**THE ONE MACMAN** @theonemacman · Jul 29
Replying to @Radomysisky @getongab and 2 others
My tooth won't go through unless I say oh Twitter you're doing such a good job


**Richard Stallman** @gnuhere · Jul 29
Replying to @Radomysisky @NewJerseyOAG @CityAttorneyLA
dab on em

5


**Jacob Krieger** @thereal_JacobK · Jul 29
Replying to @Radomysisky @NewJerseyOAG @CityAttorneyLA



1          4

Show additional replies, including those that may contain offensive content          **Show**

**Cody R. Wilson**
@Radomysisky

Follow

2:35 PM - 29 Jul 2018

**166** Retweets **435** Likes



22 166 435





**Erick Laprise** @elaprise Jul 29
Replying to @Radomysisky
If the mannequin is the NJ AG



1                         2



**Erick Laprise** @elaprise · Jul 29
Also I love the "oh you threatened to sue me, cool story here's a lawsuit for ya"

1                         5

•        1 more reply



**Tony Cecala** @tonycecala · Jul 29
Replying to @Radomysisky

Hit 'em where it hurts—in court! 😎

6



**Armed ASMR** @TheSilencerASMR · 13h
Replying to @Radomysisky

At least people in Pennsylvania can use the TOR browser to change their IP location and download the files anyway... keep up the good fight

1



**Matteo Bramucci** @BramucciMatteo · 16h
Replying to @Radomysisky

Close to august 1st....
Enjoy 😊

1



**Asgardian** @Asgardian101 · 20h
Replying to @Radomysisky

So the fight never ends...

1



**Ghost Glocks** @GhostGlocks  21h

Replying to @Radomysisky

Bravo! 🇺🇸

1



⚡**charrles** ⚡ @herp_derpshades  23h

Replying to @Radomysisky

@jeffersonkim



==**Charro Avitia**== @avitia_charro  22h

Replying to @Radomysisky @Cernovich

==Alternate title: NJ and LA don't understand VPNs.==

1          5



**Cory** @coryiniowa  23h

Replying to @Radomysisky

I'm not saying it's not your legal right to do what you're doing, @Radomysisky. But I think a lot of people who otherwise wouldn't have are going to die because of what you're doing.

5



**Cody R. Wilson** @Radomysisky  23h

Good thing you have no power over me then, Cory.

1          1          30

• 2 more replies

## More replies



**Mitch** @MitchLeeD763  Jul 29

Replying to @Radomysisky

Guns plus internet equals freedom.

10



**Thomas K** @tfkafka  Jul 29

Replying to @Radomysisky

keep fighting the good fight brother.

5



M i c a h  @MicahMeatbag  20h

Replying to @Radomysisky

Californian here, drag Los Angeles to death.

3



**Intentional Person** @IntentPerson 24h
Replying to @Radomysisky
Fuck them up Cody!

3



**SkepticalTechie** @SkepticalTechie 23h
Replying to @Radomysisky
First we beat the Fed, next we beat the states & finally we'll beat the world.

2



**Michael Mount** @Mmount378 15h
Replying to @Radomysisky
Destroy them!

1



**MIRAGE** @Mirage_Intl 6h
Replying to @Radomysisky @KommandoBlog
Can they sue the State of New York also? We haven't had the 2nd Amendment here in years...



**DjDubbz** @DJDubbz1 18h
Replying to @Radomysisky
Thank you.



**Straight Up Ferret** @RidiculousBS 20h
Replying to @Radomysisky @NotPeoriaMayor
The most interesting thing in this is that they've set precedent on "commerce in other states". I wonder - could this be an opening to negating anti-firework legislation?



**Sam Adriaens #7083** @1_1_2029 18h
Replying to @Radomysisky
"Posting this material online is no different than driving to New Jersey and handing out hard-copy files on any street corner."
Who wants to go to Jersey with a few hundred thumb drives?

1           2

• 1 more reply



**Marla Williams** @arlamay2001 · 21h
Replying to @Radomysisky @Cernovich

I pray this goes in your favor Cody.

2



**Maschinen** @maschinenn · 24h
Replying to @Radomysisky

Fight statists at their own game.

9



**Cody R. Wilson**
@Radomysisky

Follow

The @PAAttorneyGen and @GovernorTomWolf attempted to shut down DEFCAD.com in federal court today. They were not able to.

3:53 PM - 29 Jul 2018

**107** Retweets **399** Likes



25          107          399



**Gregory M.** @NotGregoryM 22h
Replying to @Radomysisky @PAAttorneyGen @GovernorTomWolf
@RolloMcFloogle @NatttGeo hooray!

2          1          3



**Rollo McFloogle** @RolloMcFloogle 22h
WOOT!

2



**Alan Siefert** @alan8325 18h
Replying to @Radomysisky @PAAttorneyGen @GovernorTomWolf
What's going on with "The company also agreed to not upload any new gun files to its sites, another important development."?

2



**Nick Hemenway** @NickHemenway 23h
Replying to @Radomysisky @PAAttorneyGen @GovernorTomWolf
Waiting for Aug 1st like....



1                    3


**Bitcoinity Fan** @Bitcoinity  22h
files are up now :)

3


**Ed Reagan** @EdReagan  18h
Replying to @Radomysisky @PAAttorneyGen @GovernorTomWolf
Two rats that have been eating the cheese Michael Bloomberg has been feeding them.

1          4


**WEATHER GIRL** @WEATHERCH4  23h
Replying to @Radomysisky @PAAttorneyGen @GovernorTomWolf

Case 2:18-cv-13248-SDW-LDW Document 13 Filed 08/27/18 Page 96 of 145 PageID: 282



30



**Mr.Hodl**🌕🍿 @MrHodl · 22h
Replying to @Radomysisky @PAAttorneyGen @GovernorTomWolf
But Jersey did?

1



**thehyphed** @thehyphed · 22h
Cody blocked NJ, not the other way around.

> **thehyphed** @thehyphed
> You blocked it?
>
> "Cody Wilson announced via twitter today that his Defcad website is currently not accessible in New Jersey. This is at this point his own...

2



**Patrick Dawes** @pdawes89 · 23h
Replying to @Radomysisky @PAAttorneyGen @GovernorTomWolf
I don't know whomst is treading on whomst at this point

1



**Ray Alderman** @whamodyne · 19h
Replying to @Radomysisky @PAAttorneyGen @GovernorTomWolf
did you block PA as well like NJ?  philadelphia.cbslocal.com/2018/07/29/ag-...

Or is this fake news?



**Gregory M.** @NotGregoryM · 8h

Replying to @Radomysisky @PAAttorneyGen @GovernorTomWolf

Time to sue PA as well I assume?

1



**Cody R. Wilson** @Radomysisky · 8h

Yes

1                    11



**Gregory M.** @NotGregoryM · 8h

Thanks buddy, let us know how we can help.

