**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| GURBIR S. GREWAL, Attorney General of The State of New Jersey,<br><br>     Plaintiff,<br><br>v.<br><br>DEFENSE DISTRIBUTED, CODY R. WILSON, et al.,<br><br>     Defendants. | Hon. Susan D. Wigenton, U.S.D.J.<br>Hon. Leda Dunn Wettre, U.S.M.J.<br><br>Civil Action No.: 18-cv-13248-SDW-LDW<br><br>(Document Electronically Filed)<br><br>Oral Argument Requested<br><br>**NOTICE OF DEFENDANTS' MOTION TO CHANGE VENUE OR DISMISS** |

   **PLEASE TAKE NOTICE** that on October 1, 2018, or as soon thereafter as counsel may be heard, Defendants Defense Distributed and Cody R. Wilson will apply to this Court for an order either dismissing this action or transferring it to the United States District Court for the Western District of Texas, Austin Division.

   PLEASE TAKE FURTHER NOTICE that in support of the within motion, Defendants will rely upon the Brief and Declaration of Cody Wilson submitted herewith.

   PLEASE TAKE FURTHER NOTICE that a proposed form of Order is submitted herewith.

   PLEASE TAKE FURTHER NOTICE that Defendants respectfully request oral argument.

Date: September 4, 2018       Respectfully submitted,

| | |
|---|---|
| **BECK REDDEN LLP**<br>Chad Flores*<br>cflores@beckredden.com<br>Mary Kate Raffetto*<br>mkraffetto@beckredden.com<br>Dan Hammond*<br>dhammond@beckredden.com<br>1221 McKinney St., Suite 4500<br>Houston, TX 77010<br>(713) 951-3700 | **HARTMAN & WINNICKI, P.C.**<br><br>/s Daniel L. Schmutter<br>Daniel L. Schmutter<br>dschmutter@hartmanwinnicki.com<br>74 Passaic Street<br>Ridgewood, New Jersey 07450<br>(201) 967-8040 |

1

2

**FARHANG & MEDCOFF**
Matthew A. Goldstein*
mgoldstein@fmlaw.com
4801 East Broadway Blvd., Suite 311
Tucson, AZ 85711
(520) 790-5433

*Admissions *pro hac vice* pending

*Attorneys for Defendants*