# EXHIBIT A

# U.S. District Court [LIVE]
## Western District of Texas (Austin)
### CIVIL DOCKET FOR CASE #: 1:15-cv-00372-RP

| | |
|---|---|
| Defense Distributed et al v. United States Department of State et al | Date Filed: 05/06/2015 |
| Assigned to: Judge Robert Pitman | Date Terminated: 07/30/2018 |
| Case in other court: USCA 5th Circuit, 15-50759 | Jury Demand: Plaintiff |
| Cause: 28:2201 Declaratory Judgment | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**Defense Distributed**                          represented by    **Alan Gura**
Gura PLLC
916 Prince Street
Suite 107
Alexandria, VA 22314
703-835-9085
Fax: 703-997-7665
Email: alan@gurapllc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David S. Morris**
Fish & Richardson, P.C.
111 Congress Avenue, Ste 810
Austin, TX 78701
512-226-8116
Fax: 512-320-8935
Email: dmorris@fr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Michael Blackman**
Josh Blackman LLC
1303 San Jacinto St.
Houston, TX 77002
202-294-9003
Fax: 713-646-1766
Email: joshblackman@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew A. Goldstein**
Farhang & Medcoff
4801 E. Broadway Blvd., Suite 311
Tucson, AZ 85711
520-790-5433
Fax: 502-790-5736
Email: mgoldstein@fmlaw.law
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**W. Thomas Jacks**
Fish & Richardson P.C.
111 Congress Avenue
Suite 810
Austin, TX 78701
(512) 472-5070
Fax: 512/320-8935
Email: jacks@fr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary Kathryn Raffetto**
Beck Redden LLP
1221 McKinney St., Ste. 4500
Houston, TX 77010
713-951-6223
Email: mkraffetto@beckredden.com
*ATTORNEY TO BE NOTICED*

**William B. Mateja**
Sheppard Mullin Richter & Hampton LLP
2200 Ross Avenue, 24th Fl.
Dallas, TX 75201
469.391.7415
Fax: 469.391.7559
Email: bmateja@sheppardmullin.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Second Amendment Foundation, Inc.**        represented by **Alan Gura**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David S. Morris**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Michael Blackman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Thomas Jacks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William B. Mateja**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.
**Defendant**

**United States Department of State**                represented by   **Eric J. Soskin**
U.S. Department of Justice, Civil Division
20 Massachusetts Ave. NW, Room 7116
Washington, DC 20002
(202)353-0533
Email: eric.soskin@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart Justin Robinson**
U.S. Department of Justice, Civil Division
Federal Programs Branch
450 Golden Gate Ave.
San Francisco, CA 94102
415-436-6635
Email: stuart.j.robinson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Secretary of State John F. Kerry**                represented by   **Eric J. Soskin**
*in his official capacity as the Secretary of*      (See above for address)
*the Department of State*                            *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart Justin Robinson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Directorate of Defense Trade Controls**          represented by   **Eric J. Soskin**
*Department of State Bureau of Political*            (See above for address)
*Military Affairs*                                   *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart Justin Robinson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kenneth B. Handelman**                            represented by   **Eric J. Soskin**
*individually and in his official capacity as*       (See above for address)
*the Deputy Assistant Secretary of State for*        *TERMINATED: 02/01/2018*
*Defense Trade Controls in the Bureau of*            *LEAD ATTORNEY*
*Political-Military Affairs*                         *ATTORNEY TO BE NOTICED*
*TERMINATED: 02/01/2018*

**Siegmund Fred Fuchs**

U.S Department of Justice
P.O. Box 7146
Benjamin Franklin Station
Washington, DC 200044-7146
202-616-4322
Email: siegmund.f.fuchs@usdoj.gov
*TERMINATED: 02/01/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart Justin Robinson**
(See above for address)
*TERMINATED: 02/01/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Carl Richter**
United States Attorney's Office
Western District of Texas
816 Congress Ave., Suite 1000
Austin, TX 78701
(512)370-1254
Fax: (202)916-5854
Email: Zachary.C.Richter@usdoj.gov
*TERMINATED: 02/01/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Director C. Edward Peartree**
*individually and in his official capacity as the Director of the Office of Defense Trade Controls Policy Division*
*TERMINATED: 02/01/2018*

represented by **Eric J. Soskin**
(See above for address)
*TERMINATED: 02/01/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Siegmund Fred Fuchs**
(See above for address)
*TERMINATED: 02/01/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart Justin Robinson**
(See above for address)
*TERMINATED: 02/01/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Carl Richter**
(See above for address)
*TERMINATED: 02/01/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Division Chief Sarah J. Heidema**
*individually and in her official capacity as*
*the Division Chief, Regulatory and*
*Multilateral Affairs, Office of Defense Trade*
*Controls Policy*
*TERMINATED: 02/01/2018*

represented by **Eric J. Soskin**
(See above for address)
*TERMINATED: 02/01/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Siegmund Fred Fuchs**
(See above for address)
*TERMINATED: 02/01/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart Justin Robinson**
(See above for address)
*TERMINATED: 02/01/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Carl Richter**
(See above for address)
*TERMINATED: 02/01/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Senior Advisor Glenn Smith**
*individually and in his official capacity as*
*the Senior Advisor, Office of Defense Trade*
*Controls*
*TERMINATED: 02/01/2018*

represented by **Eric J. Soskin**
(See above for address)
*TERMINATED: 02/01/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Siegmund Fred Fuchs**
(See above for address)
*TERMINATED: 02/01/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart Justin Robinson**
(See above for address)
*TERMINATED: 02/01/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Carl Richter**
(See above for address)
*TERMINATED: 02/01/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**The Brady Campaign to Prevent Gun**
**Violence**
*TERMINATED: 07/27/2018*

represented by **J. David Cabello**
Blank Rome LLP
717 Texas Avenue, Suite 1400
Houston, TX 77002

713-632-8696
Fax: 713-228-6605
Email: dcabello@blankrome.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John D. Kimball**
Blank Rome LLP
The Chrysler Building
405 Lexington Ave.
New York, NY 10174
212-885-5000
Fax: 917-332-3730
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Movant**

**Everytown for Gun Safety Action Fund, Inc.**
*TERMINATED: 07/27/2018*

represented by **J. David Cabello**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John D. Kimball**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Movant**

