# EXHIBIT C

**U.S. District Court**
## United States District Court for the Western District of Washington (Seattle)
## CIVIL DOCKET FOR CASE #: 2:18-cv-01115-RSL

| | |
|---|---|
| State of Washington et al v. United States Department of State et al | Date Filed: 07/30/2018 |
| Assigned to: Judge Robert S. Lasnik | Jury Demand: None |
| Cause: 28:1331 Fed. Question: Violation of Constitutional Rights | Nature of Suit: 899 Other Statutes: Administrative Procedures Act/Review or Appeal of Agency Decision |
| | Jurisdiction: U.S. Government Defendant |

**Plaintiff**

| | | |
|---|---|---|
| **State of Washington** | represented by | **Jeffrey George Rupert** ATTORNEY GENERAL'S OFFICE (40110-OLY) PO BOX 40110 OLYMPIA, WA 98504 360-586-0092 Email: JeffreyR2@atg.wa.gov *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Jeffrey Todd Sprung** ATTORNEY GENERAL'S OFFICE (SEA-FIFTH AVE) 800 5TH AVE STE 2000 SEATTLE, WA 98104-3188 206-464-7744 Email: jeffs2@atg.wa.gov *ATTORNEY TO BE NOTICED* |
| | | **Kristin Beneski** ATTORNEY GENERAL'S OFFICE (SEA-FIFTH AVE) 800 5TH AVE STE 2000 SEATTLE, WA 98104-3188 206-464-7744 Fax: 206-464-6451 Email: kristinb1@atg.wa.gov *ATTORNEY TO BE NOTICED* |
| | | **Todd Richard Bowers** ATTORNEY GENERAL'S OFFICE (SEA-FIFTH AVE) 800 5TH AVE STE 2000 SEATTLE, WA 98104-3188 206-464-7744 Email: ToddB@atg.wa.gov *ATTORNEY TO BE NOTICED* |

Zachary P Jones
ATTORNEY GENERAL'S OFFICE (SEA-FIFTH AVE)
800 5TH AVE
STE 2000
SEATTLE, WA 98104-3188
206-464-7744
Email: ZachJ@atg.wa.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Connecticut**                           represented by **Jeffrey George Rupert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maura Murphy Osborne**
OFFICE OF THE ATTORNEY GENERAL
55 ELM STREET
PO BOX 120
HARTFORD, CT 06106
860-808-5020
Email: maura.murphyosborne@ct.gov
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Maryland**                              represented by **Jeffrey George Rupert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of New Jersey**                            represented by **Jeffrey George Rupert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of New York**                              represented by **Jeffrey George Rupert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Oregon**                                represented by **Jeffrey George Rupert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott J Kaplan**

OREGON DEPARTMENT OF JUSTICE
100 SW MARKET STREET
PORTLAND, OR 97201
971-673-1880
Fax: 971-673-5000
Email: scott.kaplan@doj.state.or.us
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Commonwealth of Massachusetts**          represented by **Jeffrey George Rupert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Commonwealth of Pennsylvania**          represented by **Jeffrey George Rupert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Scott Goldman**
EXECUTIVE DEPUTY ATTORNEY
GENERAL, CIVIL DIVISION
OFFICE OF ATTORNEY GENERAL
STRAWBERRY SQUARE, 15TH FLOOR
HARRISBURG, PA 17120
717-783-1471
Email: jgoldman@attorneygeneral.gov
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**District of Columbia**          represented by **Andrew J Saindon**
OFFICE OF THE ATTORNEY GENERAL
FOR THE DISTRICT OF COLUMBIA
441 4TH STREET NW
SUITE 630 SOUTH
WASHINGTON, DC 20001
202-724-6643
Email: andy.saindon@dc.gov
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeffrey George Rupert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jimmy R Rock**
OFFICE OF THE ATTORNEY GENERAL
FOR THE DISTRICT OF COLUMBIA
441 4TH STREET NW

STE 630 SOUTH
WASHINGTON, DC 20001
202-741-0770
Email: Jimmy.Rock@dc.gov
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robyn R Bender**
OFFICE OF THE ATTORNEY GENERAL
FOR THE DISTRICT OF COLUMBIA
441 4TH STREET NW
STE 630 SOUTH
WASHINGTON, DC 20001
202-724-6610
Email: Robyn.Bender@dc.gov
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of California**　　　　represented by **Jeffrey George Rupert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nelson R Richards**
CALIFORNIA DEPARTMENT OF
JUSTICE
OFFICE OF ATTORNEY GENERAL
2550 MARIPOSA MALL
ROOM 5090
FRESNO, CA 93721
559-705-2324
Email: nelson.richards@doj.ca.gov
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Colorado**　　　　represented by **Jeffrey George Rupert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew D Grove**
COLORADO DEPARTMENT OF LAW
1300 BROADWAY, 6TH FLOOR
DENVER, CO 80203
720-508-6157
Email: matt.grove@coag.gov
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Delaware**                    represented by    **Jeffrey George Rupert**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Hawaii**                      represented by    **Jeffrey George Rupert**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Robert T Nakatsuji**
                                                           DEPARTMENT OF THE ATTORNEY
                                                           GENERAL
                                                           425 QUEEN STREET
                                                           HONOLULU, HI 96813
                                                           808-586-1360
                                                           Email: Robert.T.Nakatsuji@hawaii.gov
                                                           *LEAD ATTORNEY*
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Illinois**                    represented by    **Jeffrey George Rupert**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Iowa**                        represented by    **Jeffrey George Rupert**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Minnesota**                   represented by    **Jacob Campion**
                                                           ATTORNEY GENERAL OF MINNESOTA
                                                           445 MINNESOTA STREET
                                                           SUITE 1100
                                                           ST PAUL, MN 55101
                                                           651-757-1459
                                                           Email: Jacob.Campion@ag.state.mn.us
                                                           *LEAD ATTORNEY*
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Jeffrey George Rupert**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **State of North Carolina** | represented by | **Jeffrey George Rupert**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **State of Rhode Island** | represented by | **Jeffrey George Rupert**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **State of Vermont** | represented by | **Benjamin D Battles**<br>OFFICE OF THE VERMONT ATTORNEY<br>GENERAL<br>109 STATE STREET<br>MONTPELIER, VT 05609<br>802-828-5500<br>Email: benjamin.battles@vermont.gov<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jeffrey George Rupert**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **State of Virginia** | represented by | **Jeffrey George Rupert**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Samuel T Towell**<br>OFFICE OF THE ATTORNEY GENERAL<br>OF VIRGINIA<br>BARBARA JOHNS BUILDING<br>202 N NINTH ST.<br>RICHMOND, VA 23219<br>804-786-6731<br>Email: stowell@oag.state.va.us<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **United States Department of State** | represented by | **Steven A Myers**<br>US DEPT. OF JUSTICE<br>20 MASSACHUSETTS AVE NW<br>WASHINGTON, DC 20530 |

