HARTMAN & WINNICKI, P.C.
Daniel L. Schmutter
dschmutter@hartmanwinnicki.com
74 Passaic Street
Ridgewood, New Jersey 07450
(201) 967-8040

BECK REDDEN LLP
Chad Flores*
cflores@beckredden.com
Mary Kate Raffetto*
mkraffetto@beckredden.com
Dan Hammond*
dhammond@beckredden.com
1221 McKinney St., Suite 4500
Houston, TX 77010
(713) 951-3700

FARHANG & MEDCOFF
Matthew A. Goldstein*
mgoldstein@fmlaw.com
4801 East Broadway Blvd., Suite 311
Tucson, AZ 85711
(520) 790-5433

*Admissions *pro hac vice* pending

 *Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| GURBIR S. GREWAL, Attorney General of The State of New Jersey,<br><br>    Plaintiff,<br>v.<br><br>DEFENSE DISTRIBUTED, CODY R. WILSON, et al.,<br><br>    Defendants. | Hon. Susan D. Wigenton<br><br>Civil Action No.: 18-cv-13248-SDW-LDW<br><br>**[PROPOSED] ORDER TRANSFERRING TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS OR, IN THE ALTERNATIVE, GRANTING DEFENDANTS' MOTION TO DISMISS** |

1

**THIS MATTER** having been brought before the Court by Defendants seeking an order transferring this action to the United States District Court for the Western District of Texas, Austin Division, or in the alternative, dismissing the action, on notice to all counsel of record; and the Court having considered Defendants' motion papers, Plaintiff's opposition, if any, Defendants' reply, if any, and the arguments of counsel, if any; and for good cause shown; and

**WHEREAS** 28 U.S.C. § 1404(a) vests this Court with the authority to transfer an action to "any other district or division where it might have been brought" for "the convenience of parties and witness" and "in the interests of justice," 28 U.S.C. § 1404(a); and the Court finding that the United States District Court for the Western District of Texas, Austin Division is a district and division where this action might have been brought because that is where both of the Defendants reside and because that is where a substantial part of the events or omissions giving rise to the claim occurred. *See* 28 U.S.C. § 1391(b); and the Court finding that the United States District Court for the Western District of Texas, Austin Division is the most convenient venue for parties and witness and is the venue that best advances the interests of justice, in particular, because that court is where both of the Defendants reside, where all of the important events occurred, and where two actions that are closely related to this one are pending;

**IT IS** on this _____ day of _____, 2018, **ORDERED** as follows:

1. This action is transferred to the United States District Court for the Western District of Texas, Austin Division.

2. The Clerk of this Court shall transfer any and all of this action's original papers to the United States District Court for the Western District of Texas, Austin Division.

[in the alternative]

3.    This action be and the same hereby is dismissed for lack of personal jurisdiction.

---

SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE