HARTMAN & WINNICKI, P.C.
Daniel L. Schmutter
dschmutter@hartmanwinnicki.com
74 Passaic Street
Ridgewood, New Jersey 07450
(201) 967-8040

BECK REDDEN LLP
Chad Flores*
cflores@beckredden.com
Mary Kate Raffetto*
mkraffetto@beckredden.com
Dan Hammond*
dhammond@beckredden.com
1221 McKinney St., Suite 4500
Houston, TX 77010
(713) 951-3700

FARHANG & MEDCOFF
Matthew A. Goldstein*
mgoldstein@fmlaw.com
4801 East Broadway Blvd., Suite 311
Tucson, AZ 85711
(520) 790-5433

*Admissions *pro hac vice* pending

 *Attorneys for Defendants*


### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GURBIR S. GREWAL, Attorney General of The State of New Jersey,<br><br>Plaintiff,<br>v.<br><br>DEFENSE DISTRIBUTED, CODY R. WILSON, et al.,<br><br>Defendants. | Civil Action No.:  18-cv-13248-SDW-LDW<br><br>(Document Electronically Filed)<br><br><br>**CERTIFICATION OF SERVICE** |

DANIEL L. SCHMUTTER, of full age, hereby certifies as follows:

1. I am an attorney-at-law of the State of New Jersey and a member of the law firm of Hartman & Winnicki, P.C., attorneys for defendants Defense Distributed and Cody R. Wilson.

2. On this date, I caused to be filed via ECF Defendants' Notice of Defendants' Motion to Change Venue or Dismiss, Brief, Declaration of Cody R. Wilson, and proposed form of Order.

3. On this date, I further caused to be served via email (by consent) the foregoing documents on counsel for Plaintiff:

   Janine N. Matton, A.A.G.
   Lorraine K. Rak, D.A.G.
   Lara Fogel, D.A.G.
   State of New Jersey, Department of Law & Public Safety, Division of Law
   124 Halsey St.
   Newark, NJ 07101

I certify under penalty of perjury that the foregoing is true and correct.

/s/ Daniel L. Schmutter
Daniel L. Schmutter

Dated: September 4, 2018