1

• 4 more replies



**Doctor 🦆 Goss, MD** @_drgo · 22h

Replying to @Radomysisky @pierre_rochard and 2 others

membership.defdist.org/join/

I'm a member. Consider the bang for the buck here all. The ratio is astounding.

1          1          4

• 3 more replies



**Mostly Kinetic** @mostly_kinetic · 18h



Replying to @Radomysisky @PAAttorneyGen @GovernorTomWolf

My guess is that a legal vulnerability in one state could threaten access from all 50 states when a misinformed judge makes a ruling. Probably safer to temporarily cherry pick around the threats and defeat them before they can overstep and take down all access.

---



**Disobedient Deplorable** @CandidoJerome 23h

Replying to @Radomysisky @PAAttorneyGen @GovernorTomWolf

keep fighting the good fight my man.



1

---



**dUCK** @duckartes 23h

Replying to @Radomysisky @PAAttorneyGen @GovernorTomWolf

Decentralize @HelloZeroNet

[github.com/HelloZeroNet/Z...]

Translate Tweet

1

## More replies



**Ken Beaulieu** @KenNBeaulieu  23h
Replying to @Radomysisky @PAAttorneyGen @GovernorTomWolf

Hoping you'll put NJ and CA in their place too.

1



**Helen** @helenmariabw  23h
This information will be available to the world - it is a threat to our security. How is that a good thing?

4



**Gregory M.** @NotGregoryM  23h
Boy are you going to be disappointed when you hear about books

1          8



**Chris V** @ChrisV3141  20h
Replying to @Radomysisky @PAAttorneyGen @GovernorTomWolf

They tried to stop mp3s back in the 1990s.

2



**Bobby Trill** @ItsBobbyTrill  3h
Replying to @Radomysisky @PAAttorneyGen @GovernorTomWolf

Cody whats up with this???



**Old Skool American** @BikerFork · 4h
Replying to @Radomysisky @PAAttorneyGen @GovernorTomWolf
Good. BACK OFF!



**Jason Hall** @HallJasonE · 22h
Replying to @Radomysisky @PAAttorneyGen @GovernorTomWolf
Cc @abc27News @CBS21NEWS



**Jason Hall** @HallJasonE · 22h
Replying to @Radomysisky @PAAttorneyGen @GovernorTomWolf

1





**Bandit🔫Snek** @BanditSnek · 22h
VPNs m80

1



**Jason Hall** @HallJasonE · 22h
Yep thx just pointing this out



**Joseph Patrick** @josephpatrickla · 7h
Replying to @Radomysisky @PAAttorneyGen @GovernorTomWolf

Based on the replies on this thread seems like the prerequisites did being a part of this ammosexual club being a really unattractive white man.

1

• 1 more reply



**Rucksack Institute** @RucksackInst · 19h
Replying to @Radomysisky @PAAttorneyGen @GovernorTomWolf

So WTF you "agreed" to block PA?

1

• 1 more reply



**RocketPunch3DO** @DoPunch3 · 21h
Replying to @Radomysisky @SoylentMerchant and 2 others

Good.  They are nothing more than Anti-White Marxists



**wyatt** @punishedwyatt · 23h
Replying to @Radomysisky @PAAttorneyGen @GovernorTomWolf

just launch early

2          5



**Cody R. Wilson** @Radomysisky · 23h
(It's live baby)

1          3          20

• 2 more replies

Show additional replies, including those that may contain offensive content          **Show**

Case 2:18-cv-13248-SDW-LDW   Document 1-3   Filed 09/27/18   Page 102 of 145 PageID: 288

### ody R. Wilson
@Radomysisky

Follow

# Would you like to learn more?

**CeaseFirePA** @CeaseFirePA
"With gun schematics in hand, a person can print their own firearm with a commercially available 3D printer—with no criminal background check, no serial number and completely outside the licensed dealer system." axios.com/3d-printed-gun…

8:04 AM - 30 Jul 2018

**47** Retweets **225** Likes



9            47            225



  **Michael Goldstein** @bitstein  7h
Replying to @Radomysisky



1            26

 **Brendon Marotta** @bdmarotta · 7h
Replying to @Radomysisky



4

 **Ryan** ⚖️ @uflaw_ryan · 7h
Replying to @Radomysisky
😆😎

*Ragnar Lifthrasir* 🏴 @Ragnarly · 3h
Replying to @Radomysisky
Is the Pope Catholic?

1

• 1 more reply

 **New.Age.World.Explorer** @AgeExplorer · 7h
Replying to @Radomysisky
Got to love technology



4

---

## More replies

 **Morlock Publishing** @MorlockP · 7h
Replying to @Radomysisky



7/30/2018                    Comments on Twitter: I would you like to learn more?

Case 2:18-cv-13248-SDW-LDW   Document 1-3   Filed 08/27/18   Page 105 of 145 PageID: 291
                                                    8



**Sumerian Independence Now!** @SumerNow  5h
Replying to @Radomysisky
goo.gl/images/RV6dux

Just curious...how many takes did you do for this pic before you sat back and said, "Yes! That's the PERFECT ratio of douchiness to brain dead bravado!"?

BTW, need pics of your mom for my printable sex toy project. A little help my Libertarian bro?



                    1

   •    1 more reply



**Robert Bruce** @HRMRobertBruce  2h
Replying to @Radomysisky
Yes, Ceasefire, that's exactly correct, and it's absolutely, perfectly legal for any citizen to build their own firearms. We've been doing so since 1776 and you're not going to stop us from doing so, ever.

              1              2

| Show additional replies, including those that may contain offensive content | Show |
| --- | --- |

**Cody R. Wilson**
@Radomysisky

Follow

I am now being sued by at least 21 state attorneys general. If you want your Second Amendment online, THIS is the fight. Join me: membership.defdist.org

11:38 AM - 30 Jul 2018

**357** Retweets **796** Likes

65 357 796





**Jameson Lopp** @lopp 2h
Replying to @Radomysisky @BashCo_
Count me in for life.

1 49



**Cody R. Wilson** @Radomysisky 2h
Endlessly in your debt

23



**BlockOps** @RolfVersluis 3h
Replying to @Radomysisky
If I could pay with cryptocurrency I'd be a lifetime member today

33



**crypto gator** @ICOnimrod 3h
Replying to @Radomysisky
add crypto payments friend

20



**Jim Young** @jimyoung2817 1h
Replying to @Radomysisky @lopp

I'm a 2A supporter/gun owner but I'm conflicted about this one. I believe that the proliferation of weapons without controls will create more harm than good. If someone could point me to a well laid out argument why I should support this I promise to read with an open mind.

7



**Reseth** @ResethO · 1h
Look at most countries, in the history of the world, that disarmed the people. I lived through communists trying to take over in the mountains of the Philippines after they confiscated the weapons. It's horrific when the people can't protect themselves.