**Giffords**
*TERMINATED: 07/27/2018*

represented by **J. David Cabello**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John D. Kimball**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/06/2015 | 1 | COMPLAINT *(1:15-cv-372)* ( Filing fee $ 400 receipt number 0542-7425618). No Summons requested at this time, filed by Defense Distributed, Second Amendment Foundation, Inc.. (Attachments: # 1 Civil Cover Sheet)(Mateja, William) (Attachment 1 replaced on 10/9/2015 with flattened image) (os). (Entered: 05/06/2015) |
| 05/06/2015 | 2 | RULE 7 DISCLOSURE STATEMENT filed by Defense Distributed. (Mateja, William) (Entered: 05/06/2015) |
| 05/06/2015 | 3 | RULE 7 DISCLOSURE STATEMENT filed by Second Amendment Foundation, Inc.. (Mateja, William) (Entered: 05/06/2015) |

| | | |
|---|---|---|
| 05/06/2015 | | Case Assigned to Judge Robert Pitman. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (afd) (Entered: 05/07/2015) |
| 05/06/2015 | | DEMAND for Trial by Jury by Defense Distributed. (afd) (Entered: 05/07/2015) |
| 05/07/2015 | 4 | Letters to Alan Gura, Matthew Goldstein and Josh BLackman re: Non-Admitted Status. (afd) (Entered: 05/07/2015) |
| 05/07/2015 | 5 | REQUEST FOR ISSUANCE OF SUMMONS by Defense Distributed, Second Amendment Foundation, Inc.. *OF U.S. DEPARTMENT OF STATE, JOHN F. KERRY, DIRECTORATE OF DEFENSE TRADE CONTROLS, KENNETH B. HANDELMAN, C. EDWARD PEARTREE, SARAH J. HEIDEMA, AND GLENN SMITH* (Mateja, William) (Entered: 05/07/2015) |
| 05/08/2015 | 6 | Summons Issued as to Directorate of Defense Trade Controls, Kenneth B. Handelman, Sarah J. Heidema, John F. Kerry, C. Edward Peartree, Glenn Smith, United States Department of State.(dm) (Entered: 05/08/2015) |
| 05/11/2015 | 7 | MOTION for Preliminary Injunction by Defense Distributed, Second Amendment Foundation, Inc.. (Attachments: # 1 Proposed Order)(Mateja, William) (Entered: 05/11/2015) |
| 05/11/2015 | 8 | Memorandum in Support, filed by Defense Distributed, Second Amendment Foundation, Inc., re 7 MOTION for Preliminary Injunction filed by Plaintiff Second Amendment Foundation, Inc., Plaintiff Defense Distributed *MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION* (Attachments: # 1 Appendix Part 1 of 6, # 2 Appendix Part 2 of 6, # 3 Appendix Part 3 of 6, # 4 Appendix Part 4 of 6, # 5 Appendix Part 5 of 6, # 6 Appendix Part 6 of 6)(Mateja, William) (Entered: 05/11/2015) |
| 05/11/2015 | 9 | Unopposed MOTION for Leave to Exceed Page Limitation *FOR THEIR BRIEF IN SUPPORT OF THEIR MOTION FOR PRELIMINARY INJUNCTION* by Defense Distributed, Second Amendment Foundation, Inc.. (Attachments: # 1 Proposed Order) (Mateja, William) (Entered: 05/11/2015) |
| 05/12/2015 | | Text Order GRANTING 9 Motion for Leave to File Excess Pages entered by Judge Robert Pitman. (This is a text-only entry generated by the court. There is no document associated with this entry.) (aemp) (Entered: 05/12/2015) |
| 05/12/2015 | 10 | MOTION to Appear Pro Hac Vice by William B. Mateja *MOTION AND ORDER FOR ADMISSION PRO HAC VICE FOR ALAN GURA* ( Filing fee $ 100 receipt number 0542-7440640) by on behalf of Defense Distributed, Second Amendment Foundation, Inc.. (Mateja, William) (Entered: 05/12/2015) |
| 05/12/2015 | 11 | NOTICE *OF CERTIFICATE OF SERVICE* by Defense Distributed, Second Amendment Foundation, Inc. re 8 Memorandum in Support of Motion,, 6 Summons Issued as to USA, 1 Complaint, 7 MOTION for Preliminary Injunction , Order on Motion for Leave to File Excess Pages (Mateja, William) (Entered: 05/12/2015) |
| 05/13/2015 | 12 | ORDER GRANTING 10 Motion to Appear Pro Hac Vice as to Alan Gura. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Robert Pitman. (dm) (Entered: 05/13/2015) |
| 05/13/2015 | 13 | MOTION to Appear Pro Hac Vice by William B. Mateja *MOTION FOR ADMISSION PRO HAC VICE - MATTHEW GOLDSTEIN* ( Filing fee $ 100 receipt number 0542- |