202-305-8648
Email: steven.a.myers@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Stuart Justin Robinson**
US DEPARTMENT OF JUSTICE (CIVIL -
SF)
CIVIL DIVISION
P O BOX 36028
450 GOLDEN GATE AVE
SAN FRANCISCO, CA 94102-3463
415-436-6635
Email: stuart.j.robinson@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Michael R. Pompeo**<br>*in his official capacity as Secretary of State* | represented by | **Steven A Myers**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Stuart Justin Robinson**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Directorate of Defense Trade Controls** | represented by | **Steven A Myers**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Stuart Justin Robinson**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Mike Miller**<br>*in his official capacity as Acting Deputy Assistant Secretary of Defense Trade Controls* | represented by | **Steven A Myers**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Stuart Justin Robinson**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Sarah Heidema**<br>*in her official capacity as Director of Policy, Office of Defense Trade Controls Policy* | represented by | **Steven A Myers**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Stuart Justin Robinson**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Defense Distributed** | represented by | **Charles R. Flores** |

BECK REDDEN LLP
1221 MCKINNEY ST
STE 4500
HOUSTON, TX 77010
713-951-6268
Email: cflores@beckredden.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel Hammond**
BECK REDDEN LLP
1221 MCKINNEY ST
STE 4500
HOUSTON, TX 77010
713-951-6285
Email: dhammond@beckredden.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Josh Blackman**
JOSH BLACKMAN LLC
1303 SAN JACINTO STREET
HOUSTON, TX 77063
202-294-9003
Email: Josh@JoshBlackman.com
*TERMINATED: 08/02/2018*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Matthew Goldstein**
FARHANG & MEDCOFF
4801 EAST BROADWAY BLVD
STE 311
TUCSON, AZ 85711
202-550-0040
Fax: 520-790-5736
Email: mgoldstein@fmlaw.law
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joel B. Ard**
IMMIX LAW GROUP PC
701 5TH AVENUE, SUITE 4710
SEATTLE, WA 98104
206-492-7531
Fax: 503-802-5351
Email: Joel.Ard@immixlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Second Amendment Foundation, Inc.**    represented by  **Josh Blackman**

(See above for address)
*TERMINATED: 08/02/2018*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Matthew Goldstein**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joel B. Ard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Conn Williamson**    represented by    **Josh Blackman**
(See above for address)
*TERMINATED: 08/02/2018*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Matthew Goldstein**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joel B. Ard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Everytown for Gun Safety**    represented by    **Deepak Gupta**
GUPTA WESSLER PLLC
1900 L STREET, NW
STE 312
WASHINGTON, DC 20036
202-888-1741
Email: deepak@guptawessler.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Beth E Terrell**
TERRELL MARSHALL LAW GROUP
PLLC
936 NORTH 34TH STREET
STE 300
SEATTLE, WA 98103-8869
206-816-6603
Fax: 206-319-5450
Email: bterrell@terrellmarshall.com
*ATTORNEY TO BE NOTICED*

**Amicus**

**The Brady Center to Prevent Gun Violence**

represented by **John D Kimball**
BLANK ROME (NY)
405 LEXINGTON AVE
NEW YORK, NY 10174
212-885-5000
Email: jkimball@blankrome.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrew P Richards**
GARVEY SCHUBERT BARER (WA)
1191 SECOND AVE
18TH FL
SEATTLE, WA 98101-2939
206-464-3939
Email: arichards@gsblaw.com
*ATTORNEY TO BE NOTICED*

**Amicus**

**Electronic Frontier Foundation**

represented by **Kit Walsh**
ELECTRONIC FRONTIER
FOUNDATION
815 EDDY STREET
SAN FRANCISCO, CA 94109
415-436-9333
Email: kit@eff.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Venkat Balasubramani**
FOCAL PLLC
900 FIRST AVENUE S., SUITE 201
SEATTLE, WA 98134
206-529-4827
Fax: 206-260-3966
Email: venkat@focallaw.com
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Benjamin Barber**

represented by **Benjamin Barber**
#17-07936
WASHINGTON COUNTY JAIL
215 SW ADAMS MS35
HILLSBORO, OR 97123-3874
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 07/30/2018 | 1 | COMPLAINT *FOR DECLARATORY AND INJUNCTIVE RELIEF* against All Defendants |