1                    3



**Reseth** @ResethO · 1h
The government shouldn't control our means to self defense. That's a natural right that supersedes any government. Bad people will always have weapons. They did in the Philippines and they do  all over the world.

6



**Alan Siefert** @alan8325 · 2h
Replying to @Radomysisky
Already in. Get some crypto payment functionality soon.

7



**The Fool** @DannyTodd · 3h
Replying to @Radomysisky
+1 support of Crypto payments.

8



**eyes in the sky** @eyespy1463 · 2h
Replying to @Radomysisky
CRYPTO - xmr is the best by the way you monkeys

3



**Executive Sensei** @executive_snsei · 3h
Replying to @Radomysisky
Spreading the word.

4



**TaoJones** @ColinAd33006332 · 8m
Replying to @Radomysisky
$5 @tipprbot
Here's a donation from the Bitcoin Cash Community.

1                    1



**tippr** @tipprbot 8m
I've transferred your tip of 0.0061672 BCH ($5 USD) to Radomysisky!

#BCHForEveryone #BitcoinCash

> **tippr** @tipprbot
> Received a tip? Want to tip? Usage instructions: reddit.com/r/tippr/wiki/i...
>
> Tippr is a #BitcoinCash tip bot for Reddit and Twitter. Allowing users to send Bitcoin Cash to other users easily. For issues or questions contact ...

1



**Reseth** @Reseth0 57m
Replying to @Radomysisky

Is Josh Hawley on that list? Asking for a friend.

@AP4Liberty Get a load of this.

2



**Jacob Riggs** @Riggsbit 1h
Replying to @Radomysisky

Means you must be doing something right.

1



**pdubl22** @pdubl22 1h
Replying to @Radomysisky @AmirPolyteknik

I see this as a first amendment right.

1



**Sjmaliz** @sjmaliz 2h
Replying to @Radomysisky

Allow payment in bitcoin

1



**Ryan** ⚖️ @uflaw_ryan 2h
Replying to @Radomysisky

After reading and watching a lot of your stuff, I think you might just be having a little fun with this, beating the system kinda thing. Anyway, I'm in.

1



**デビシド aka david** @droq008 2h
Replying to @Radomysisky

Hopefully they win !

1



**Matthew** @MatthewIvan1859  8m
Replying to @Radomysisky
100% support

---



**Lagos the Gargoyle** @regtrader01  36m
Replying to @Radomysisky
Add crypto yes!

---



**Christopher Smith** @chrylis  51m
Replying to @Radomysisky

I'm interested, but there's just about zero information on there.

---



**ShakiraOnSecurity** @ShakiraSecurity  1h
Replying to @Radomysisky

twitter.com/MSchroeder77/s...
You're winning @Radomysisky



> **Matt Schroeder** @MSchroeder77
> The State Department has 'temporarily modified' the US Munitions List to exclude CAD files and other technical data on non- and semi-automatic firearms and key components pmddtc.state.gov/?id=ddtc_publi...

---



**Mohamed Hobba** @MohamedLibya88  1h
Replying to @Radomysisky

You just want money I thought this was a link to a pettion

---



**Mohamed Hobba** @MohamedLibya88  1h
Replying to @Radomysisky

Let us pay with Bitcoin

---



**アンＳＯＮＹ卍🇺🇸** @_FiNaLFaNTaSY_7  2h
Replying to @Radomysisky

i also recommend to take a leaf from TPB book of magick: have JS XMR mining on your websites fused with disclaiming incantations like TPB do in small print (ie: tell people to disable JS/use ad blocker to opt out of JS XMR mining, or leave if they dont like it), Voluntaryism.

1

 **アンＳＯＮＹ卍** @_FiNaLFaNTaSY_7 1h
with browser addons such as noscript, ScriptSafe, etc., they can be instructed to disable a specific third party domain or element where the JS XMR miner code is, so the rest of the JS may be allowed on the site

 **Victor Pons** @ponsmeister 2h
Replying to @Radomysisky
Do foreign members help your case?


 **Sonya 🌐 Mann** @sonyaellenmann 2h
Replying to @Radomysisky


 **Loren** @chYnaRIP 2h
Replying to @Radomysisky
All this talk about crypto payments. I'm pretty sure @Radomysisky's lawyers want that cash

1

 **Alan Siefert** @alan8325 1h
True but the credit cards could drop the service.

 **Alphonse** @cryptocapone_ 3h
Replying to @Radomysisky
Need to add crypto payments.

1          11

 **Stable Genius** @alankrambeer 3h
Replying to @Radomysisky
@DefDist



14


**Benny Suavo** @BennySuavo · 3h
Replying to @Radomysisky
when supreme court

4


**Kyle Dean** @KyleADean · 2h
Replying to @Radomysisky
Yes King

1


**Stable Genius** @alankrambeer · 3h
Replying to @Radomysisky
Done

1


**Adam Cox** @AdamCox11 · 3h
Replying to @Radomysisky
Done.


**RedDoorRefinisher** @RedDoorRefinish · 3h
Replying to @Radomysisky
@BattleBornBundy @BundyRanch @RedoubtN


**Hiraghm** @Hiraghm · 3h
Replying to @Radomysisky @getongab
So 21 State attourneys general either are illiterate or have poor reading comprehension... or
don't respect the Constitution of the republic.

**1**                    **10**

• 1 more reply

## More replies



**Hoploo** @hoploo1  3h
Replying to @Radomysisky

Again? I thought this was already settled.

**1**                    **1**



**Jessica Solce** @jessicasolce  3h
Second battle following, reacting too settlement.

**3**



**Rooster King** 🇮🇹 @R00sterKing  3h
Replying to @Radomysisky

Get on the @joerogan podcast

**2**            **1**            **7**

• 1 more reply



**BitOtter** 🏗️ **(AfS)** @therealbitotter  3h
Replying to @Radomysisky

Your still releasing in 2 days right? :P

**1**                    **1**

• 1 more reply



**James McLeod** @Xxoax  3h
Replying to @Radomysisky

Should list all the AGs names and have 4chan docs them I guarantee 75% of them are dirty closet full of skeletons scoundrels.



6



**HaitianLeg** @HaitianLeg · 3h
Replying to @Radomysisky

Legislative terrorism by the state in direct violation of the 1st amendment. I wouldn't expect anything else from the domestic enemy party.

1



**Byron J Kelley** @PapaBear562 · 10m
Replying to @Radomysisky

Sued for what?



**HoboJerk** @HoboJerk · 1h
Replying to @Radomysisky

@BtcpayServer hook him up please



**DannyNogg** @KelTjorson · 1h
Replying to @Radomysisky

Why don't you download plans for 3D printed tears.