| | | |
|---|---|---|
| | | 7446350) by on behalf of Defense Distributed, Second Amendment Foundation, Inc.. (Mateja, William) (Entered: 05/13/2015) |
| 05/15/2015 | 14 | SUMMONS Returned Executed by Defense Distributed, Second Amendment Foundation, Inc.. Directorate of Defense Trade Controls served on 5/14/2015, answer due 7/13/2015. (Mateja, William) (Entered: 05/15/2015) |
| 05/15/2015 | 15 | SUMMONS Returned Executed by Defense Distributed, Second Amendment Foundation, Inc.. United States Department of State served on 5/14/2015, answer due 7/13/2015. (Mateja, William) (Entered: 05/15/2015) |
| 05/15/2015 | 16 | SUMMONS Returned Executed by Defense Distributed, Second Amendment Foundation, Inc.. John F. Kerry served on 5/14/2015, answer due 7/13/2015. (Mateja, William) (Entered: 05/15/2015) |
| 05/15/2015 | 17 | SUMMONS Returned Executed by Defense Distributed, Second Amendment Foundation, Inc.. Kenneth B. Handelman served on 5/14/2015, answer due 7/13/2015. (Mateja, William) (Entered: 05/15/2015) |
| 05/15/2015 | 18 | SUMMONS Returned Executed by Defense Distributed, Second Amendment Foundation, Inc.. Sarah J. Heidema served on 5/14/2015, answer due 7/13/2015. (Mateja, William) (Entered: 05/15/2015) |
| 05/15/2015 | 19 | SUMMONS Returned Executed by Defense Distributed, Second Amendment Foundation, Inc.. C. Edward Peartree served on 5/14/2015, answer due 7/13/2015. (Mateja, William) (Entered: 05/15/2015) |
| 05/15/2015 | 20 | SUMMONS Returned Executed by Defense Distributed, Second Amendment Foundation, Inc.. Glenn Smith served on 5/14/2015, answer due 7/13/2015. (Mateja, William) (Entered: 05/15/2015) |
| 05/15/2015 | 21 | ORDER Setting Hearing on 7 MOTION for Preliminary Injunction : Motion Hearing set for 7/6/2015 09:30 AM before Judge Robert Pitman,. Signed by Judge Robert Pitman. (dm) (Entered: 05/15/2015) |
| 05/18/2015 | 22 | Joint MOTION for Extension of Time to File Response/Reply by Directorate of Defense Trade Controls, Kenneth B. Handelman, Sarah J. Heidema, John F. Kerry, C. Edward Peartree, Glenn Smith, United States Department of State. (Attachments: # 1 Proposed Order)(Robinson, Stuart) (Entered: 05/18/2015) |
| 05/19/2015 | | Text Order GRANTING 13 Motion to Appear Pro Hac Vice by atty Matthew Goldstein. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. entered by Judge Robert Pitman. (This is a text-only entry generated by the court. There is no document associated with this entry.) (jg) (Entered: 05/19/2015) |
| 05/19/2015 | 23 | NOTICE of Attorney Appearance by Stuart Justin Robinson on behalf of Directorate of Defense Trade Controls, Kenneth B. Handelman, Sarah J. Heidema, John F. Kerry, C. Edward Peartree, Glenn Smith, United States Department of State. Attorney Stuart Justin Robinson added to party Directorate of Defense Trade Controls(pty:dft), Attorney Stuart Justin Robinson added to party Kenneth B. Handelman(pty:dft), Attorney Stuart Justin Robinson added to party Sarah J. Heidema(pty:dft), Attorney Stuart Justin Robinson added to party John F. Kerry(pty:dft), Attorney Stuart Justin Robinson added to party C. Edward Peartree(pty:dft), Attorney Stuart Justin Robinson added to party Glenn Smith(pty:dft), Attorney Stuart Justin Robinson added to party United States Department of State(pty:dft) (Robinson, Stuart) (Entered: 05/19/2015) |
| 05/19/2015 | 24 | DEFICIENCY NOTICE: re 22 Joint MOTION for Extension of Time to File |

| | | Response/Reply (dm) (Entered: 05/19/2015) |
|---|---|---|
| 05/19/2015 | 25 | DEFICIENCY NOTICE: re 23 Notice of Appearance. (dm) (Entered: 05/19/2015) |
| 05/19/2015 | 26 | CERTIFICATE OF SERVICE by Directorate of Defense Trade Controls, Kenneth B. Handelman, Sarah J. Heidema, John F. Kerry, C. Edward Peartree, Glenn Smith, United States Department of State *CORRECTED* 25 Deficiency Notice (Robinson, Stuart) (Entered: 05/19/2015) |
| 05/19/2015 | 27 | ORDER GRANTING 22 Motion for Extension of Time to File Response. Signed by Judge Robert Pitman. (dm) (Entered: 05/19/2015) |
| 06/05/2015 | 28 | NOTICE *of Supplemental Authority* by Defense Distributed, Second Amendment Foundation, Inc. re 7 MOTION for Preliminary Injunction (Gura, Alan) (Entered: 06/05/2015) |
| 06/08/2015 | 29 | NOTICE *RE: COMMODITY JURISDICTION RULINGS* by Defense Distributed re 7 MOTION for Preliminary Injunction (Goldstein, Matthew) (Entered: 06/08/2015) |
| 06/08/2015 | 30 | NOTICE *RE: DEFENDANTS RECENT PROPOSED RULES* by Defense Distributed re 7 MOTION for Preliminary Injunction (Goldstein, Matthew) (Entered: 06/08/2015) |
| 06/09/2015 | 31 | NOTICE of Attorney Appearance by Eric J. Soskin on behalf of Directorate of Defense Trade Controls, Kenneth B. Handelman, Sarah J. Heidema, John F. Kerry, C. Edward Peartree, Glenn Smith, United States Department of State (Soskin, Eric) (Entered: 06/09/2015) |
| 06/10/2015 | 32 | Memorandum in Opposition to Motion, filed by Directorate of Defense Trade Controls, Kenneth B. Handelman, Sarah J. Heidema, John F. Kerry, C. Edward Peartree, Glenn Smith, United States Department of State, re 7 MOTION for Preliminary Injunction filed by Plaintiff Second Amendment Foundation, Inc., Plaintiff Defense Distributed (Attachments: # 1 Exhibit A - Declaration of Lisa Aguirre, # 2 Proposed Order)(Soskin, Eric) (Entered: 06/10/2015) |
| 06/17/2015 | 33 | Unopposed MOTION *for Leave for Counsel to Appear Telephonically at Preliminary Injunction Hearing* by Defense Distributed, Second Amendment Foundation, Inc.. (Attachments: # 1 Proposed Order)(Mateja, William) (Entered: 06/17/2015) |
| 06/17/2015 | 34 | Unopposed MOTION for Leave to Exceed Page Limitation *FOR PLAINTIFFS' BRIEF IN SUPPORT OF THEIR MOTION FOR PRELIMINARY INJUNCTION* by Defense Distributed, Second Amendment Foundation, Inc.. (Attachments: # 1 Proposed Order) (Mateja, William) (Entered: 06/17/2015) |
| 06/18/2015 | | Text Order GRANTING 33 Motion for Leave for Counsel for Plaintiffs to Appear Telephonically at Preliminary Injunction Hearing entered by Judge Robert Pitman. (This is a text-only entry generated by the court. There is no document associated with this entry.) (aemp) (Entered: 06/18/2015) |
| 06/18/2015 | | Text Order GRANTING 34 Motion for Leave to File Excess Pages entered by Judge Robert Pitman. (This is a text-only entry generated by the court. There is no document associated with this entry.) (jg) (Entered: 06/18/2015) |
| 06/22/2015 | 35 | NOTICE of Attorney Appearance by Zachary Carl Richter on behalf of Kenneth B. Handelman, Sarah J. Heidema, C. Edward Peartree, Glenn Smith. Attorney Zachary Carl Richter added to party Kenneth B. Handelman(pty:dft), Attorney Zachary Carl Richter added to party Sarah J. Heidema(pty:dft), Attorney Zachary Carl Richter added to party C. Edward Peartree(pty:dft), Attorney Zachary Carl Richter added to party Glenn Smith(pty:dft) (Richter, Zachary) (Entered: 06/22/2015) |
| | | |