| | | |
|---|---|---|
| | | (Receipt # 0981-5414989), filed by State of Washington. (Attachments: # 1 Exhibit 1-8, # 2 Civil Cover Sheet, # 3 Summons US Department of State, # 4 Summons Michael Pompeo, # 5 Summons Directorate of Defense Trade Controls, # 6 Summons Mike Miller, # 7 Summons Sarah Heidema, # 8 Summons Defense Distributed, # 9 Summons Second Amendment Foundation, Inc., # 10 Summons Conn Williamson)(Rupert, Jeffrey) (Entered: 07/30/2018) |
| 07/30/2018 | 2 | MOTION for Temporary Restraining Order , filed by Plaintiff State of Washington. (Attachments: # 1 Proposed Order) Noting Date 7/30/2018, (Rupert, Jeffrey) (Entered: 07/30/2018) |
| 07/30/2018 | 3 | CERTIFICATE of Jeffrey Sprung re 2 MOTION for Temporary Restraining Order by Plaintiff State of Washington (Rupert, Jeffrey) (Entered: 07/30/2018) |
| 07/30/2018 | 4 | CERTIFICATE of Todd Bowers re 2 MOTION for Temporary Restraining Order by Plaintiff State of Washington (Rupert, Jeffrey) (Entered: 07/30/2018) |
| 07/30/2018 | | Judge Robert S. Lasnik added. (SG) (Entered: 07/30/2018) |
| 07/30/2018 | 5 | NOTICE of Appearance by attorney Joel B. Ard on behalf of Defendants Defense Distributed, Second Amendment Foundation, Inc, Conn Williamson. (Ard, Joel) (Entered: 07/30/2018) |
| 07/30/2018 | 6 | APPLICATION OF ATTORNEY Josh Blackman FOR LEAVE TO APPEAR PRO HAC VICE for Defendants Defense Distributed, Second Amendment Foundation, Inc, Conn Williamson (Fee Paid) Receipt No. 0981-5415308 (Ard, Joel) (Entered: 07/30/2018) |
| 07/30/2018 | 7 | Summons(es) Electronically Issued as to All defendant(s) (Main document - Summons United States Department of State) (Attachments: # 1 Summons Michael Pompeo, # 2 Summons Directorate of Defense Trade Controls, # 3 Summons Mike Miller, # 4 Summons Sarah Heidema, # 5 Summons Defense Distributed, # 6 Summons Second Amendment Foundation, # 7 Summons Conn Williamson)(CDA) (Entered: 07/30/2018) |
| 07/31/2018 | 8 | LETTER from Defense Distributed, Second Amendment Foundation, and Conn Williamson *regarding Motion for TRO* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Ard, Joel) (Entered: 07/31/2018) |
| 07/31/2018 | 9 | NOTICE TO FILER: re 1 Complaint. **Notice of Filing Deficiency** ** Action Required ** See Attached Letter for More Information and Instructions. (cc: Kristin Beneski; Todd Bowers; Jeff Sprung) (ST) (Entered: 07/31/2018) |
| 07/31/2018 | | NOTICE TO FILER: As stated in the 9 Notice to Filer, Kristin Beneski, Todd Bowers and Jeff Sprung must file a Notice of Appearance as soon as possible. However, counsel will remain on the docket in order to receive notice of documents filed in the case. (ST) (Entered: 07/31/2018) |
| 07/31/2018 | 10 | APPLICATION OF ATTORNEY MatthewGoldstein FOR LEAVE TO APPEAR PRO HAC VICE for Defendants Defense Distributed, Second Amendment Foundation, Inc, Conn Williamson (Fee Paid) Receipt No. 0981-5415646 (Ard, Joel) (Entered: 07/31/2018) |
| 07/31/2018 | 11 | RESPONSE, by Defendants Defense Distributed, Second Amendment Foundation, Inc, Conn Williamson, to 2 MOTION for Temporary Restraining Order . Oral Argument Requested. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Ard, Joel) (Entered: 07/31/2018) |
| 07/31/2018 | 12 | ORDER re 6 Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney Josh Blackman for Defendants Defense Distributed, Second Amendment Foundation, Inc, and for Conn Williamson, by Clerk William M McCool. No document associated with this docket entry, text only. |

|  |  |  |
|---|---|---|
|  |  | *NOTE TO COUNSEL: Local counsel agrees to **sign all filings** and to be prepared to handle the matter, including the trial thereof, in the event the applicant is unable to be present on any date scheduled by the court, pursuant to LCR 83.1(d)*.(DS) (Entered: 07/31/2018) |
| 07/31/2018 | 13 | ORDER re 10 Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney Matthew Goldstein for Defendants Defense Distributed, Second Amendment Foundation, Inc, and for Conn Williamson, by Clerk William M McCool. No document associated with this docket entry, text only.<br><br>*NOTE TO COUNSEL: Local counsel agrees to **sign all filings** and to be prepared to handle the matter, including the trial thereof, in the event the applicant is unable to be present on any date scheduled by the court, pursuant to LCR 83.1(d)*.(DS) (Entered: 07/31/2018) |
| 07/31/2018 | 14 | LETTER from J. Blackman re subject matter jurisdiction (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Ard, Joel) (Entered: 07/31/2018) |
| 07/31/2018 | 15 | NOTICE *of Filing* re 2 MOTION for Temporary Restraining Order ; filed by Plaintiff State of Washington. (Attachments: # 1 Declaration of Todd Bowers, # 2 Exhibit A)(Rupert, Jeffrey) (Entered: 07/31/2018) |
| 07/31/2018 | 16 | RESPONSE, by Defendants Directorate of Defense Trade Controls, Sarah Heidema, Mike Miller, Michael R. Pompeo, United States Department of State, to 2 MOTION for Temporary Restraining Order . (Soskin, Eric) (Entered: 07/31/2018) |
| 07/31/2018 | 17 | CERTIFICATE OF SERVICE by Plaintiff State of Washington re 1 Complaint,, 3 Certificate-Other, 4 Certificate-Other, 2 MOTION for Temporary Restraining Order (Rupert, Jeffrey) (Entered: 07/31/2018) |
| 07/31/2018 | 18 | CERTIFICATE OF SERVICE by Plaintiff State of Washington re 1 Complaint,, 3 Certificate-Other, 4 Certificate-Other, 2 MOTION for Temporary Restraining Order (Rupert, Jeffrey) (Entered: 07/31/2018) |
| 07/31/2018 | 19 | MINUTE ORDER Setting Hearing on 2 MOTION for Temporary Restraining Order : Motion Hearing set for 7/31/2018 at 2:00 PM in Courtroom 15106 before Judge Robert S. Lasnik. (KERR) (Entered: 07/31/2018) |
| 07/31/2018 | 20 | MINUTE ENTRY for proceedings held before Judge Robert S. Lasnik- Dep Clerk: *Kerry Simonds*; Pla Counsel: *Jeff Rupert, Jeff Sprung, Kristin Beneski, Todd Bowers*; Def Counsel: *Joel Ard, Josh Blackman, Eric Soskin, Tony Coppolino*; CR: *Nancy Bauer*; Time of Hearing: *2:00 p.m.*; Courtroom: *15106*; **Motion Hearing** held on 7/31/2018 re 2 MOTION for Temporary Restraining Order filed by State of Washington. The Court addresses the parties. After hearing the arguments of counsel, and for reasons stated on the record, the Court GRANTS the Motion for Temporary Restraining Order and schedules a hearing for 8/10/2018 at 9:00 AM in Courtroom 15106 before Judge Robert S. Lasnik. An Order shall issue. (KERR) (Entered: 07/31/2018) |
| 07/31/2018 | 21 | NOTICE of Appearance by attorney Jeffrey Todd Sprung on behalf of Plaintiff State of Washington. (Sprung, Jeffrey) (Entered: 07/31/2018) |
| 07/31/2018 | 22 | NOTICE of Appearance by attorney Kristin Beneski on behalf of Plaintiff State of Washington. (Beneski, Kristin) (Entered: 07/31/2018) |
| 07/31/2018 | 23 | ORDER granting plaintiffs' 2 Emergency Motion for Temporary Restraining Order. Pursuant to the limitations set forth in Fed. R. Civ. P. 65, this matter is hereby set for hearing on Friday, August 10, 2018, at 9:00 a.m. in Courtroom 15106 to determine whether |