**Mohamed Hobba** @MohamedLibya88 · 1h

Replying to @Radomysisky

Can you please give us a list of of these 21 traitors



**Ryan Smyth** @_Ryan_Smyth_ · 2h

Replying to @Radomysisky

Already joined! I'll keep spreading the word.



**NYCironworker** @W4thSt · 3h

Replying to @Radomysisky

Already joined



**Oracle of Life, Liberty & Persuit of Happiness** @DrinkLibertea · 3h

Replying to @Radomysisky

Already in!



**Nathan Weinman** @nabombmaven · 3h

Replying to @Radomysisky

Done! 3yr membership. Just an idea but you should offer the option to pay for a life membership over 1yr.



**wemeetagaintrebek** @jaeger1447 · 3h

Replying to @Radomysisky

Aren't their cases fairly frivolous? Regardless of what State Dept. did or didn't do to DEFCAD in particular, hasn't this category of information been freely accessible for quite some time from other sources?

        2                        1

- 1 more reply



**ma-Tante** @56ma74tante · 33m

Replying to @Radomysisky

I'm a conservative pro 1A & 2A

WHY would you make this public? I don't understand!

Should we just add *free guns* to food, healthcare?!

I'm really confused over WHY!!
Signed,
Grammy

---



**Gargamel** 🦝 @PhillipLongo  33m
Replying to @Radomysisky

I stand with @Radomysisky - You should too! RT!

---



**\*bedroom door slam\*** @Bumpstocks  55m
Replying to @Radomysisky

Easy wins right? Since federal gave you the go ahead?

---



**ZyroFoxtrot**🇺🇸❌ @ZyroFoxtrot  2h
Replying to @Radomysisky

Can anyone quantify how many instances of what the left is crying about on this subject, has actually come to fruition?  Where are the examples of 3D printed guns being purposely built for the commission of any crimes or any crimes committed with a 3D printed gun?

---



**ZyroFoxtrot**🇺🇸❌ @ZyroFoxtrot  2h
Replying to @Radomysisky

still trying to figure out how the left is making this out to be the big deal they are.  If someone has the money to buy a 3D printer with the purpose of making basically a temporary gun for nefarious purposes, they can steal or purchase one cheaper on the street.....

---



**Robert Bruce** @HRMRobertBruce  2h
Replying to @Radomysisky

Does the Ghost Gunner have programming for the AR-10 7.62 receiver? Can you develop one that will completely machine an AR receiver from a billet? How about other types of receivers, like handguns? A few million of those in circulation would hobble gun banners permanently.

---



**White&Normal** @WhiteRabbit0002  3h
Replying to @Radomysisky

OH EMM JEE!!! It's World War 3!!!

---



**Mike Price** ❌ @TexasDrone1 · 3h
Replying to @Radomysisky
I am going to pay for a membership for @Alyssa_Milano
Cheers!

4



**Hokus** @CryptoHokus · 3h
Replying to @Radomysisky
Which states?

2

Show additional replies, including those that may contain offensive content | Show

**Cody R. Wilson**
@Radomysisky



Follow

# We will fight a TRO in WA later today:

5:40 AM - 31 Jul 2018

**22** Retweets **64** Likes

7          22          64



 **Mark** @Riggi36 35m
Replying to @Radomysisky
Kill em all



Defense Distributed
to me
8:48 AM View details

## Welcome Mark!

You can login here: https://membership.defdist.org/member-login/

Using this username and password:

**Username:** DefinitelyNotTheATF
**Password:** *** Password you set during signup ***

Cheers!

The Defense Distributed Team

2

 **Amanda Jay** @EshHheva 11m
Replying to @Radomysisky
I
L

 **Amanda Jay** @EshHheva 16m
Replying to @Radomysisky



**Amanda Jay** @EshHheva · 16m
Replying to @Radomysisky
Q, jW9. Uk



**Sarah Post** @postacalypse · 46m
Replying to @Radomysisky
Get 'em! You will win.

## More replies



**WanderingNinja** @NinjaWandering · 1m
Replying to @Radomysisky
I love what you're doing for the people.

Show additional replies, including those that may contain offensive content                    Show

Case 2:18-cv-13248-SDW-LDW Document 1-3 Filed 08/27/18 Page 119 of 145 PageID: 305



**Cody R. Wilson**
@Radomysisky

<span>Follow</span>

## A Rush to Block Downloadable Plans for 3-D Printed Guns

6:43 AM - 31 Jul 2018

**11** Retweets   **58** Likes



13     11     58



**Bitcoinization** ⚡ @bitcoinization · 17m
Replying to @Radomysisky
I just heard today that the State of Massachusetts is suing the Federal Government in an attempt to block your website, did you know about this?

2



**Cody R. Wilson** @Radomysisky · 7m
Ya



**Al Short** @AlJShort  13m

Replying to @Radomysisky

You'd think they'd be more concerned about real guns bearing in mind they actually exist.

2



**tony lipsey** ⚡ @tonylipsey  27m

Replying to @Radomysisky

Get 'em, Cody!

2



**LIL PUMP BIG DUMP** @lilpumpbigdump  15m

Replying to @Radomysisky

hahahahaha

1



**LIL PUMP BIG DUMP** @lilpumpbigdump  13m

they can't do shit



**Brain overclocking supplement** @Caphenated  28m

Replying to @Radomysisky

/waves

I can help you resolve your collapsing site issue



**William Maggos** @wjmaggos  30m

Replying to @Radomysisky

Paywall. Are you getting push back from NRA too because they care more about selling guns than about protecting the 2A?

1                    1

· 2 more replies



**Chris Zinner** @cmzinner  30m

Replying to @Radomysisky

They will lose, but it's a fun exercise: shows which states function as tinpot dictatorships.

## More replies



**Michael Mount** @Mmount378 · 25m

Replying to @Radomysisky

Democrats proving once again that they don't get or even care about the 1st Amendment.

1



**JimmyTwoTimes** @jimmy2wotimes · 14m

Replying to @Radomysisky

Ha ha.. Too late



**Michael D** @mic_p_dre · 32m

Replying to @Radomysisky

I wonder if they know the plans are already available to people willing to look



**WanderingNinja** @NinjaWandering · 15m

Replying to @Radomysisky

Its not going away. Its a beautiful time to be alive.



**wyatt** @punishedwyatt · 32m

Replying to @Radomysisky

we are now at the point where tech has moved so fast that the politics have moved with it. You dont support the second amendment if you dont support 3d printing. Because with 3d printing the second amendment cannot be stopped by lawmakers. NRA is now the enemy

1      9



**Wright O'Groyper** @FarRightScum · 33m

Replying to @Radomysisky

You got this Cody! You are at the frontline of the battle for our nation's soul.

God is with you!