| 06/24/2015 | 36 | Motion for leave to File Sealed Document (Attachments: # 1 Proposed Order, # 2 Sealed Document Exhibit 1-Supplemental Declaration of Cody Wilson) (Mateja, William) (Entered: 06/24/2015) |
| --- | --- | --- |
| 06/24/2015 | 37 | REPLY to Response to Motion, filed by Defense Distributed, Second Amendment Foundation, Inc., re 7 MOTION for Preliminary Injunction filed by Plaintiff Second Amendment Foundation, Inc., Plaintiff Defense Distributed *MEMORANDUM OF POINTS AND AUTHORITIES IN REPLY TO DEFENDANTS OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION* (Attachments: # 1 Exhibit 1 - slipsheet for Sealed Exhibit, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Mateja, William) (Additional attachment(s) added on 7/1/2015: # 5 Sealed Declaration) (dm). (Entered: 06/24/2015) |
| 06/30/2015 | | Text Order GRANTING 36 Motion for Leave to File Sealed Document entered by Judge Robert Pitman. (This is a text-only entry generated by the court. There is no document associated with this entry.) (aemp) (Entered: 06/30/2015) |
| 07/03/2015 | 38 | NOTICE *Regarding Under Seal Filing* by United States Department of State (Soskin, Eric) (Entered: 07/03/2015) |
| 07/06/2015 | 39 | Minute Entry for proceedings held before Judge Robert Pitman: Motion Hearing held on 7/6/2015 re 7 MOTION for Preliminary Injunction filed by Second Amendment Foundation, Inc., Defense Distributed (Minute entry documents are not available electronically.). (Court Reporter Joe Reynosa.)(dm) (Entered: 07/06/2015) |
| 07/07/2015 | 40 | NOTICE of Attorney Appearance by Joshua Michael Blackman on behalf of Defense Distributed, Second Amendment Foundation, Inc.. Attorney Joshua Michael Blackman added to party Defense Distributed(pty:pla), Attorney Joshua Michael Blackman added to party Second Amendment Foundation, Inc.(pty:pla) (Blackman, Joshua) (Entered: 07/07/2015) |
| 07/13/2015 | 41 | Unopposed MOTION for Extension of Time to File Answer re 1 Complaint by Directorate of Defense Trade Controls, Kenneth B. Handelman, Sarah J. Heidema, John F. Kerry, C. Edward Peartree, Glenn Smith, United States Department of State. (Attachments: # 1 Proposed Order)(Soskin, Eric) (Entered: 07/13/2015) |
| 07/14/2015 | | Text Order GRANTING 41 Motion for Extension of Time to Answer entered by Judge Robert Pitman. Defendants' answer or responsive pleading is due within twenty-one days of the Court's ruling on Plaintiffs' motion for preliminary injuunction. (This is a text-only entry generated by the court. There is no document associated with this entry.) (aemp) (Entered: 07/14/2015) |
| 07/14/2015 | 42 | NOTICE *RE: GOVERNMENT'S STANDING CLAIMS* by Defense Distributed, Second Amendment Foundation, Inc. (Mateja, William) (Entered: 07/14/2015) |
| 08/04/2015 | 43 | ORDER DENYING 7 Motion for Preliminary Injunction. Signed by Judge Robert Pitman. (td) (Entered: 08/05/2015) |
| 08/13/2015 | 44 | Unopposed MOTION for Leave to Exceed Page Limitation by Kenneth B. Handelman, Sarah J. Heidema, C. Edward Peartree, Glenn Smith. (Attachments: # 1 Proposed Order, # 2 Individual Defendants' Motion To Dismiss)(Richter, Zachary) (Entered: 08/13/2015) |
| 08/13/2015 | 45 | Appeal of Order entered by District Judge 43 by Defense Distributed, Second Amendment Foundation, Inc..*denying motion for preliminary injunction* ( Filing fee $ 505 receipt number 0542-7697637) (Gura, Alan) (Entered: 08/13/2015) |
| 08/13/2015 | | NOTICE OF INTERLOCUTORY APPEAL as to 43 Order on Motion for Preliminary Injunction re: 45 Notice of Appeal (E-Filed) by Defense Distributed, Second Amendment Foundation, Inc.. Filing fee $ 505, receipt number 0542-7697637. Per 5th Circuit rules, |

|  |  | the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out Form DKT-13 (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (jk) (Entered: 08/14/2015) |
|---|---|---|
| 08/14/2015 |  | Text Order GRANTING 44 Motion for Leave to File Excess Pages entered by Judge Robert Pitman. (This is a text-only entry generated by the court. There is no document associated with this entry.) (aemp) (Entered: 08/14/2015) |
| 08/14/2015 | 46 | MOTION to Dismiss by Kenneth B. Handelman, Sarah J. Heidema, C. Edward Peartree, Glenn Smith. (jk) (Entered: 08/14/2015) |
| 08/21/2015 | 47 | AMENDED COMPLAINT against All Defendants amending 1 Complaint., filed by Defense Distributed, Second Amendment Foundation, Inc..(Gura, Alan) (Entered: 08/21/2015) |
| 08/21/2015 | 49 | TRANSCRIPT REQUEST by Defense Distributed for dates of July 6, 2015. Proceedings Transcribed: Preliminary Injunction Hearing. Court Reporter: Joe Reynosa. (os) (Entered: 08/26/2015) |
| 08/24/2015 | 48 | ORDER DISMISSING without Prejudice Defendants' 46 Motion to Dismiss. Signed by Judge Robert Pitman. (klw) (Entered: 08/24/2015) |
| 08/31/2015 | 50 | Transcript filed of Proceedings held on July 6, 2015, Proceedings Transcribed: Preliminary Injunction Hearing. Court Reporter/Transcriber: Joe Reynosa, Telephone number: 210-244-5038. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 9/21/2015, Redacted Transcript Deadline set for 10/1/2015, Release of Transcript Restriction set for 11/30/2015, Appeal Record due by 9/15/2015, (Reynosa, Joe) (Entered: 08/31/2015) |
| 08/31/2015 | 51 | Unopposed MOTION *For Order Setting Time For The U.S. Government Defendants To Answer Or Otherwise Respond to Plaintiffs' First Amended Complaint* by Directorate of Defense Trade Controls, Sarah J. Heidema, John F. Kerry, C. Edward Peartree, Glenn Smith, United States Department of State. (Attachments: # 1 Proposed Order)(Soskin, Eric) (Entered: 08/31/2015) |
| 09/01/2015 | 52 | ORDER GRANTING 51 Motion to Set Time for U.S. Government Defendants to Answer First Amended Complaint. FURTHER ORDERED that the U.S. Government Defendants shall answer or otherwise respond to Plaintiffs' First Amended Complaint, ECF No. 47, no later than 21 days after a mandate issues from the United States Court of Appeals for the Fifth Circuit on Plaintiffs' pending interlocutory appeal. Signed by Judge Robert Pitman. (os) (Entered: 09/01/2015) |
| 09/01/2015 | 53 | Opposed MOTION for Extension of Time to File *Response To Amended Complaint* by Kenneth B. Handelman, Sarah J. Heidema, C. Edward Peartree, Glenn Smith. (Attachments: # 1 Proposed Order)(Richter, Zachary) (Entered: 09/01/2015) |
| 09/01/2015 | 54 | Memorandum in Opposition to Motion, filed by Defense Distributed, Second Amendment Foundation, Inc., re 53 Opposed MOTION for Extension of Time to File *Response To Amended Complaint* filed by Defendant Kenneth B. Handelman, Defendant Glenn Smith, Defendant Sarah J. Heidema, Defendant C. Edward Peartree (Attachments: # 1 Exhibit 1, # 2 Proposed Order)(Gura, Alan) (Entered: 09/01/2015) |
|  |  |  |