| | | this temporary restraining order should be converted to a preliminary injunction. Signed by Judge Robert S. Lasnik. (PM) (Entered: 07/31/2018) |
|---|---|---|
| 08/01/2018 | 24 | NOTICE of Appearance by attorney Todd Richard Bowers on behalf of Plaintiff State of Washington. (Bowers, Todd) (Entered: 08/01/2018) |
| 08/02/2018 | 25 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of TRO hearing held on 7/31/2018 before Judge Robert S. Lasnik.<br><br>Parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Information regarding the policy can be found on the court's website at www.wawd.uscourts.gov.<br><br>To purchase a copy of the transcript, contact court reporter Nancy Bauer, nancy_bauer@wawd.uscourts.gov, 206-370-8506.<br><br>Release of Transcript Restriction set for 10/31/2018, (NB) (Entered: 08/02/2018) |
| 08/02/2018 | 26 | NOTICE OF WITHDRAWAL OF COUNSEL: Attorney Josh Blackman for Defendants Defense Distributed, Second Amendment Foundation, Inc., Conn Williamson. (Ard, Joel) (Entered: 08/02/2018) |
| 08/02/2018 | 27 | **Please disregard; see Dkt. 28** ~~NOTICE of Request for Video Recording of Hearing set for 8/10/2018 at 9:00 a.m. before Robert S. Lasnik. Parties must submit PARTY RESPONSE TO REQUEST FOR VIDEO RECORDING before 8/7/2018. Please Note: This form must not be filed electronically with the Court. (KERR) Modified on 8/2/2018 (KERR). (Entered: 08/02/2018)~~ |
| 08/02/2018 | 28 | NOTICE of Request for Video Recording Hearing on 8/10/2018 at 9:00 a.m. before Robert S. Lasnik. Parties must submit PARTY RESPONSE TO REQUEST FOR VIDEO RECORDING before 8/7/2018. **Please Note: This form must <u>not</u> be filed electronically with the Court.** (ELS) (Entered: 08/02/2018) |
| 08/02/2018 | 29 | AMENDED COMPLAINT *for Declaratory and Injunctive Relief* against All Defendants, filed by State of Washington. (Attachments: # 1 Exhibit 1-8)(Rupert, Jeffrey) (Entered: 08/02/2018) |
| 08/02/2018 | 32 | NOTICE TO FILER re 29 Amended Complaint: The secondary signatures have not been added to the docket. Notices of electronic filing will not be sent until appearances are in compliance with LCR 83.1. (Please see attached) (SWT) (Entered: 08/06/2018) |
| 08/03/2018 | 30 | ORDER RESCHEDULING PRELIMINARY INJUNCTION HEARING, ESTABLISHING BRIEFING SCHEDULE, AND EXTENDING TEMPORARY RESTRAINING ORDER. The preliminary injunction hearing in this matter is rescheduled to Tuesday, August 21, 2018, at 9:00 a.m. in Courtroom 15106. Plaintiffs' submission in support of a preliminary injunction, if any, shall be filed on or before August 9th; defendants' oppositions shall be filed on or before August 15th; and plaintiffs' reply shall be filed no later than noon on August 17th. The temporary restraining order will remain in effect until August 28, 2018. Signed by Judge Robert S. Lasnik. (TH) (Entered: 08/03/2018) |
| 08/03/2018 | 31 | NOTICE of Appearance by attorney Zachary P Jones on behalf of Plaintiff State of Washington. (Jones, Zachary) (Entered: 08/03/2018) |