2

GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
Division of Law
124 Halsey Street
P.O. Box 45029
Newark, New Jersey 07101
Attorney for Plaintiff

By:   Lorraine K. Rak (035771985)
      Deputy Attorney General, Section Chief
      Lara J. Fogel (038292006)
      Melissa Medoway (028422011)
      Jesse J. Sierant (049342013)
      Deputy Attorneys General
      Affirmative Civil Enforcement
      (973) 877-1280

                              SUPERIOR COURT OF NEW JERSEY
                              CHANCERY DIVISION, ESSEX COUNTY
                              DOCKET NO.ESX-C-131-18

| | |
|---|---|
| GURBIR S. GREWAL, Attorney General of the State of New Jersey,<br><br>                    Plaintiff,<br><br>          v.<br><br>DEFENSE DISTRIBUTED, CODY R. WILSON, and JANE and JOHN DOES 1-20, individually and as owners, officers, directors, shareholders, founders, members, managers, agents, servants, employees, representatives and/or independent contractors of DEFENSE DISTRIBUTED, and XYZ CORPORATIONS 1-20,<br><br>                    Defendants. | **Civil Action**<br><br><br><br>**CERTIFICATION OF CHIEF INFORMATION SECURITY OFFICER MICHAEL T. GERAGHTY** |

        I, Michael T. Geraghty, of full age, certify as follows:

        1.   I am a citizen of the United States and a resident of

                              1

the State of New Jersey ("New Jersey").

2.   I am over 21 years of age.

3.   As a result of my education and work and life experience, I have in-depth knowledge, understanding and experience in the area of cybersecurity, technical investigations, information technology, networks and network security.

4.   I have over 25 years of experience in the field of cybersecurity and technical investigations.  I am currently the Chief Information Security Officer for the State of New Jersey and the Director of the New Jersey Cybersecurity and Communications Integration Cell (NJCCIC).  Previously, I held the following positions: Vice President and Chief Information Security Officer of the Hudson's Bay Company, the Vice President and Chief Information Officer for the National Center for Missing and Exploited Children, the Vice President of the High Technology Investigations Unit for Prudential Financial, the Network Intrusion Detection Manager for Lucent Technologies and Detective Sergeant for the New Jersey State Police High Technology Crimes and Investigations Support Unit.

5.   I have lectured extensively throughout the world on the topic of cybersecurity, high tech investigations and computer forensics, providing technical and investigative assistance to law enforcement agencies both domestically and internationally, including the FBI, Secret Service, Department of Homeland

2

Security, Naval Intelligence, New Scotland Yard, and the Royal Newfoundland Constabulary Service. I am a past president of the Northeast Chapter of the High Technology Crimes Investigation Association and have held leadership roles in the National Strategic Policy Council on Cyber and Electronic Crime. I am a Certified Information Systems Security Professional (CISSP #466023). I have taken numerous cybersecurity, computer investigations, forensics, and technology courses. I have a Bachelor of Arts Degree in Liberal studies from Thomas Edison State University.

Throughout my career I have had extensive experience with computer networks including the use of web proxies and virtual private networks.

6. Defendants in this matter have represented that they have blocked all New Jersey Internet Provider ("IP") addresses from accessing their website located at http://Defcad.com.

7. Defendants are not blocking all New Jersey IP addresses from accessing their website and they cannot do so. A complete block to Defendants' websites for everyone in the State of New Jersey ("State" or "New Jersey") is technologically impossible.

8. Blocking of IP addresses is simple to defeat. There are two main ways to get around the blocking of IP addresses: (1) web proxies; and (2) anonymous VPN. Both methods mask the source and location of the actual IP address and therefore the actual location

3

of the computer to make the website that the user is attempting to access believe that the requester is in a different location. Both methods are available for free on the Internet.

9. With a web proxy, a user can type in the address of the blocked webpage into the proxy website. The request is sent from the proxy website causing the blocked website to believe the request is coming from an unblocked geographical location and not the user's actual server or IP address.

10. Web proxy websites are commonly accessible and only take seconds to use.

11. With an anonymous VPN, the user downloads a program or "client" to his or her computer. That program redirects all of the user's internet traffic to another internet connection in another state or country.

12. This technology is widely available and can be set up in a matter of minutes.

13. Defendants could try to preemptively block attempts to access their websites from the most popular websites, however there are many other web proxy websites, some of which are obscure and others which could be newly created at any time. Therefore, it would be impossible to block traffic from all of them.

14. Preemptive blocking of anonymous VPN would be even harder. Defendants could monitor the IP addresses from which their websites appear to be accessed and selectively block any such IP

addresses that appear suspicious.  However, this would be imperfect and, in order for the Defendants to review and manually block these IP addresses, the IP addresses would have had to have accessed the Defendants' websites first.

15.   In addition to web proxies and VPNs, the geolocation of IP addresses is only an approximation of the user's physical location.  Devices using wireless communications such as 3G and 4G cellular communications sometimes are geolocated by common IP geolocation services as existing in other states. Geolocating IP addresses along state borders is also only approximate and may identify New Jersey resident IP addresses as existing in bordering states, Pennsylvania, New York, or Delaware.

16.   The only way to effectively block access by New Jersey users to the files that Defendants propose to put on their websites would be to prevent Defendants from posting that material on their websites in the first place.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
Michael T. Geraghty

Dated:  July 31, 2018

5

GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
Division of Law
124 Halsey Street
P.O. Box 45029
Newark, New Jersey 07101
Attorney for Plaintiff



Hon. Walter Koprowski, Jr., P.J.Ch.

By:  Lorraine K. Rak (035771985)
     Deputy Attorney General, Section Chief
     Lara J. Fogel (038292006)
     Melissa Medoway (028422011)
     Jesse J. Sierant (049342013)
     Deputy Attorneys General
     Affirmative Civil Enforcement
     (973) 877-1280

|  | SUPERIOR COURT OF NEW JERSEY |
|---|---|
|  | CHANCERY DIVISION, ESSEX COUNTY |
|  | DOCKET NO. C-133-18 |

GURBIR S. GREWAL, Attorney General
of the State of New Jersey,

                    Plaintiff,

          v.

DEFENSE   DISTRIBUTED,   CODY   R.
WILSON, and JANE and JOHN DOES 1-
20, individually and as owners,
officers, directors, shareholders,
founders,    members,    managers,
agents,    servants,    employees,
representatives and/or independent
contractors    of    DEFENSE
DISTRIBUTED, and XYZ CORPORATIONS
1-20,

                    Defendants.

**Civil Action**

**ORDER TO SHOW CAUSE
WITH TEMPORARY RESTRAINTS
PURSUANT TO RULE 4:52**

THIS MATTER being brought before the Court by Lara F.

Fogel, Deputy Attorney General, for plaintiff Gurbir S. Grewal,

Attorney General of New Jersey ("Plaintiff"), seeking relief by

way of temporary restraints pursuant to R. 4:52, based upon the facts set forth in the Verified Complaint and supporting Certifications and Brief filed herewith; and it appearing that immediate and irreparable harm will likely result before notice can be given and a hearing held, and for good cause shown.