| | | |
|---|---|---|
| 09/02/2015 | 55 | REPLY to Response to Motion, filed by Kenneth B. Handelman, Sarah J. Heidema, C. Edward Peartree, Glenn Smith, re 53 Opposed MOTION for Extension of Time to File *Response To Amended Complaint* filed by Defendant Kenneth B. Handelman, Defendant Glenn Smith, Defendant Sarah J. Heidema, Defendant C. Edward Peartree (Richter, Zachary) (Entered: 09/02/2015) |
| 09/02/2015 | 56 | ORDER GRANTING 53 Motion for Extension of Time to to Respond to Plaintiffs Amended Complaint. The Individual Defendants responsive pleading to Plaintiffs Amended Complaint is due on or before September 8, 2015. Any response Plaintiffs deem necessary to that pleading is due on or before October 16, 2015. Signed by Judge Robert Pitman. (os) (Entered: 09/02/2015) |
| 09/02/2015 | 57 | TRANSCRIPT REQUEST by Defense Distributed, Second Amendment Foundation, Inc. for dates of 7/6/15. Proceedings Transcribed: Preliminary Injuction Hearing. Court Reporter: Joe Reynosa. (os) (Entered: 09/02/2015) |
| 09/02/2015 | 58 | AMENDED ORDER re 56 Order on Motion for Extension of Time to Respond to Plaintiffs Amended Complaint. The Individual Defendants responsive pleading to Plaintiffs Amended Complaint is due on or before September 14, 2015. Any response Plaintiffs deem necessary to that pleading is due on or before October 16, 2015. Signed by Judge Robert Pitman. (os) (Entered: 09/02/2015) |
| 09/09/2015 | 59 | NOTICE *(Vacation Letter)* by Kenneth B. Handelman, Sarah J. Heidema, C. Edward Peartree, Glenn Smith (Richter, Zachary) (Entered: 09/09/2015) |
| 09/14/2015 | 60 | Unopposed MOTION for Leave to Exceed Page Limitation by Kenneth B. Handelman, Sarah J. Heidema, C. Edward Peartree, Glenn Smith. (Attachments: # 1 Proposed Order) (Richter, Zachary) (Entered: 09/14/2015) |
| 09/14/2015 | 61 | MOTION to Dismiss by Kenneth B. Handelman, Sarah J. Heidema, C. Edward Peartree, Glenn Smith. (Attachments: # 1 Attachment A (Ex. 6 to Pls.' Mot. for Prelim. Inj.), # 2 Attachment B (Ex. 7 to Pls.' Mot. for Prelim. Inj.), # 3 Attachment C (Ex. 9 to Pls.' Mot. for Prelim. Inj.))(Richter, Zachary) (Entered: 09/14/2015) |
| 09/14/2015 | 62 | Unopposed MOTION for Extension of Time to File Response/Reply by Kenneth B. Handelman, Sarah J. Heidema, C. Edward Peartree, Glenn Smith. (Attachments: # 1 Proposed Order)(Richter, Zachary) (Entered: 09/14/2015) |
| 09/15/2015 | | Text Order GRANTING 60 Motion for Leave to File Excess Pages entered by Judge Robert Pitman. (This is a text-only entry generated by the court. There is no document associated with this entry.) (aemp) (Entered: 09/15/2015) |
| 09/15/2015 | | Text Order GRANTING 62 Motion for Extension of Time to File Response/Reply entered by Judge Robert Pitman. Any reply the Individual Defendants wish to file in support of their motion to dismiss shall be be filed on or before November 20, 2016. (This is a text-only entry generated by the court. There is no document associated with this entry.) (aemp) (Entered: 09/15/2015) |
| 09/22/2015 | 63 | MOTION to Stay Case by Defense Distributed. (Attachments: # 1 Proposed Order, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9)(Goldstein, Matthew) (Entered: 09/22/2015) |
| 09/29/2015 | 64 | Response in Opposition to Motion, filed by Kenneth B. Handelman, Sarah J. Heidema, C. Edward Peartree, Glenn Smith, re 63 MOTION to Stay Case filed by Plaintiff Defense Distributed (Attachments: # 1 Proposed Order)(Richter, Zachary) (Entered: 09/29/2015) |
| 09/29/2015 | 65 | Response in Opposition to Motion, filed by Directorate of Defense Trade Controls, John F. Kerry, United States Department of State, re 63 MOTION to Stay Case filed by |