| 08/07/2018 | 33 | NOTICE of Appearance by attorney Stuart Justin Robinson on behalf of Defendants Directorate of Defense Trade Controls, Sarah Heidema, Mike Miller, Michael R. Pompeo, United States Department of State. (Robinson, Stuart) (Entered: 08/07/2018) |
|---|---|---|
| 08/07/2018 | 34 | MOTION to Compel *Production of Administrative Record*, filed by Plaintiff State of Washington. (Attachments: # 1 Proposed Order) Noting Date 8/24/2018, (Rupert, Jeffrey) (Entered: 08/07/2018) |
| 08/07/2018 | 35 | DECLARATION of Jeffrey Rupert filed by Plaintiff State of Washington re 34 MOTION to Compel *Production of Administrative Record* (Attachments: # 1 Exhibits A-H)(Rupert, Jeffrey) (Entered: 08/07/2018) |
| 08/08/2018 | 36 | NOTIFICATION REGARDING PROPOSED VIDEO RECORDING. All parties have consented to the video recording of the Preliminary Injunction Hearing on 8/21/2018 at 9:00 AM. Unless otherwise ordered by the presiding judge, the proceeding will be video recorded as part of the CAMERAS Pilot Project. (KERR) (Entered: 08/08/2018) |
| 08/08/2018 | 37 | ORDER RENOTING plaintiffs' 34 MOTION to Compel *Production of Administrative Record* : Noting Date 8/10/2018, by Judge Robert S. Lasnik. (SWT) (Entered: 08/08/2018) |
| 08/09/2018 | 39 | NOTICE of Appearance by attorney Beth E Terrell on behalf of Amicus Everytown for Gun Safety. (Terrell, Beth) (Entered: 08/09/2018) |
| 08/09/2018 | 40 | APPLICATION OF ATTORNEY Deepak Gupta FOR LEAVE TO APPEAR PRO HAC VICE for Amicus Everytown for Gun Safety (Fee Paid) Receipt No. 0981-5428138 (Terrell, Beth) (Entered: 08/09/2018) |
| 08/09/2018 | 41 | ORDER re 40 Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney Deepak Gupta for Amicus Curiae Everytown for Gun Safety, by Clerk William M McCool. No document associated with this docket entry, text only.<br><br>*NOTE TO COUNSEL: Local counsel agrees to **sign all filings** and to be prepared to handle the matter, including the trial thereof, in the event the applicant is unable to be present on any date scheduled by the court, pursuant to LCR 83.1(d).*(DS) (Entered: 08/09/2018) |
| 08/09/2018 | 42 | APPLICATION OF ATTORNEY John D. Kimball FOR LEAVE TO APPEAR PRO HAC VICE for Amicus The Brady Center to Prevent Gun Violence (Fee Paid) Receipt No. 0981-5428444 (Richards, Andrew) (Entered: 08/09/2018) |
| 08/09/2018 | 43 | MOTION for Preliminary Injunction , filed by Plaintiff State of Washington. (Attachments: # 1 Index, # 2 Appendix, # 3 Proposed Order) Noting Date 8/21/2018, (Rupert, Jeffrey) (Entered: 08/09/2018) |
| 08/09/2018 | 44 | DECLARATION of Jeffrey Rupert filed by Plaintiff State of Washington re 43 MOTION for Preliminary Injunction (Attachments: # 1 Exhibits 1-21)(Rupert, Jeffrey) (Entered: 08/09/2018) |
| 08/09/2018 | 45 | NOTICE of Appearance by attorney Andrew P Richards on behalf of Amicus The Brady Center to Prevent Gun Violence. (Richards, Andrew) (Entered: 08/09/2018) |
| 08/09/2018 | 46 | MOTION for Leave to File *Amicus Curiae Brief of Brady Center to Prevent Gun Violence In Support of Plaintiffs' Motion for Preliminary Injunction*, filed by Amicus The Brady Center to Prevent Gun Violence. (Attachments: # 1 Exhibit A - Brief of Amicus Curiae Brady Center to Prevent Gun Violence In Support of Plaintiffs' Motion for Preliminary Injunction, # 2 Proposed Order Granting Motion for Leave to File Amicus Curiae Brief of Brady Center to Prevent Gun Violence In Support of Plaintiffs' Motion for Preliminary Injunction) Noting Date 8/24/2018, (Richards, Andrew) (Entered: 08/09/2018) |

| | | |
|---|---|---|
| 08/09/2018 | 47 | Unopposed MOTION for Leave to File *Amicus Brief*, filed by Amicus Everytown for Gun Safety. (Attachments: # 1 Exhibit A - amicus brief of Everytown for Gun Safety, # 2 Proposed Order granting motion for leave to file) Noting Date 8/24/2018, (Gupta, Deepak) (Entered: 08/09/2018) |
| 08/09/2018 | 48 | RESPONSE, by Defendant Defense Distributed, to 34 MOTION to Compel *Production of Administrative Record*. (Attachments: # 1 Exhibit)(Goldstein, Matthew) (Entered: 08/09/2018) |
| 08/10/2018 | 49 | RESPONSE, by Defendants Directorate of Defense Trade Controls, Sarah Heidema, Mike Miller, Michael R. Pompeo, United States Department of State, to 34 MOTION to Compel *Production of Administrative Record*. (Attachments: # 1 Declaration of Stuart Robinson) (Robinson, Stuart) (Entered: 08/10/2018) |
| 08/10/2018 | | NOTE re Document 49 : Appearance of attorney ERIC J. SOSKIN is not proper, and notices of electronic filing will not be sent until corrected. Signatures must be in accordance with FRCP 11 and LCR 83.2(a) and must comply with ECF Filing Procedures. (SWT) (Entered: 08/13/2018) |
| 08/13/2018 | 50 | ORDER re 42 Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney John D Kimball for The Brady Center to Prevent Gun Violence, by Clerk William M McCool. No document associated with this docket entry, text only. *NOTE TO COUNSEL: Local counsel agrees to* **sign all filings** *and to be prepared to handle the matter, including the trial thereof, in the event the applicant is unable to be present on any date scheduled by the court, pursuant to LCR 83.1(d).*(CDA) (Entered: 08/13/2018) |
| 08/13/2018 | 51 | NOTICE of Appearance by attorney Steven A Myers on behalf of Defendants Directorate of Defense Trade Controls, Sarah Heidema, Mike Miller, Michael R. Pompeo, United States Department of State. (Myers, Steven) (Entered: 08/13/2018) |
| 08/13/2018 | 52 | ORDER denying plaintiffs' 34 Motion to Compel Production of Administrative Record, signed by Judge Robert S. Lasnik. (SWT) (Entered: 08/13/2018) |
| 08/14/2018 | 53 | APPLICATION OF ATTORNEY Charles R. Flores FOR LEAVE TO APPEAR PRO HAC VICE for Defendants Defense Distributed, Second Amendment Foundation, Inc., Conn Williamson (Fee Paid) Receipt No. 0981-5434028 (Ard, Joel) (Entered: 08/14/2018) |
| 08/14/2018 | 54 | APPLICATION OF ATTORNEY Daniel N. Hammond FOR LEAVE TO APPEAR PRO HAC VICE for Defendants Defense Distributed, Second Amendment Foundation, Inc., Conn Williamson (Fee Paid) Receipt No. 0981-5434042 (Ard, Joel) (Entered: 08/14/2018) |
| 08/15/2018 | 55 | ORDER re 53 Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney Charles R. Flores for Defendant Defense Distributed, by Clerk William M McCool. No document associated with this docket entry, text only. *NOTE TO COUNSEL: Local counsel agrees to* **sign all filings** *and to be prepared to handle the matter, including the trial thereof, in the event the applicant is unable to be present on any date scheduled by the court, pursuant to LCR 83.1(d).*(DS) (Entered: 08/15/2018) |
| 08/15/2018 | 56 | ORDER re 54 Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney Daniel Hammond for Defendant Defense Distributed, by Clerk William M McCool. No document associated with this docket entry, text only. *NOTE TO COUNSEL: Local counsel agrees to* **sign all filings** *and to be prepared to handle the matter, including the trial thereof, in the event the applicant is unable to be* |