It is on this 31ˢᵗ day of July _____ **ORDERED** that defendants Defense Distributed and Cody Wilson (collectively, "Defendants"), appear and show cause before the Superior Court of New Jersey, Chancery Division – General Equity Part, Essex County, at the Wilentz Justice Complex in Newark, New Jersey, at 9 am/pm or as soon thereafter as counsel can be heard, on the 12ᵗʰ day of September _____, 2018, why an Order should not be issued preliminarily enjoining and restraining Defendants from:

A. Publishing, exporting, and distributing the printable-gun computer files as described in the Verified Complaint whether through the websites located at https://defdist.org, https://defcad.com, and https://ghostgunner.net, or otherwise;

B. Destroying, concealing, altering, transferring, disposing or removing in any manner, directly or indirectly, any books or records, information stored in computer-maintained form (such as electronic mail) and any other "document," as that term is defined in Rule 4:18-1(a), in their possession, subject to their control or available to them, that directly or indirectly relate to Defense Distributed, including memberships, donations, web content, advertisements and sales records;

C. Failing to make and/or keep any books or records, information stored in computer-maintained form (such as electronic mail) and any other "document," as that term is defined in Rule 4:18-1(a) that directly or

2

indirectly relate to Defense Distributed, including memberships, donations, web content, advertisements and sales records;

D.  Continuing the temporary injunctive and ancillary relief already ordered by the Court; and

E.  Granting such other relief as the Court deems equitable and just.

And it is further **ORDERED** that pending the return date ~~have agreed~~ that they will not

herein, Defendants ~~are temporarily enjoined and restrained from~~: UPLOAD ANY ADDITIONAL FILES

A.  ~~Publishing, exporting, and distributing the printable gun computer files as described in the Verified Complaint whether~~ through the websites located at https://defdist.org, https://defcad.com, and https://ghostgunner.net, or otherwise; DEFENDANTS WILL BLOCK ACCESS TO NJ IP ADDRESSES AND MOBILE DEVICES

B.  Destroying, concealing, altering, transferring, disposing or removing in any manner, directly or indirectly, any books or records, information stored in computer-maintained form (such as electronic mail) and any other "document," as that term is defined in Rule 4:18-1(a), in their possession, subject to their control or available to them, that directly or indirectly relate to Defense Distributed, including memberships, donations, web content, advertisements and sales records; and

C.  Failing to make and/or keep any books or records, information stored in computer-maintained form (such as electronic mail) and any other "document," as that term is defined in Rule 4:18-1(a) that directly or indirectly relate to Defense Distributed, including memberships, donations, web content, advertisements and sales records.

And it is further **ORDERED** that:

~~1.   Defendants may move to dissolve or modify the temporary restraints herein contained upon two (2) days' notice to the Plaintiff's attorney.~~

2.   A   copy   of   this   Order   to   Show   Cause,   Verified
Complaint, Brief and Certifications submitted in support of this
application shall be served upon the Defendants personally (or
by other means) within _____5_____ days of the date hereof, in
accordance with R. 4:4-3 and R. 4:4-4, this being original
process.

3.   Plaintiff   must   file   with   the   Court   its   proof   of
service of the pleadings on the Defendants no later than three
(3) days before the return date.

4.   Defendants   shall   file   and   serve   a   written   response   to
this Order to Show Cause and the request for entry of injunctive
relief and proof of service by August 14th_____, 2018.
The   original   documents   must   be   filed   with   the   Clerk   of   the
Superior Court in the county listed above.  A directory of these
offices is available in the Civil Division Management Office in
the     county     listed     above     and     online     at
http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.     You
must send a copy of your opposition papers directly to Judge
Koprowski_____, whose address is Superior Court of New
Jersey, Chancery Division, General Equity Part, Essex County,
Wilentz Justice Complex, 212 Washington Street - 8th Floor,
Newark, New Jersey 07102.  You must also send a copy of your
opposition papers to the Plaintiff's attorney, whose name and
address appears above.  A telephone call will not protect your

4

rights; you must file your opposition and pay the required fee of $_____ and serve your opposition on your adversary, if you want the Court to hear your opposition to the injunctive relief the Plaintiff is seeking.

5.    Plaintiff must file and serve any written reply to the Defendants' Order to Show Cause opposition by _August 21_, 2018.  The reply papers must be filed with the Clerk of the Superior Court in the county listed above and a copy of the reply papers must be sent directly to the Chambers of Judge _Koprowski_____.

6.    If the Defendants do not file and serve opposition to this Order to Show Cause, Plaintiff's application will be decided on the papers on the return date and relief may be granted by default, provided that the Plaintiff files a proof of service and a proposed form of Order at least three (3) days prior to the return date.

7.    If the Plaintiff has not already done so, a proposed form of Order addressing the relief sought on the return date (along with a self-addressed return envelope with return address and postage) must be submitted to the Court no later than three (3) days before the return date.

8.    Defendants, take notice that the Plaintiff has filed a lawsuit against you in the Superior Court of New Jersey.  The Verified Complaint attached to this Order to Show Cause states

the basis of the lawsuit. If you dispute this Verified Complaint, you, or your attorney, must file a written Answer to the Verified Complaint and proof of service within thirty-five (35) days from the date of service of this Order to Show Cause; not counting the day you received it.

These documents must be filed with the Clerk of the Superior Court in the county listed above. A directory of these offices is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf. Include a $_____ filing fee payable to the "Treasurer, State of New Jersey." You must also send a copy of your Answer to the Plaintiff's attorney whose name and address appear above. A telephone call will not protect your rights; you must file and serve your Answer (with the fee) or judgment may be entered against you by default. Please note: Opposition to the Order to Show Cause is not an Answer and you must file both. Please note further: if you do not file and serve an Answer within thirty-five (35) days of this Order to Show Cause, the Court may enter a default against you for the relief Plaintiff demands.

9. If you cannot afford an attorney, you may call the Legal Services office in the county in which you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not

eligible for free legal assistance you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at         http://www.judiciary.state.nj.us/prose/10153_depty clerklawref.pdf.

10. The Court will entertain argument, but not testimony, on the return date of the Order to Show Cause, unless the Court and parties are advised to the contrary no later than __2__ days before the return date.

Hon. __Hon. Walter Koprowski, Jr. P.J.Ch.__

FURTHER ORDERED that Mr. Daniel Schmutter, esq., counsel for defense, shall submit formal Pro Hac Vice applications for defense co-counsel within 7 days of date of this order.

Reasons placed on the record.