| | | |
|---|---|---|
| | | Plaintiff Defense Distributed (Attachments: # 1 Proposed Order)(Soskin, Eric) (Entered: 09/29/2015) |
| 10/01/2015 | 66 | ORDER GRANTING 63 Motion to Stay Proceedings Pending Appeal is hereby GRANTED and the above-styled action is ordered STAYED during the pendency of Plaintiffs interlocutory appeal. The District Clerks Office is directed to administratively close this case until the termination of the appeal proceedings. Signed by Judge Robert Pitman. (os) Modified on 10/15/2015 to add text (klw). (Entered: 10/01/2015) |
| 10/01/2015 | | Case Stayed pursuant to 66 Order. (os) (Entered: 10/01/2015) |
| 10/16/2015 | | Certification of the Electronic Record on Appeal has been accepted by the 5th Circuit re Notice of Appeal - Interlocutory,,. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (os) (Entered: 10/16/2015) |
| 11/05/2015 | 67 | Copy of ORDER of USCA regarding Sealed Documents ; re Notice of Appeal - Interlocutory. (os) (Entered: 11/06/2015) |
| 12/04/2015 | | Certification of the Electronic Supplemental Record on Appeal has been accepted by the 5th Circuit re Notice of Appeal - Interlocutory,,. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (os) (Entered: 12/04/2015) |
| 04/04/2017 | 68 | Certified copy of USCA JUDGMENT/MANDATE Affirming 45 Notice of Appeal (E-Filed) filed by Second Amendment Foundation, Inc., Defense Distributed. (jf) (Entered: 04/04/2017) |
| 04/11/2017 | 69 | NOTICE of Attorney Appearance by Siegmund Fred Fuchs on behalf of Kenneth B. Handelman, Sarah J. Heidema, C. Edward Peartree, Glenn Smith. Attorney Siegmund Fred Fuchs added to party Kenneth B. Handelman(pty:dft), Attorney Siegmund Fred Fuchs added to party Sarah J. Heidema(pty:dft), Attorney Siegmund Fred Fuchs added to party C. Edward Peartree(pty:dft), Attorney Siegmund Fred Fuchs added to party Glenn Smith(pty:dft) (Fuchs, Siegmund) (Entered: 04/11/2017) |
| 04/20/2017 | 70 | MOTION to Stay *Deadlines as to Official Capacity Defendants, Pending Certiorari Proceedings* by Directorate of Defense Trade Controls, United States Department of State. (Attachments: # 1 Proposed Order)(Soskin, Eric) (Entered: 04/20/2017) |
| 04/24/2017 | 71 | RESPONSE to Motion, filed by Defense Distributed, re 70 MOTION to Stay *Deadlines as to Official Capacity Defendants, Pending Certiorari Proceedings* filed by Defendant Directorate of Defense Trade Controls, Defendant United States Department of State (Goldstein, Matthew) (Entered: 04/24/2017) |
| 04/25/2017 | 72 | RESPONSE to Motion, filed by Kenneth B. Handelman, Sarah J. Heidema, C. Edward Peartree, Glenn Smith, re 70 MOTION to Stay *Deadlines as to Official Capacity Defendants, Pending Certiorari Proceedings* filed by Defendant Directorate of Defense Trade Controls, Defendant United States Department of State (Fuchs, Siegmund) (Entered: 04/25/2017) |
| 04/26/2017 | 73 | MOTION to Strike 72 Response to Motion, *"Individual Capacity" Defendants' Request to Lift Stay* by Defense Distributed. (Attachments: # 1 Proposed Order Proposed Form of Order / Striking, # 2 Proposed Order Proposed Form of Order / Leave)(Goldstein, Matthew) (Entered: 04/26/2017) |
| 04/26/2017 | 74 | Response in Opposition to Motion, filed by Kenneth B. Handelman, Sarah J. Heidema, C. Edward Peartree, Glenn Smith, re 73 MOTION to Strike 72 Response to Motion, *"Individual Capacity" Defendants' Request to Lift Stay* filed by Plaintiff Defense Distributed (Fuchs, Siegmund) (Entered: 04/26/2017) |

| 04/27/2017 | 75 | ORDER DENYING 70 Motion to Stay; GRANTING 73 Motion to Strike. Signed by Judge Robert Pitman. (jf) (Entered: 04/27/2017) |
|---|---|---|
| 01/09/2018 | 76 | WRIT OF CERTIORARI re Notice of Appeal - Interlocutory, DENIED by US Supreme Court. (klw) (Entered: 01/10/2018) |
| 01/12/2018 | 77 | ORDER lifting stay. ORDER re-opening case. ORDER for Scheduling Recommendations/Proposed Scheduling Order due by 1/31/2018. Signed by Judge Robert Pitman. (klw) (Entered: 01/17/2018) |
| 01/31/2018 | 78 | NOTICE of Voluntary Dismissal by Defense Distributed, Second Amendment Foundation, Inc. (Gura, Alan) (Entered: 01/31/2018) |
| 01/31/2018 | 79 | Scheduling Recommendations/Proposed Scheduling Order by Defense Distributed, Second Amendment Foundation, Inc.. (Attachments: # 1 Proposed Order, # 2 Lodged Second Amended Complaint)(Gura, Alan) (Entered: 01/31/2018) |
| 02/01/2018 | 80 | ORDER that Plaintiffs claims against Kenneth B. Handelman, C. Edward Peartree, Sarah J. Heidema, and Glenn Smith, in their individual capacities only, are dismissed pursuant to 78 Notice of Voluntary Dismissal filed by Second Amendment Foundation, Inc., Defense Distributed. Signed by Judge Robert Pitman. (klw) (Entered: 02/01/2018) |
| 02/02/2018 | | DEFICIENCY NOTICE: re 79 Scheduling Recommendations/Proposed Scheduling Order. Parties are instructed to resubmit the proposed scheduling order using the proper form, which can be found at www.txwd.uscourts.gov under standing orders for Judge Pitman.(jg3) (Entered: 02/02/2018) |
| 02/09/2018 | 81 | Proposed Scheduling Order by Defense Distributed, Second Amendment Foundation, Inc.. (Gura, Alan) (Entered: 02/09/2018) |
| 02/16/2018 | 82 | NON-CONSENT to Trial by US Magistrate Judge by Defense Distributed, Second Amendment Foundation, Inc.. (Gura, Alan) (Entered: 02/16/2018) |
| 02/16/2018 | 83 | Initial Pretrial Conference set for 2/22/2018 at 09:00 AM (by phone) before Judge Robert Pitman. Signed by Judge Robert Pitman. (dl) (Entered: 02/16/2018) |
| 02/16/2018 | 84 | NON-CONSENT to Trial by US Magistrate Judge by Directorate of Defense Trade Controls, Kenneth B. Handelman, Sarah J. Heidema, John F. Kerry, C. Edward Peartree, Glenn Smith, United States Department of State. (Robinson, Stuart) (Entered: 02/16/2018) |
| 02/20/2018 | 85 | ORDER RESETTING Pretrial Conference to 3/8/2018 at 09:10 AM by phone with Judge Robert Pitman. Signed by Judge Robert Pitman. (dl) (Entered: 02/20/2018) |
| 03/06/2018 | 86 | ORDER RESETTING Initial Pretrial Conference to 3/8/2018 at 09:40 AM by phone before Judge Robert Pitman. Signed by Judge Robert Pitman. (dl) (Entered: 03/06/2018) |
| 03/08/2018 | 87 | Minute Entry for proceedings held before Judge Robert Pitman: Pretrial Conference held on 3/8/2018 (Minute entry documents are not available electronically.). (Court Reporter Pamela Andasola.)(dl) (Entered: 03/08/2018) |
| 03/12/2018 | 88 | SCHEDULING ORDER: Amended Pleadings due by 3/30/2018 and Joinder of Parties due by 3/30/2018. Signed by Judge Robert Pitman. (dl) (Entered: 03/12/2018) |
| 03/15/2018 | 89 | Unopposed MOTION to Amend Complaint by Defense Distributed, Second Amendment Foundation, Inc.. (Attachments: # 1 Exhibit (Second Amended Complaint), # 2 Proposed Order)(Goldstein, Matthew) (Entered: 03/15/2018) |
| 03/16/2018 | | Text Order GRANTING 89 Motion to Amend Complaint entered by Judge Robert Pitman. (This is a text-only entry generated by the court. There is no document associated |