| | | |
|---|---|---|
| | | *present on any date scheduled by the court, pursuant to LCR 83.1(d)*.(DS) (Entered: 08/15/2018) |
| 08/15/2018 | 57 | MOTION for Relief *from Pro Hac Vice Requirements*, filed by Plaintiff State of Oregon. (Attachments: # 1 Proposed Order) Noting Date 8/24/2018, (Kaplan, Scott) (Entered: 08/15/2018) |
| 08/15/2018 | 58 | MOTION for Leave to File *Brief of Amicus Curiae Electronic Frontier Foundation*, filed by Interested Party Electronic Frontier Foundation. (Attachments: # 1 Proposed Order, # 2 Proposed Amicus Brief) Noting Date 8/15/2018, (Balasubramani, Venkat) (Entered: 08/15/2018) |
| 08/15/2018 | 59 | APPLICATION OF ATTORNEY Kit Walsh FOR LEAVE TO APPEAR PRO HAC VICE for Interested Party Electronic Frontier Foundation (Fee Paid) Receipt No. 0981-5435645 (Balasubramani, Venkat) (Entered: 08/15/2018) |
| 08/15/2018 | 60 | NOTICE of Change of Address/Change of Name of Attorney Matthew Goldstein. Filed by Defendant Defense Distributed. (Goldstein, Matthew) Modified address on 8/16/2018 (DS). (Entered: 08/15/2018) |
| 08/15/2018 | 61 | NOTICE of Appearance by attorney Venkat Balasubramani on behalf of Interested Party Electronic Frontier Foundation. (Balasubramani, Venkat) (Entered: 08/15/2018) |
| 08/15/2018 | 62 | PRAECIPE to attach document *Exhibit A* re 57 MOTION for Relief *from Pro Hac Vice Requirements* by Plaintiff State of Oregon (Kaplan, Scott) (Entered: 08/15/2018) |
| 08/15/2018 | 63 | RESPONSE, by Defendants Defense Distributed, Second Amendment Foundation, Inc., Conn Williamson, to 43 MOTION for Preliminary Injunction . (Attachments: # 1 Exhibit) (Goldstein, Matthew) (Entered: 08/15/2018) |
| 08/15/2018 | 64 | RESPONSE, by Defendants Directorate of Defense Trade Controls, Sarah Heidema, Mike Miller, Michael R. Pompeo, United States Department of State, to 43 MOTION for Preliminary Injunction . (Attachments: # 1 Exhibit 1. Heidema Decl.)(Myers, Steven) (Entered: 08/15/2018) |
| 08/15/2018 | | NOTE re Document 57 . Appearance of attorney Scott Kaplan is not proper, and notices of electronic filing will not be sent until corrected. Signatures must be in accordance with FRCP 11 and LCR 83.2(a) and must comply with ECF Filing Procedures. *This can be corrected by filing a notice of appearance*. (SWT) (Entered: 08/16/2018) |
| 08/16/2018 | 65 | ORDER denying plaintiff State of Oregon's 57 Motion for Relief from Pro Hac Vice Requirements. Signed by Judge Robert S. Lasnik. (SWT) (Entered: 08/16/2018) |
| 08/16/2018 | 66 | ORDER re 59 Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney Kit Walsh for Interested Party Electronic Frontier Foundation, by Clerk William M McCool. No document associated with this docket entry, text only.<br><br>*NOTE TO COUNSEL: Local counsel agrees to **sign all filings** and to be prepared to handle the matter, including the trial thereof, in the event the applicant is unable to be present on any date scheduled by the court, pursuant to LCR 83.1(d)*.(DS) (Entered: 08/16/2018) |
| 08/16/2018 | 67 | NOTICE of Appearance by attorney Scott J Kaplan on behalf of Plaintiff State of Oregon. (Kaplan, Scott) (Entered: 08/16/2018) |
| 08/17/2018 | 68 | REPLY, filed by Plaintiff State of Washington, TO RESPONSE to 43 MOTION for Preliminary Injunction (Rupert, Jeffrey) (Entered: 08/17/2018) |
| 08/17/2018 | 70 | NOTICE TO FILER re 68 Reply to Response to Motion: The secondary signatures have not been added to the docket. Notices of electronic filing will not be sent until appearances |

are in compliance with LCR 83.1. (Please see attached) (SWT) (Entered: 08/20/2018)