LAW OFFICES

# HARTMAN & WINNICKI, P.C.

Dariusz M. Winnicki *°
Brian T. Keane ◊°
Richard L. Ravin *°□
Daniel L. Schmutter*
Andrew T. Wolfe ◊
Samantha N. Polizzi◊
Steven B. Gladis◊×

_____

* New York and New Jersey Bars
* Florida Bar
□ Washington, D.C. Bar
◊ New Jersey Bar
× Pennsylvania Bar

74 PASSAIC STREET
RIDGEWOOD, NEW JERSEY 07450

* * *

WEBSITE
www.hartmanwinnicki.com

Phone: (201) 967-8040
Fax:   (201) 967-0590

_____

Porter E. Hartman (1920-2009)
Charles R. Buhrman (1938-1994)
William T. Marsden (1943-1993)
Cyrus D. Samuelson (1911-1998)

August 7, 2018

**VIA HAND DELIVERY**
Clerk, Chancery Division
Superior Court of New Jersey, Essex County
212 Washington St.
Newark, New Jersey 07102

Re:   **Grewal v. Defense Distributed, et al.**
      **Docket No.: ESX-C-133-18**

Dear Sir or Madam:

This firm is counsel to Defendants Defense Distributed and Cody R. Wilson in connection with the above-referenced action. We enclose for filing an original and two (2) copies of (1) Notice of Motion for Admission _Pro Hac Vice_ of Matthew A. Goldstein, Esq. on Behalf of Defendants Defense Distributed and Cody R. Wilson, (2) Certification of Matthew A. Goldstein, Esq., (3) proposed form of Order, and (4) Certification of Service.

Please file the original and return one copy stamped as "FILED", to me in the enclosed self-addressed stamped envelope.

Please note that counsel for Plaintiff has consented to Mr. Goldstein's admission _pro hac vice_.

Should you have any questions, please do not hesitate to contact me.

Very truly yours,

STEVEN B. GLADIS

Enclosures

cc:   Lorraine Rak, Esq.

**HARTMAN & WINNICKI, P.C.**
Daniel L. Schmutter, Esq. 049381991
74 Passaic Street
Ridgewood, New Jersey 07450
Phone: (201) 967-8040
Fax:   (201) 967-0590
Attorneys for Defendants
Defense Distributed and Cody R. Wilson

| | |
|---|---|
| GURBIR S. GREWAL, Attorney General of the State of New Jersey,<br><br>               Plaintiff,<br><br>v.<br><br>DEFENSE DISTRIBUTED, CODY R. WILSON, et al.<br><br>               Defendants. | SUPERIOR COURT OF NEW JERSEY CHANCERY DIVISION: ESSEX COUNTY<br><br>DOCKET NO.: ESX-C-133-18<br><br>Civil Action<br><br>**NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE* OF MATTHEW A. GOLDSTEIN, ESQ. ON BEHALF OF DEFENDANTS DEFENSE DISTRIBUTED AND CODY R. WILSON** |

To:   Lorraine Rak, Esq.
      Office of Attorney General
      124 Halsey Street
      Newark, NJ 07101
      Attorneys for Plaintiff

PLEASE TAKE NOTICE that on August 31, 2018, at 9:00 a.m., or as soon thereafter as counsel may be heart, the undersigned, attorneys for defendants Defense Distributed and Cody R. Wilson (together, "Defense Distributed"), will move before the Superior Court of New Jersey, Chancery Division, Essex County, Newark, New Jersey, for an order pursuant to *R.* 1:21-2 permitting Matthew A.

Goldstein, Esq. of the law firm of the law firm of Snell & Wilmer, L.L.P., to be admitted *pro hac vice* for the purpose of representing Defense Distributed in this action in association with New Jersey counsel, Hartman & Winnicki, P.C.

   **PLEASE TAKE FURTHER NOTICE** that Defense Distributed will rely upon the Certification of Matthew A. Goldstein, Esq. submitted herewith.

   **PLEASE TAKE FURTHER NOTICE** that pursuant to R. 1:6-2(d), Defense Distributed hereby requests oral argument only if the motion is contested; and

   **PLEASE TAKE FURTHER NOTICE** that a proposed form of order is submitted herewith.

   **PLEASE TAKE FURTHER NOTICE** that counsel for Plaintiff has consented to the admission *pro hac vice* of Matthew A. Goldstein, Esq.

                                    HARTMAN & WINNICKI, P.C.
                                    Attorneys for Defendants Defense Distributed and
                                    Cody R. Wilson

                                    By:_____
                                         DANIEL L. SCHMUTTER

Dated: August 7, 2018

2

**HARTMAN & WINNICKI, P.C.**
Daniel L. Schmutter, Esq. 049381991
74 Passaic Street
Ridgewood, New Jersey 07450
Phone: (201) 967-8040
Fax:   (201) 967-0590
Attorneys for Defendants
Defense Distributed and Cody R. Wilson

| | |
|---|---|
| GURBIR S. GREWAL, Attorney General of the State of New Jersey,<br><br>      Plaintiff,<br><br>v.<br><br>DEFENSE DISTRIBUTED, CODY R. WILSON, et al.<br><br>      Defendants. | SUPERIOR COURT OF NEW JERSEY CHANCERY DIVISION: ESSEX COUNTY<br><br>DOCKET NO.: ESX-C-133-18<br><br>Civil Action<br><br>**CERTIFICATION OF MATTHEW A. GOLDSTEIN, ESQ. IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

Matthew A. Goldstein, of full age, hereby certifies as follows:

1.  I submit this certification in support of the application of defendants Defense Distributed and Cody R. Wilson (together, "Defense Distributed"), for my admission *pro hac vice* in this action.

2.  I am an attorney and counsel to the law firm of Snell & Wilmer, L.L.P., where I practice in Arizona and Washington, D.C.

3.  I am a member in good standing of the Bars of the highest court of the State of Arizona and of Washington, D.C. where I principally practice law. I am also

admitted to practice before the Supreme Court of the United States, the United States District Court for the District of Arizona, the United States Court of Appeals for the Ninth Circuit, the United States Court of Appeals for the Fifth Circuit, the United States Court of Appeals for the District of Columbia Circuit, and the United States Court of International Trade.

4.    I am associated with Daniel L. Schmutter, Esq., of the law firm of Hartman & Winnicki, P.C., New Jersey counsel of record for Defense Distributed in this matter and qualified to practice pursuant to R. 1:21-1.

5.    I have not been the subject of disciplinary action by any court or bar. I recognize and will abide by my continuing obligation to advise the Court of any disciplinary proceedings pursuant to R. 1:21-2(b)(1)(D).

6.    Defense Distributed and Cody R. Wilson have requested that I represent them in this proceeding because I have represented them since approximately 2014. I am therefore fully familiar with the complex legal and factual issues implicated by this matter.

7.    I agree to observe the dates fixed for scheduling conferences, motions, briefs, pre-trial conferences, trials or other proceedings. I agree to submit to the jurisdiction of this Court for the purposes of sanctions, discipline or such other actions as the Court may deem proper.