| | | |
|---|---|---|
| | | with this entry.) (as) (Entered: 03/16/2018) |
| 03/16/2018 | 90 | SECOND AMENDED COMPLAINT against Directorate of Defense Trade Controls, Sarah J. Heidema, Mike Miller, United States Department of State amending 47 Amended Complaint, 1 Complaint, filed by Defense Distributed, Second Amendment Foundation, Inc..(dl) (Entered: 03/20/2018) |
| 03/28/2018 | 91 | Consent MOTION to Extend Scheduling Order Deadlines *Only as to Response to Written Offer of Settlement* by Directorate of Defense Trade Controls, United States Department of State. (Attachments: # 1 Proposed Order)(Soskin, Eric) (Entered: 03/28/2018) |
| 03/29/2018 | | Text Order GRANTING 91 Motion to Extend Scheduling Order Deadlines entered by Judge Robert Pitman. Defendants shall respond to Plaintiffs written offer of settlement on or before April 13, 2018. (This is a text-only entry generated by the court. There is no document associated with this entry.) (as) (Entered: 03/29/2018) |
| 04/06/2018 | 92 | MOTION to Dismiss *Second Amended Complaint* by Directorate of Defense Trade Controls, United States Department of State. (Attachments: # 1 Exhibit A)(Soskin, Eric) (Entered: 04/06/2018) |
| 04/30/2018 | 93 | Unopposed MOTION to Stay Case by Defense Distributed, Second Amendment Foundation, Inc.. (Attachments: # 1 Proposed Order)(Goldstein, Matthew) (Entered: 04/30/2018) |
| 05/02/2018 | | Text Order GRANTING 93 Motion to Stay Case entered by Judge Robert Pitman. It is ORDERED that the parties file a report on the status of settlement within 60 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (as) (Entered: 05/02/2018) |
| 06/28/2018 | 94 | NOTICE of Change of Address by Matthew A. Goldstein (Goldstein, Matthew) (Entered: 06/28/2018) |
| 06/28/2018 | 95 | STATUS REPORT by Defense Distributed. (Goldstein, Matthew) (Entered: 06/28/2018) |
| 07/25/2018 | 96 | JOINT EMERGENCY MOTION for Leave to *Intervenors* by The Brady Campaign to Prevent Gun Violence, Everytown for Gun Safety Action Fund, Inc. Giffords. (Attachments: # 1 Exhibit A_Memo of Law, # 2 Exhibit B_Complaint, # 3 Exhibit C_ Settlement Agreement, # 4 Proposed Order granting Motion Leave file Intervention, # 5 Appendix)(Cabello, J.) Modified on 7/26/2018 (jg3). Modified on 7/26/2018 to correct filers and document text (klw). (Entered: 07/25/2018) |
| 07/25/2018 | 97 | MOTION for Temporary Restraining Order by The Brady Campaign to Prevent Gun Violence, Everytown for Gun Safety Action Fund, Inc. Giffords.. (Attachments: # 1 Exhibit A_Settlement Agreement, # 2 Proposed Order granting Emergency Motion for TRO)(Cabello, J.) Modified on 7/26/2018 to correct filing parties (klw). (Entered: 07/25/2018) |
| 07/25/2018 | 98 | MOTION for Emergency Hearing re 97 MOTION for Temporary Restraining Order by The Brady Campaign to Prevent Gun Violence, Everytown for Gun Safety Action Fund, Inc. Giffords. (Attachments: # 1 Proposed Order granting Hearing)(Cabello, J.) Modified on 7/26/2018 to correct filing parties (klw). (Entered: 07/25/2018) |
| 07/25/2018 | 99 | NOTICE of Attorney Appearance by J. David Cabello on behalf of The Brady Campaign to Prevent Gun Violence, Everytown for Gun Safety Action Fund, Inc. Giffords. Attorney J. David Cabello added to party The Brady Campaign to Prevent Gun Violence(pty:mvt), Attorney J. David Cabello added to party Everytown for Gun Safety Action Fund, Inc. (pty:mvt), Attorney J. David Cabello added to party Giffords(pty:mvt) (Cabello, J.) Modified on 7/26/2018 to correct filers and docket text (klw). (Entered: 07/25/2018) |