| 08/19/2018 | 69 | NOTICE of Supplemental Authority re 68 Reply to Response to Motion, 43 MOTION for Preliminary Injunction , 63 Response to Motion, 64 Response to Motion, by Defendant Conn Williamson (Attachments: # 1 Tucson (9th Cir. 1998))(Flores, Charles) (Entered: 08/19/2018) |
| --- | --- | --- |
| 08/20/2018 | 71 | APPLICATION OF ATTORNEY Benjamin D. Battles FOR LEAVE TO APPEAR PRO HAC VICE for Plaintiff State of Vermont (Fee Paid) Receipt No. 0981-5440997 (Rupert, Jeffrey) (Entered: 08/20/2018) |
| 08/20/2018 | 72 | APPLICATION OF ATTORNEY Jacob Campion FOR LEAVE TO APPEAR PRO HAC VICE for Plaintiff State of Minnesota (Fee Paid) Receipt No. 0981-5441033 (Rupert, Jeffrey) (Entered: 08/20/2018) |
| 08/20/2018 | 73 | APPLICATION OF ATTORNEY Jonathan Scott Goldman FOR LEAVE TO APPEAR PRO HAC VICE for Plaintiff Commonwealth of Pennsylvania (Fee Paid) Receipt No. 0981-5441043 (Rupert, Jeffrey) (Entered: 08/20/2018) |
| 08/20/2018 | 74 | APPLICATION OF ATTORNEY Matthew D. Grove FOR LEAVE TO APPEAR PRO HAC VICE for Plaintiff State of Colorado (Fee Paid) Receipt No. 0981-5441047 (Rupert, Jeffrey) (Entered: 08/20/2018) |
| 08/20/2018 | 75 | APPLICATION OF ATTORNEY Robert T. Nakatsuji FOR LEAVE TO APPEAR PRO HAC VICE for Plaintiff State of Hawaii (Fee Paid) Receipt No. 0981-5441059 (Rupert, Jeffrey) (Entered: 08/20/2018) |
| 08/20/2018 | 76 | APPLICATION OF ATTORNEY Nelson R. Richards FOR LEAVE TO APPEAR PRO HAC VICE for Plaintiff State of California (Fee Paid) Receipt No. 0981-5441062 (Rupert, Jeffrey) (Entered: 08/20/2018) |
| 08/20/2018 | 77 | APPLICATION OF ATTORNEY Samuel T. Towell FOR LEAVE TO APPEAR PRO HAC VICE for Plaintiff State of Virginia (Fee Paid) Receipt No. 0981-5441087 (Rupert, Jeffrey) (Entered: 08/20/2018) |
| 08/20/2018 | 78 | APPLICATION *OF ATTORNEY* Robyn R. Bender *FOR LEAVE TO APPEAR PRO HAC VICE* by Plaintiff District of Columbia *Receipt No. 0981-5441071* (Rupert, Jeffrey) (Entered: 08/20/2018) |
| 08/20/2018 | 79 | APPLICATION *OF ATTORNEY* Jimmy R. Rock *FOR LEAVE TO APPEAR PRO HAC VICE* by Plaintiff District of Columbia *Receipt No. 0981-5441102* (Rupert, Jeffrey) (Entered: 08/20/2018) |
| 08/20/2018 | 80 | APPLICATION OF ATTORNEY Andrew J. Saindon FOR LEAVE TO APPEAR PRO HAC VICE for Plaintiff District of Columbia (Fee Paid) Receipt No. 0981-5441177 (Rupert, Jeffrey) (Entered: 08/20/2018) |
| 08/20/2018 | 81 | ANSWER to 29 Amended Complaint by Defense Distributed, Second Amendment Foundation, Inc., Conn Williamson.(Goldstein, Matthew) (Entered: 08/20/2018) |
| 08/21/2018 | 82 | ORDER re 71 Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney Benjamin D Battles for Plaintiff State of Vermont, by Clerk William M McCool. No document associated with this docket entry, text only. *NOTE TO COUNSEL: Local counsel agrees to* **sign all filings** *and to be prepared to handle the matter, including the trial thereof, in the event the applicant is unable to be present on any date scheduled by the court, pursuant to LCR 83.1(d).*(DS) (Entered: 08/21/2018) |
| 08/21/2018 | 83 | MINUTE ENTRY for proceedings held before Judge Robert S. Lasnik- Dep Clerk: *Kerry* |

| | | |
|---|---|---|
| | | *Simonds*; Pla Counsel: *Jeff Rupert, Jeff Sprung, Kristin Beneski, Zachary Jones, Scott Kaplan*; Def Counsel: *Steven Myers, Charles Flores, Daniel Hammond, Matthew Goldstein, Joel Ard*; CR: *Debbie Zurn*; Time of Hearing: *9:00 a.m.*; Courtroom: *15106*; **Motion Hearing** held on 8/21/2018 re 43 MOTION for Preliminary Injunction filed by State of Washington. After hearing the arguments of counsel, the Court takes this matter under advisement. An Order shall issue. (KERR) (Entered: 08/21/2018) |
| 08/21/2018 | 84 | NOTICE of Appearance by attorney Jeffrey George Rupert on behalf of Plaintiff State of Washington. (Rupert, Jeffrey) (Entered: 08/21/2018) |
| 08/21/2018 | | Attorney Jeffrey George Rupert for Plaintiff States of Washington, Connecticut, Maryland, New Jersey, New York, Oregon, Vermont, Colorado, Hawaii, California, District of Columbia, Delaware, Illinois, Iowa, North Carolina, Rhode Island, Minnesota, and Commonwealths of Massachusetts, Pennsylvania, and Virginia added; per 84 Notice of Appearance. (SWT) (Entered: 08/21/2018) |
| 08/21/2018 | 85 | ORDER re 72 Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney Plaintiff Jacob Campion for State of Minnesota, by Clerk William M McCool. No document associated with this docket entry, text only. *NOTE TO COUNSEL: Local counsel agrees to* **sign all filings** *and to be prepared to handle the matter, including the trial thereof, in the event the applicant is unable to be present on any date scheduled by the court, pursuant to LCR 83.1(d).*(DS) (Entered: 08/21/2018) |
| 08/21/2018 | 86 | ORDER re 73 Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney Jonathan Scott Goldman for Plaintiff Commonwealth of Pennsylvania, by Clerk William M McCool. No document associated with this docket entry, text only. *NOTE TO COUNSEL: Local counsel agrees to* **sign all filings** *and to be prepared to handle the matter, including the trial thereof, in the event the applicant is unable to be present on any date scheduled by the court, pursuant to LCR 83.1(d).*(DS) (Entered: 08/21/2018) |
| 08/21/2018 | 87 | ORDER re 74 Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney Matthew D Grove for Plaintiff State of Colorado, by Clerk William M McCool. No document associated with this docket entry, text only. *NOTE TO COUNSEL: Local counsel agrees to* **sign all filings** *and to be prepared to handle the matter, including the trial thereof, in the event the applicant is unable to be present on any date scheduled by the court, pursuant to LCR 83.1(d).*(DS) (Entered: 08/21/2018) |
| 08/21/2018 | 88 | ORDER re 75 Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney Robert T Nakatsuji for Plaintiff State of Hawaii, by Clerk William M McCool. No document associated with this docket entry, text only. *NOTE TO COUNSEL: Local counsel agrees to* **sign all filings** *and to be prepared to handle the matter, including the trial thereof, in the event the applicant is unable to be present on any date scheduled by the court, pursuant to LCR 83.1(d).*(DS) (Entered: 08/21/2018) |
| 08/21/2018 | 89 | ORDER re 76 Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney Nelson R Richards for Plaintiff State of California, by Clerk William M McCool. No document associated with this docket entry, text only. |