8.    I will comply with the requirements of R. 1:28-2, R. 1:28B-1(e) and R. 1:20-1(b).

9.      For the foregoing reasons, I respectfully request that this Court permit me to participate in this action in the same manner as attorneys in the State of New Jersey in association with Harman & Winnicki, P.C.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

MATTHEW A. GOLDSTEIN

Dated: August _6_, 2018

3

**HARTMAN & WINNICKI, P.C.**
Daniel L. Schmutter, Esq. 049381991
74 Passaic Street
Ridgewood, New Jersey 07450
Phone: (201) 967-8040
Fax:   (201) 967-0590
Attorneys for Defendants
Defense Distributed and Cody R. Wilson

| | |
|---|---|
| GURBIR S. GREWAL, Attorney General of the State of New Jersey,<br><br>Plaintiff,<br><br>v.<br><br>DEFENSE DISTRIBUTED, CODY R. WILSON, et al.<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY CHANCERY DIVISION: ESSEX COUNTY<br><br>DOCKET NO.: ESX-C-133-18<br><br>Civil Action<br><br>**ORDER ADMITTING MATTHEW A. GOLDSTEIN, ESQ.** *PRO HAC VICE ON BEHALF OF DEFENDANTS DEFENSE DISTRIBUTED AND CODY R. WILSON* |

This matter having been opened to the Court by Hartman & Winnicki, P.C., attorneys for defendants, Defense Distributed and Cody R. Wilson (together, "Defense Distributed") on their application to have Matthew A. Goldstein of the law firm of Snell & Wilmer, L.L.P. admitted *pro hac vice* on behalf of Defense Distributed for the purposes of this action, on notice to all counsel of record; and the Court having reviewed the certification in support thereof; and counsel for Plaintiff having consented to such *pro hac vice* admission; and for good cause shown;

IT IS on this _____ day of August, 2018;

ORDERED as follows:

1.      The motion to admit Matthew A. Goldstein, Esq. of the law firm of Snell & Wilmer, L.L.P., *pro hac vice* in this matter on behalf of Defendants Defense Distributed and Cody R. Wilson be and the same is hereby granted.

2.      Matthew A. Goldstein, Esq. shall abide by the New Jersey Court Rules, including R. 1:20-1 and R. 1:28-2.

3.      Matthew A. Goldstein, Esq. shall consent to the appointment of the Clerk of the Supreme Court as an agent upon whom service of process may be made for all actions against him that may arise out of his participation in this matter.

4.      Matthew A. Goldstein, Esq. shall notify the Court immediately of any matter affecting his standing at the bar of any other court.

5.      Matthew A. Goldstein, Esq. shall have all pleadings, briefs, and other papers filed with the Court signed by an attorney of record in this case authorized to practice in this State, who shall be held responsible for them, the conduct of the cause and the admitted attorney herein.

6.      Matthew A. Goldstein, Esq. cannot be designated as trial counsel.

7.      No discovery, motion, trial or any other proceeding delay shall occur or be requested by reason of the inability of Matthew A. Goldstein, Esq. to be in attendance.

8.      Matthew A. Goldstein, Esq. must, within ten (10) days after receipt of this Order pay the fees required by R. 1:20-1(b) and R. 1:28-2 and submit a certification of compliance.

9.     Automatic termination of *pro hac vice* admission will occur for failure to make the required annual payment to the Disciplinary Oversight Committee and the New Jersey Lawyer's Fund for Client Protection.  Proof of such payment, after filing proof of the initial payment, shall be made no later than February of each year.

10.     Noncompliance with any of the above requirements shall constitute grounds for removal.

11.     A copy of this order shall be served upon all counsel of record within seven (7) days of the receipt of this order.


_____

HON. WALTER KOPROWSKI, JR., J.S.C.

**HARTMAN & WINNICKI, P.C.**
Daniel L. Schmutter, Esq. 049381991
Steven B. Gladis, Esq. 016192008
74 Passaic Street
Ridgewood, New Jersey 07450
Phone: (201) 967-8040
Fax:    (201) 967-0590
Attorneys for Defendants
Defense Distributed and Cody R. Wilson

|  |  |
|---|---|
| GURBIR S. GREWAL, Attorney General of the State of New Jersey,<br><br>Plaintiff,<br><br>v.<br><br>DEFENSE DISTRIBUTED, CODY R. WILSON, et al.<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY CHANCERY DIVISION: ESSEX COUNTY<br><br>DOCKET NO.: ESX-C-133-18<br><br>Civil Action<br><br>**CERTIFICATION OF SERVICE** |

Steven B. Gladis, of full age, hereby certifies as follows:

1.     I am an attorney-at-law of the State of New Jersey and of counsel to the law firm of Hartman & Winnicki, P.C., attorneys for Defendants Defense Distributed and Coy R. Wilson in this action. As such, I have personal knowledge of the facts set forth herein.

2.     On this date, I caused copies of Defendants' Notice of Motion for Admission *Pro Hac Vice* of Matthew A. Goldstein, Esq. on Behalf of Defendants Defense Distributed and Cody R. Wilsons, Certification of Matthew A. Goldstein, Esq., proposed form of Order, and the within Certification of Service to be filed with the Clerk, Chancery Division, Essex County, 212 Washington

Street, Newark, New Jersey, via hand delivery.

3.     I further certify that on this date, I caused copies of the

foregoing papers to be served upon:

**Lorraine Rak, Esq.**
**Office of Attorney General**
**124 Halsey St.**
**Newark, NJ 07101**

via hand delivery.

I certify that the foregoing statements made by me are true. I am

aware that if any of the foregoing statements made by me are willfully false,

I am subject to punishment.

Steven B. Gladis

DATED: August 7, 2018

**Daniel L. Schmutter**

| | |
|---|---|
| **From:** | Julina Schaeffer <julina.schaeffer@njcourts.gov> |
| **Sent:** | Tuesday, August 14, 2018 3:23 PM |
| **To:** | Daniel L. Schmutter; Lorraine Rak; Lara Fogel |
| **Cc:** | mgoldstein@swlaw.com |
| **Subject:** | Grewal v. Defense Distributed, C-133-18 |

| | |
|---|---|
| **Importance:** | High |

Good afternoon, counsel:

Please be advised, Judge Koprowski has granted the extensions in the above referenced matter. Opposition to the order to show cause is due by September 14, 2018. Replies are due September 21, 2018. The return date of the order to show cause is adjourned to **October 17, 2018 at 10:30am**. Kindly notify any interested party not listed here. Please reply confirmation that you have received this notice.

Thank you.

Julina Schaeffer
Law Clerk to the Honorable Judge Koprowski, Jr., P.J.
Chancery Division, General Equity & Probate Parts, Essex Vicinage
Wilentz Justice Complex
212 Washington Street, 8th Floor
Newark, NJ 07102
(973) 776-9520