| 07/26/2018 | 100 | Letter/Correspondence to John D. Kimball re: non-admitted status. (klw) (Entered: 07/26/2018) |
|---|---|---|
| 07/26/2018 | 101 | ORDER Setting Telephonic Hearing on 98 MOTION for Hearing re 97 MOTION for Temporary Restraining Order , 96 MOTION to Intervene, 97 MOTION for Temporary Restraining Order : Motion Hearing set for 7/26/2018 at 02:30 PM before Judge Robert Pitman. Signed by Judge Robert Pitman. (dl) (Entered: 07/26/2018) |
| 07/26/2018 | 102 | MOTION to Appear Pro Hac Vice by J. David Cabello *[John D. Kimball-Blank Rome LLP],* ( Filing fee $ 100 receipt number 0542-11053020) by on behalf of Everytown for Gun Safety Action Fund, Inc., Giffords, The Brady Campaign to Prevent Gun Violence. (Attachments: # 1 Proposed Order granting Motion Pro Hac Vice)(Cabello, J.) (Main Document 102 replaced on 7/26/2018) (ep). (Entered: 07/26/2018) |
| 07/26/2018 | 105 | Minute Entry for proceedings held before Judge Robert Pitman: Telephone Conference held on 7/26/2018. Minute entry documents are not available electronically. (Court Reporter Pamela Andasola) (dl) (Entered: 07/27/2018) |
| 07/27/2018 | 103 | SUPPLEMENTAL MEMORANDUM to 96 MOTION to Intervene by Everytown for Gun Safety Action Fund, Inc., Giffords, The Brady Campaign to Prevent Gun Violence. (Attachments: # 1 Exhibit Everytown Declaration, # 2 Exhibit Giffords Declaration, # 3 Exhibit Brady Declaration)(Cabello, J.) (Entered: 07/27/2018) |
| 07/27/2018 | 104 | ORDER GRANTING 102 Motion to Appear Pro Hac Vice. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Robert Pitman. (dl) (Entered: 07/27/2018) |
| 07/27/2018 | 106 | MOTION to Strike 96 MOTION to Intervene, 103 Supplemental Memorandum, *(PART B OF SUPPLEMENTAL MOTION FOR LEAVE TO INTERVENE AND SPECIFIC PARAGRAPHS OF DECLARATIONS OF NICHOLAS SUPLINA, ALISON DAMASKOS, AND JOSHUA SCHARFF)* by Defense Distributed. (Gura, Alan) (Entered: 07/27/2018) |
| 07/27/2018 | 107 | Memorandum in Opposition to Motion, filed by Defense Distributed, re 96 MOTION to Intervene filed by Movant Everytown for Gun Safety Action Fund, Inc., Movant The Brady Campaign to Prevent Gun Violence, Movant Giffords (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Proposed Order)(Gura, Alan) (Entered: 07/27/2018) |
| 07/27/2018 | 108 | Memorandum in Opposition to Motion, filed by Defense Distributed, re 97 MOTION for Temporary Restraining Order filed by Movant Everytown for Gun Safety Action Fund, Inc., Movant The Brady Campaign to Prevent Gun Violence, Movant Giffords (Attachments: # 1 Proposed Order)(Gura, Alan) (Entered: 07/27/2018) |
| 07/27/2018 | 109 | SUPPLEMENTAL MEMORANDUM to 96 MOTION to Intervene by Everytown for Gun Safety Action Fund, Inc., Giffords, The Brady Campaign to Prevent Gun Violence. (Attachments: # 1 Exhibit D_Letter LA City Attorney)(Cabello, J.) (Entered: 07/27/2018) |
| 07/27/2018 | 110 | Minute Entry for proceedings held before Judge Robert Pitman: Motion Hearing held on 7/27/2018 re 96 MOTION to Intervene filed by Everytown for Gun Safety Action Fund, Inc., The Brady Campaign to Prevent Gun Violence, Giffords, 97 MOTION for Temporary Restraining Order filed by Everytown for Gun Safety Action Fund, Inc., The Brady Campaign to Prevent Gun Violence, Giffords (Minute entry documents are not available electronically.). (Court Reporter Pamela Andasola.)(dl) (Entered: 07/27/2018) |
| 07/27/2018 | 111 | ORDER DENYING 96 Motion to Intervene; DENYING 97 Motion for TRO. Signed by Judge Robert Pitman. (dl) (Entered: 07/27/2018) |
| 07/27/2018 | 112 | STIPULATION of Dismissal *with Prejudice* by Directorate of Defense Trade Controls, Kenneth B. Handelman, Sarah J. Heidema, John F. Kerry, C. Edward Peartree, Glenn |

| | | Smith, United States Department of State. (Robinson, Stuart) (Entered: 07/27/2018) |
|---|---|---|
| 07/30/2018 | 113 | ORDER that the case is DISMISSED WITH PREJUDICE. Signed by Judge Robert Pitman. (dl) (Entered: 07/30/2018) |
| 08/27/2018 | 114 | NOTICE of Attorney Appearance by Mary Kathryn Raffetto on behalf of Defense Distributed. Attorney Mary Kathryn Raffetto added to party Defense Distributed(pty:pla) (Raffetto, Mary) (Entered: 08/27/2018) |
| 08/27/2018 | 115 | MOTION to Appear Pro Hac Vice by Mary Kathryn Raffetto *for Charles R. Flores* ( Filing fee $ 100 receipt number 0542-11164953) by on behalf of Defense Distributed. (Attachments: # 1 Proposed Order Order to Charles R. Fores Motion for Admission) (Raffetto, Mary) (Entered: 08/27/2018) |
| 08/27/2018 | 116 | MOTION to Appear Pro Hac Vice by Mary Kathryn Raffetto *for Daniel N. Hammond* ( Filing fee $ 100 receipt number 0542-11165829) by on behalf of Defense Distributed. (Attachments: # 1 Proposed Order Order to Daniel N. Hammond Pro Hac Vice)(Raffetto, Mary) (Entered: 08/27/2018) |
| 08/27/2018 | 117 | MOTION to Amend Judgment *under Rule 59 or, alternatively, Rule 60* by Defense Distributed, Second Amendment Foundation, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P)(Raffetto, Mary) (Entered: 08/27/2018) |
| 08/28/2018 | 118 | **PLEASE DISREGARD - NO PROPOSED ORDER NEEDED FOR DISPOSITIVE MOTION FILED** DEFICIENCY NOTICE: re 117 MOTION to Amend Judgment *under Rule 59 or, alternatively, Rule 60* (dl) Modified on 8/28/2018 to correct deficiency notice issued in error (dl). (Entered: 08/28/2018) |
| 08/28/2018 | 119 | MOTION to Withdraw as Attorney by Defense Distributed. (Attachments: # 1 Proposed Order)(Morris, David) (Entered: 08/28/2018) |
| 08/28/2018 | 120 | MOTION to Withdraw as Attorney by Defense Distributed. (Attachments: # 1 Proposed Order)(Jacks, W.) (Entered: 08/28/2018) |
| 08/30/2018 | 121 | Consent MOTION for Extension of Time to File Response/Reply as to 117 MOTION to Amend Judgment *under Rule 59 or, alternatively, Rule 60* by Directorate of Defense Trade Controls, Kenneth B. Handelman, Sarah J. Heidema, John F. Kerry, C. Edward Peartree, Glenn Smith, United States Department of State. (Attachments: # 1 Proposed Order)(Robinson, Stuart) (Entered: 08/30/2018) |
| 08/31/2018 | | Text Order GRANTING 121 Motion for Extension of Time to File Response/Reply entered by Judge Robert Pitman. Defendants' deadline to respond to Plaintiffs' motion to alter or amend judgment is extended to and includes September 12, 2018. (This is a text-only entry generated by the court. There is no document associated with this entry.) (as) (Entered: 08/31/2018) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/31/2018 16:37:20 | | | |
| **PACER Login:** | beckreddenfirm:2516856:0 | **Client Code:** | 2281.002 |
| **Description:** | Docket Report | **Search Criteria:** | 1:15-cv-00372-RP |

| Billable Pages: | 16 | Cost: | 1.60 |
|-----------------|----|----|------|