| | | |
|---|---|---|
| | | *NOTE TO COUNSEL: Local counsel agrees to* **sign all filings** *and to be prepared to handle the matter, including the trial thereof, in the event the applicant is unable to be present on any date scheduled by the court, pursuant to LCR 83.1(d).*(DS) (Entered: 08/21/2018) |
| 08/21/2018 | 90 | ORDER re 77 Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney Samuel T Towell for Plaintiff State of Virginia, by Clerk William M McCool. No document associated with this docket entry, text only. <br><br> *NOTE TO COUNSEL: Local counsel agrees to* **sign all filings** *and to be prepared to handle the matter, including the trial thereof, in the event the applicant is unable to be present on any date scheduled by the court, pursuant to LCR 83.1(d).*(DS) (Entered: 08/21/2018) |
| 08/21/2018 | 91 | ORDER re 78 Application. The Court ADMITS Attorney Robyn R Bender for Plaintiff District of Columbia, by Clerk William M McCool. No document associated with this docket entry, text only. <br><br> *NOTE TO COUNSEL: Local counsel agrees to* **sign all filings** *and to be prepared to handle the matter, including the trial thereof, in the event the applicant is unable to be present on any date scheduled by the court, pursuant to LCR 83.1(d).*(DS) (Entered: 08/21/2018) |
| 08/21/2018 | 92 | ORDER re 79 Application. The Court ADMITS Attorney Jimmy R Rock for Plaintiff District of Columbia, by Clerk William M McCool. No document associated with this docket entry, text only. <br><br> *NOTE TO COUNSEL: Local counsel agrees to* **sign all filings** *and to be prepared to handle the matter, including the trial thereof, in the event the applicant is unable to be present on any date scheduled by the court, pursuant to LCR 83.1(d).*(DS) (Entered: 08/21/2018) |
| 08/21/2018 | 93 | ORDER re 80 Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney Andrew J Saindon for Plaintiff District of Columbia, by Clerk William M McCool. No document associated with this docket entry, text only. <br><br> *NOTE TO COUNSEL: Local counsel agrees to* **sign all filings** *and to be prepared to handle the matter, including the trial thereof, in the event the applicant is unable to be present on any date scheduled by the court, pursuant to LCR 83.1(d).*(DS) (Entered: 08/21/2018) |
| 08/23/2018 | 94 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Motion Hearing held on 8/21/2018 before Judge Robert S. Lasnik. <br><br> Parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days. <br><br> Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Information regarding the policy can be found on the court's website at www.wawd.uscourts.gov. <br><br> To purchase a copy of the transcript, contact court reporter Debbie Zurn, debbie_zurn@wawd.uscourts.gov, 206-370-8504. <br><br> Release of Transcript Restriction set for 11/21/2018, (DZ) (Entered: 08/23/2018) |

| 08/27/2018 | 95 | ORDER Granting 43 Motion for Preliminary Injunction, by Judge Robert S. Lasnik. (KERR) (Entered: 08/27/2018) |
|---|---|---|
| 08/29/2018 | 96 | APPLICATION OF ATTORNEY Maura Murphy Osborne FOR LEAVE TO APPEAR PRO HAC VICE for Plaintiff State of Connecticut (Fee Paid) Receipt No. 0981-5452020 (Rupert, Jeffrey) (Entered: 08/29/2018) |
| 08/29/2018 | 97 | ORDER re 96 Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney Maura Murphy Osborne for Plaintiff State of Connecticut, by Clerk William M McCool. No document associated with this docket entry, text only.<br><br>*NOTE TO COUNSEL: Local counsel agrees to **sign all filings** and to be prepared to handle the matter, including the trial thereof, in the event the applicant is unable to be present on any date scheduled by the court, pursuant to LCR 83.1(d).*(DS) (Entered: 08/29/2018) |
| 08/29/2018 | 98 | MEMORANDUM filed by Amicus The Brady Center to Prevent Gun Violence re 43 MOTION for Preliminary Injunction *Amicus Brief in Support of Plaintiffs Motion for Preliminary Injunction, and as granted by Court Order* 95 (Kimball, John) (Entered: 08/29/2018) |
| 08/29/2018 | 99 | MOTION for Leave to File *Amicus Curiae Brief*, filed by Interested Party Benjamin Barber. (Attachments: # 1 Amicus Curiae Brief) Noted by Clerk for 9/14/2018, (SWT) (Entered: 08/30/2018) |

| PACER Service Center | | | | |
|---|---|---|---|---|
| **Transaction Receipt** | | | | |
| 09/03/2018 21:22:37 | | | | |
| **PACER Login:** | beckreddenfirm:2516856:0 | **Client Code:** | 2281.001 | |
| **Description:** | Docket Report | **Search Criteria:** | 2:18-cv-01115-RSL | |
| **Billable Pages:** | 16 | **Cost:** | 1.60 | |